# EXHIBIT A



A - SunPorno CorbinFisher Search.jpg