# EXHIBIT B

[Screenshot of SunPorno.com webpage showing "Hot College Fuck - Noah & Mandy - CorbinFisher.com" video page. Time: 15:28 | 14478 Views | Comments: 0. Added: 2010-11-07 03:10:24 By: advert. Contains 18 U.S.C. §2257 Records Keeping Requirements Compliance Statement listing Corbin Fisher, Customer Service Manager, 3969 4th Ave Studio 300, San Diego, CA 92103. Title of production: "Noah & Mandy". Tags: Babes, Bedroom, Big Tits. URL: http://www.sunporno.com/tube/videos/44... 3 likes, 0 dislikes. Embed code iframe src="http://embeds.sunporno.com/embed/44493" frameborder=0 width=650 height=518 scrolling=no. Image area marked REDACTED Due To Graphic Content.]