# EXHIBIT C



C - JoshAndMandy.jpg-2