# EXHIBIT E

E - Chris & Mandy-1.jpg