# **EXHIBIT F**



