# EXHIBIT G

G - 20110921-CaptureIt-Picture-3.jpg