# EXHIBIT H



## ContactCenter

| Home | Memberships | Contact Us | Live Chat | FAQs |
| we're here to help | manage mymemberships | our contact information | get live assistance | common questions |

### Consumer Support

Csmembers.COM is a leader in consumer support services. Customers that receive a charge on their statement(s) that show 'Csmembers.COM' can use this site to obtain membership information, submit billing and support related questions or contact a representative for support directly by phone.

## Cancel My Membership

| Online | By Phone |
| Cancel My Membership Online | Cancel My Membership by Phone |

### We are here to provide the best secure quality customer service available.



**Friendly and Knowlegdable Staff**

We want to provide you with excellent customer support. Our staff is trained to serve you better and we will make every effort to answer your inquiry in a friendly and efficient matter.



**Quick Response Times 24/7**

Our agents are available to answer your questions immediately by e-mail or telephone at anytime of the day, seven days a week.

### We're on your side ready to help with all your subscription needs

We only employ the most knowledgable and curteous staff to help you 24 hours a day - 7 days a week.

There are no issues to big or small - our staff is ready to answer your questions and address any issues you have promptly and professionally.

#### Testimonial

**Frank G.**
*The most polite and helpful people I have ever had to deal with!*

#### Refunds

The site has a satisfaction guarantee. If you are unsatisfied with the product simply contact our customer service within the first month and we will refund the first month's Membership charge. In the event that a refund is issued, all refunds will be made by crediting the credit card that was used to make the original purchase.

**LIVE HELP**
Offline now.
Leave a message.
Send
Close

http://www.sunporno.com/pages/faq.html#faq2 — FAQ

| Category | Count |
|---|---|
| Housewives | 595 |
| Indian | 1075 |
| Interracial | 11174 |
| Japanese | 25632 |
| Latinas | 1484 |
| Lesbian | 17398 |
| Massage | 3671 |
| Masturbation | 10078 |
| Mature | 22158 |
| Mega Big Tits | 153 |
| Milf | 18054 |
| Office | 2506 |
| Old Farts | 599 |
| Outdoor | 6368 |
| Party | 6005 |
| Pissing | 818 |
| Pornstars | 7392 |
| Public nudity | 247 |
| Pussy Licking | 2409 |
| Reality | 4043 |
| Shemale | 1268 |
| Small Tits | 2259 |
| Solo Girls | 531 |
| Squirting | 2306 |
| Stockings | 6260 |
| Teen | 50085 |
| Toys | 5127 |
| Uniform | 1508 |
| Vintage | 1286 |

VIEW ALL CATEGORIES

### What is HD UPGRADE?

If you want to watch movies in Hi-Definition quality, you will need to upgrade your account. You will need to pay for this account.

Please note that an HD upgrade account is totally separate from Sunporno and services are provided by a third party.

If you want to cancel your HD Upgrade membership, please use support system at http://www.csmembers.com/

Please follow this link for more details http://www.sunporno.com/premium.php

### I found a video on Sunporo that I own the copyright to. What do I do next?

You can report copyright violations using our report form: http://www.sunporno.com/abuse.php

### I forgot/want to change my password. What do I do?

If you have lost your password, please use this form to reset your password http://www.sunporno.com/forgot_pass.php. Your new password will be emailed to you immediately. To change a password, first open your profile and then find the "Edit Profile" link. It's located in the top right corner near your user picture. There you will be able to change your password.

### What player can I use for flv files?

You can use these players:

1. FLV Player (http://applian.com/flvplayer/download_flv_player.php)
2. Riva FLV Player (http://rivavx.com/index.php?id=422&L=3)
3. Gom player (http://www.gomlab.com)

You can also convert flv files into avi files by downloading K-Lite Mega Codec Pack (http://www.codecguide.com/download_mega.htm).

### I have a suggestion / feedback

If you wish to post feedback or a suggestion, please use the forum http://forum.sunporno.com/forumdisplay.php?11-Questions-and-Suggestions. Or, you may use the contact form at http://www.sunporno.com/contact_us.php There is also big red feedback button on every page if you want to send feedback quickly.

### Who can see my videos?

The default option when uploading your videos is "Public" which means everybody can see them. When selecting the "Private" option, only your friends can see that this video.

### Can I watch Sunporno videos on my iPhone?

Yes. Please go here: http://m.sunporno.com/

### How do I delete my account?

If you would like your account deleted, go into the MY PROFILE area. Then, choose Edit Profile. Here, you will find an option DELETE MY PROFILE. Your account will be completely removed within 48 hours. In this time, you can cancel removal of the account.

### Why can't I view videos?

Make sure that you have the latest version of a supported browser installed. Please download the latest version of Adobe Flash here: