# EXHIBIT I

I - Screen Shot 2011-09-22 at 6.58.12 PM.jpg