# EXHIBIT K

ACS 0183

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
**PA 1-645-904**

Effective date of registration:
September 29, 2009

---

### Title
**Title of Work:** Corbin Fisher Amateur College Sex Noah & Mandy

### Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** March 11, 2009    **Nation of 1st Publication:** United States

### Author
- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

### Rights and Permissions
**Organization Name:** Excelsior Media Corp
**Name:** Marc J. Randazza, Esq
**Email:** copyright@excelsiormedia.com      **Telephone:** 888-267-2462
**Address:** 302 Washington Street
STE 321
San Diego, CA 92103  United States

### Certification
**Name:** Jason Gibson
**Date:** September 29, 2009
**Applicant's Tracking Number:** ACS0183

ACS0178

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-647-157**

Effective date of registration:
October 7, 2009

---

### Title
**Title of Work:** Corbin Fisher Amateur College Sex Josh & Mandy

### Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** February 11, 2009    **Nation of 1st Publication:** United States

### Author
- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

### Rights and Permissions
**Organization Name:** Excelsior Media Corp
**Name:** Marc J. Randazza, Esq
**Email:** copyright@excelsiormedia.com    **Telephone:** 888-267-2462
**Address:** 302 Washington Street
STE 321
San Diego, CA 92103 United States

### Certification
**Name:** Jason Gibson
**Date:** October 7, 2009
**Applicant's Tracking Number:** ACS0178

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

ACS0174

**Registration Number**

**PA 1-647-665**

Effective date of registration:
October 15, 2009

## Title
**Title of Work:** Corbin Fisher's Amateur College Sex Presents Dawson & Mandy

## Completion/Publication
**Year of Completion:** 2009
**Date of 1st Publication:** January 21, 2009   **Nation of 1st Publication:** United States

## Author
- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions
**Organization Name:** Excelsior Media Corp
**Name:** Marc J Randazza, Esq
**Email:** copyright@excelsiormedia.com   **Telephone:** 888-267-2462
**Address:** 302 Washington Street
STE 321
San Diego, CA 92103 United States

## Certification
**Name:** Jason Gibson
**Date:** October 15, 2009
**Applicant's Tracking Number:** ACS0174

Page 1 of 1

ACS0163

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number
**PA 1-650-659**

Effective date of registration:
November 13, 2009

## Title
- **Title of Work:** Corbin Fisher's Amateur College Sex Presents Chris & Mandy

## Completion/Publication
- **Year of Completion:** 2008
- **Date of 1st Publication:** November 26, 2008
- **Nation of 1st Publication:** United States

## Author
- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright claimant
- **Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
  302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions
- **Organization Name:** Excelsior Media Corp
- **Name:** Marc J Randazza, Esq
- **Email:** copyright@excelsiormedia.com
- **Telephone:** 888-267-2462
- **Address:** 302 Washington Street
  STE 321
  San Diego, CA 92103 United States

## Certification
- **Name:** Jason Gibson
- **Date:** November 13, 2009
- **Applicant's Tracking Number:** ACS0163

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-646-027**

Effective date of registration:

September 30, 2009

---

### Title
- **Title of Work:** Corbin Fisher Amateur College Sex
- Tanner & Mandy

### Completion/ Publication
- **Year of Completion:** 2009
- **Date of 1st Publication:** February 25, 2009    **Nation of 1st Publication:** United States

### Author
- ■ **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States

### Copyright claimant
- **Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
- 302 Washington Street, STE 161, San Diego, CA, 92103, United States

### Rights and Permissions
- **Organization Name:** Excelsior Media Corp
- **Name:** Marc J. Randazza, Esq
- **Email:** copyright@excelsiormedia.com    **Telephone:** 888-267-2462
- **Address:** 302 Washington Street
- STE 321
- San Diego, CA 92103 United States

### Certification
- **Name:** Jason Gibson
- **Date:** September 30, 2009
- **Applicant's Tracking Number:** ACS0181