# EXHIBIT L

L - Member Profiles-1.jpg

L - Member Profiles-3.jpg

L - Member Profiles-5.jpg