AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Liberty Media Holdings, LLC

*Plaintiff*

v.

Moniker Privacy Services Registrant 2125963 d/b/a SunPorno.com, et al

*Defendant*

Civil Action No. **11-62107-CIV-Williams/Seltzer**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Moniker Privacy Services Registrant 2125963 d/b/a SunPorno.com
20 Southwest 27th Ave., Suite 201
Pompano Beach, FL 33069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marc J. Randazza; Randazza Legal Group
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **Sept 26, 2011**



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Aqua Buddle
Deputy Clerk
U.S. District Courts