**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that no service is required of the foregoing, as no other party has mad an appearance in this action.

Dated: September 27, 2011

  *s/ Marc J. Randazza*
Marc J. Randazza (625566)
mjr@randazza.com
Randazza Legal Group
2 S. Biscayne Blvd, Suite 2600
Miami, Florida 33131-1815
Telephone: (888) 667-1113
Fascimile: (305) 397-2772