UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CV-62107–CV–WILLIAMS

LIBERTY MEDIA HOLDINGS, LLC,

    Plaintiff,

vs.

MONIKER PRIVACY SERVICES
REGISTRANT 2125963, et al.,

    Defendants.
_____/

## ORDER REFERRING MOTIONS TO MAGISTRATE

**THIS MATTER** is before the Court on Plaintiff's Ex Parte Motion for Early Discovery (DE 8), and two sealed *ex parte* motions (DE 9, DE 12). Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court hereby REFERS the motions to United States Magistrate Judge Barry S. Seltzer for appropriate disposition.

**DONE AND ORDERED** in chambers in Miami, Florida, this 4th day of November, 2011.

                                                  KATHLEEN M. WILLIAMS
                                                  UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record