UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-CV-62107-KMW

LIBERTY MEDIA HOLDINGS, LLC

                Plaintiff,

  v.

MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM, "ADVERT," "CASTA," "TRIKSTER," "WORKER," LIKIS," "TESTER" and DOES 1-50

                Defendants

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for the Defendant MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM in this case, and enter my request that that copies of all papers, pleadings and all other documents related to this case be provided to the undersigned.

Date: November 10, 2011                      Respectfully submitted,

/Mark Terry/
Mark Terry, B.C.S., FBN 506151
Office of Mark Terry, Esq.
801 Brickell Ave., Suite #900
Miami, FL 33131
786-443-7720 voice
786-513-0381 fax
mark@terryfirm.com

and

Valentin Gurvits, MBN 643572
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
(617) 928-1804 direct
 (617) 928-1802 fax
vgurvits@bostonlawgroup.com
*Pro Hac Vice Motion Pending*

 and

Evan Fray-Witzer, MBN 564349
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 426-0000 (Tel.)
(617) 507-8043 (Fax)
Evan@CFWLegal.com
*Pro Hac Vice Motion Pending*

*Attorneys for Defendant MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

 /Mark Terry/
Mark Terry, Esq.

## SERVICE LIST
## CASE NO. 0:11-CV-62107-KMW

Marc J. Randazza
mjr@randazza.com
Jason A. Fischer
jaf@randazza.com
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
888-667-1113
fax: 305-437-7662