# EXHIBIT A



