# EXHIBIT B

Compete.com | Compete PRO | Products | Expertise | Our Data | Pulse Blog | Subscribe to Compete PRO

**Login** or **Signup** for Site Analytics to follow sites

Get the whole story with a Compete PRO subscription. **Learn More**

**Follow This Site**

http:// e.g. compete.com GO

**October 2011 / U.S. Data Only**

Save Graph Image | Export CSV | Embed Graph

## Unique Visitors

**1,593,988**
-1,088,309 | -40.57%
526,524 | 49.32%

**Rank** (by UVs)

**1,265**
673 | -592
1,753 | 488

## Competitive Rank (UVs)

1. keezmovies.com 7.03M
2. tnaflix.com 3.96M
3. sunporno.com 1.59M
4. deliciousmovies.com 292.81K
5. pornstarstart.com 29.60K

View sites similar to sunporno.com

# sunporno.com

© Copyright to Compete.com - A Kantar Media Company

Visit Compete.com | Subscribe to Compete PRO

