# EXHIBIT F

ACM0957

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-738-387**

Effective date of registration:

June 24, 2011

## Title
- **Title of Work:** Corbin Fisher Amateur College Men Philip Fucks Trey

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** February 17, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright claimant
- **Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
  302 Washington St, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions
- **Organization Name:** Excelsior Media Corp
- **Name:** Marc J Randazza, Esq
- **Email:** copyright@excelsiormedia.com
- **Telephone:** 888-267-2462
- **Address:** 302 Washington St
  STE 321
  San Diego, CA 92103 United States

## Certification
- **Name:** Jason Gibson
- **Date:** February 21, 2011
- **Applicant's Tracking Number:** ACM0957