## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Liberty Media Holdings, LLC and that on this 17th day of November, 2011, I caused the FIRST AMENDED COMPLAINT served upon the defendant Moniker Privacy Services Registrant 2125963 by the Court's CM/ECF system. I further caused this complaint to be served upon this Defendant's attorney, Mark Terry, by U.S. Mail.

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Rd., Ste 102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com