UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62107–CV–WILLIAMS

LIBERTY MEDIA HOLDINGS, LLC,

    Plaintiff,

vs.

MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM, "ADVERT," "CASTA," "TRIKSTER," "WORKER," "LIKIS," "TESTER," and DOES 1-50,

    Defendants.
_____/

### ORDER REQUIRING JOINT PRE-TRIAL SCHEDULING REPORT

On or before December 19, 2011, the Parties shall file a joint pre-trial scheduling report, as required by Local Rule 16.1. As part of that report, the Parties shall complete and submit the attached form proposing deadlines for the case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 18th day of November, 2011.

                                                KATHLEEN M. WILLIAMS
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. XX-XXXXX-Civ-WILLIAMS

PARTY NAME,

    Plaintiff(s),

vs.

PARTY NAME,

    Defendant(s).
_____/

### SCHEDULE JOINTLY PROPOSED BY THE PARTIES

This MATTER is set for trial for the week of [Month, Day, Year]. The Parties propose to adhere to the following schedule:

| [Month, Day, Year] | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses with ten (10) days of receipt or other notice of new or revised information. |
|---|---|
| [Month, Day, Year] | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| [Month, Day, Year] | The Parties shall file motions to amend pleadings or join Parties. |

1

| | |
|---|---|
| [Month, Day, Year] | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| [Month, Day, Year] | The Defendant shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| [Month, Day, Year] | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| [Month, Day, Year] | The Parties shall complete all discovery, including expert discovery. |
| [Month, Day, Year] | The Parties shall complete mediation and file a mediation report with the Court. |
| [Month, Day, Year] | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| [Month, Day, Year] | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages; and 2) the legal elements of the defenses that are raised. |
| [Month, Day, Year] | The Parties shall file witness and exhibit lists and all motions *in limine*. The witness list shall include only |

those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit.

By:       **[Attorney(s) for Plaintiff(s)]**            **[Attorney(s) for Defendant(s)]**