UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62107–CV–WILLIAMS

LIBERTY MEDIA HOLDINGS, LLC,

    Plaintiff,

vs.

MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM, "ADVERT," "CASTA," "TRIKSTER," "WORKER," "LIKIS," "TESTER," and DOES 1-50,

    Defendants.
_____/

## ORDER

Plaintiff is reminded that it must effect service of process by no later than January 24, 2012. All claims against any Defendant who has not been served with notice of this action by that day will be dismissed without prejudice pursuant to Rule 4(m). If Plaintiff requires additional time to effect service on any unserved Defendant, it shall file a motion requesting such relief before that date.

**DONE AND ORDERED** in chambers in Miami, Florida, this 18th day of November, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE