

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-CV-62107-KMW



LIBERTY MEDIA HOLDINGS, LLC

    Plaintiff,

v.

MONIKER PRIVACY SERVICES
REGISTRANT 2125963, d/b/a
SUNPORNO.COM, "ADVERT," "CASTA,"
"TRIKSTER," "WORKER," LIKIS,"
"TESTER" and DOES 1-50

    Defendants

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

    In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Evan Fray-Witzer of the law firm Ciampa Fray-Witzer, 20 Park Plaza, Suite 804, Boston, MA 02116, 617-426-0000, for purposes of appearance as co-counsel on behalf of Defendant MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Evan Fray-Witzer to receive electronic filings in this case, and in support thereof states as follows:

    1. Evan Fray-Witzer is not admitted to practice in the Southern District of Florida and is a member in good standing of the Massachusetts State Bar.

    2. Movant, Mark Terry, Esquire, of the law firm Office of Mark Terry, Esq., 801 Brickell Ave., Suite 900, Miami, FL 33131 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this

State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

     3. In accordance with the local rules of this Court, Evan Fray-Witzer has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

     4. Evan Fray-Witzer, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Evan Fray-Witzer at email address: evan@cfwlegal.com

     WHEREFORE, Mark Terry, Esq., moves this Court to enter an Order for Evan Fray-Witzer, to appear before this Court on behalf of Defendant MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Evan Fray-Witzer.

Date: November 10, 2011　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　／s／

　　　　　　　　　　　　　　　　　　　　　　Mark Terry, B.C.S., FBN 506151
　　　　　　　　　　　　　　　　　　　　　　mark@terryfirm.com
　　　　　　　　　　　　　　　　　　　　　　Office of Mark Terry, Esq.
　　　　　　　　　　　　　　　　　　　　　　801 Brickell Ave., Suite #900
　　　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　　　786-443-7720 voice
　　　　　　　　　　　　　　　　　　　　　　786-513-0381 fax
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by United States Postal Service, on Nov. 10, 2011, on all counsel or parties of record on the service list.

/Mark Terry/
Mark Terry, Esq.

**SERVICE LIST**

**CASE NO. 0:11-CV-62107-KMW**

Marc J. Randazza
mjr@randazza.com
Jason A. Fischer
jaf@randazza.com
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
888-667-1113
fax: 305-437-7662

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-CV-62107-KMW

LIBERTY MEDIA HOLDINGS, LLC

                Plaintiff,

v.

MONIKER PRIVACY SERVICES
REGISTRANT 2125963, d/b/a
SUNPORNO.COM, "ADVERT," "CASTA,"
"TRIKSTER," "WORKER," LIKIS,"
"TESTER" and DOES 1-50

                Defendants

## ORDER GRANTING MOTION TO APPEAR
## PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Evan Fray-Witzer, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Evan Fray-Witzer, may appear and participate in this action on behalf of Defendant MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM. The Clerk shall provide electronic notification of all electronic filings to Evan Fray-Witzer, at evan@cfwlegal.com

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November 2011.

_____
United States District Judge

Copies furnished to:
All Parties/Counsel of Record

Nov 04 2011 12:31AM LAW OFFICES 617-507-8043 p.1

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:11-CV-62107-KMW

LIBERTY MEDIA HOLDINGS, LLC

        Plaintiff,

vs.

MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM, "ADVERT," "CASTA," "TRIKSTER," "WORKER," "LIKIS," "TESTER" and DOES 1-50

        Defendants.

### CERTIFICATION OF EVAN FRAY-WITZER

Evan Fray-Witzer, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Massachusetts State Bar (MBN 564349).

_____
Evan Fray-Witzer

1