



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-CV-62107-KMW

LIBERTY MEDIA HOLDINGS, LLC

        Plaintiff,

v.

MONIKER PRIVACY SERVICES
REGISTRANT 2125963, d/b/a
SUNPORNO.COM, "ADVERT," "CASTA,"
"TRIKSTER," "WORKER," LIKIS,"
"TESTER" and DOES 1-50

        Defendants

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Valentin Gurvits of the law firm Boston Law Group, PC, 825 Beacon St., Suite 20, Newton Centre, MA 02459, 617-928-1804, for purposes of appearance as co-counsel on behalf of Defendant MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Valentin Gurvits to receive electronic filings in this case, and in support thereof states as follows:

    1. Valentin Gurvits is not admitted to practice in the Southern District of Florida and is a member in good standing of the Massachusetts State Bar.

    2. Movant, Mark Terry, Esquire, of the law firm Office of Mark Terry, Esq., 801 Brickell Ave., Suite 900, Miami, FL 33131 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this

State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

    3. In accordance with the local rules of this Court, Valentin Gurvits has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

    4. Valentin Gurvits, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Valentin Gurvits at email address: vgurvits@bostonlawgroup.com

    WHEREFORE, Mark Terry, Esq., moves this Court to enter an Order for Valentin Gurvits, to appear before this Court on behalf of Defendant MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Valentin Gurvits.

Date: November 10, 2011

Respectfully submitted,

_____
Mark Terry, B.C.S., FBN 506151
mark@terryfirm.com
Office of Mark Terry, Esq.
801 Brickell Ave., Suite #900
Miami, FL 33131
786-443-7720 voice
786-513-0381 fax
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by United States Postal Service, on Nov. 10, 2011, on all counsel or parties of record on the service list.

/Mark Terry/
Mark Terry, Esq.

SERVICE LIST

CASE NO. 0:11-CV-62107-KMW

Marc J. Randazza
mjr@randazza.com
Jason A. Fischer
jaf@randazza.com
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
888-667-1113
fax: 305-437-7662

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-CV-62107-KMW

LIBERTY MEDIA HOLDINGS, LLC

Plaintiff,

v.

MONIKER PRIVACY SERVICES
REGISTRANT 2125963, d/b/a
SUNPORNO.COM, "ADVERT," "CASTA,"
"TRIKSTER," "WORKER," LIKIS,"
"TESTER" and DOES 1-50

Defendants

## ORDER GRANTING MOTION TO APPEAR
## PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Valentin Gurvits, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Valentin Gurvits, may appear and participate in this action on behalf of Defendant MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM. The Clerk shall provide electronic notification of all electronic filings to Valentin Gurvits, at vgurvits@bostonlawgroup.com.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of November 2011.

_____
United States District Judge

Copies furnished to:
All Parties/Counsel of Record

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-CV-62107-KMW

LIBERTY MEDIA HOLDINGS, LLC

     Plaintiff,

vs.

MONIKER PRIVACY SERVICES
REGISTRANT 2125963, d/b/a
SUNPORNO.COM, "ADVERT," "CASTA,"
"TRIKSTER," "WORKER," "LIKIS,"
"TESTER" and DOES 1-50

     Defendants.

## CERTIFICATION OF VAL GURVITS

Valentin Gurvits, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Massachusetts State Bar (BBO # 643572).

              _____
              Valentin Gurvits

1