**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 11-62107–CV–WILLIAMS**

LIBERTY MEDIA HOLDINGS, LLC,

      Plaintiff,

vs.

MONIKER PRIVACY SERVICES REGISTRANT
2125963, d/b/a SUNPORNO.COM, "ADVERT,"
"CASTA," "TRIKSTER," "WORKER," "LIKIS,"
"TESTER," and DOES 1-50,

      Defendants.

_____/

**ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS (DE 25, DE 26)**

THIS MATTER is before the Court on the Motions for Limited Appearance of Evan Fray-Witzer and Valentin Gurvits, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings (DE 25, DE 26), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby ORDERED and ADJUDGED that:

The Motion is GRANTED. Evan Fray-Witzer and Valentin Gurvits may appear and participate in this action on behalf of Defendant Moniker Privacy Services Registrant 2125963, d/b/a Sunporno.com. The Clerk shall provide electronic notification

of all electronic filings to Evan Fray-Witzer at evan@cfwlegal.com, and to Valentin Gurvits at vgurvits@bostonlawgroup.com.

DONE AND ORDERED in Chambers at Miami, Florida this 21st day of November, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record