Marc J. Randazza, Esq., FL Bar #625566
Jason A. Fischer, FL Bar #68762
Randazza Legal Group
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> SERGEJ LETYAGIN d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50 <br><br> Defendants | Case No. 11-cv-62107-KMW <br><br> **MOTION FOR EXTENSION FOR TIME TO FILE JOINT SCHEDULING REPORT** |

This Application is made for an extension for the deadline of the Joint Scheduling report to be filed on December 19, 2011 as per the Court's Order. ECF 23. The Plaintiff has yet to effect service upon the Defendants, who are located outside the United States. Plaintiff requests postponement of the filing of a Joint Scheduling report until service can be effected.

Plaintiff respectfully requests an extension of time on the deadline for the Joint Scheduling report. The report should be due 14 days after service is effected.

Dated: December 8, 2011

Respectfully Submitted,
Randazza Legal Group
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
Telephone: (888) 667-1113
Facsimile: (305) 437-7662 fax

*s/Marc J. Randazza*

Marc J. Randazza, Esq., (625566)
mjr@randazza.com
Jason A. Fischer, (68762)
jaf@randazza.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents were filed electronically using this court's CM/ECF system on December 8, 2011, and are thereby served upon Mr. Mark Terry, Mr. Valentin Gurvits, and Mr. Evan Fray-Witzer. As the identity of the remaining Defendants has yet to be determined, they cannot be served.

Dated: December 8, 2011

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Rd., Ste. 102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com