## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC ) | Case No. 11-cv-62107-KMW |
| ) | |
| Plaintiff, ) | |
| ) | **[PROPOSED] ODER GRANTING** |
| vs. ) | **EXTENSION FOR TIME TO FILE JOINT** |
| ) | **SCHEDULING REPORT** |
| SERGEJ LETYAGIN d/b/a ) | |
| SUNPORNO.COM, IDEAL CONSULT, ) | |
| LTD., "ADVERT", "CASTA", ) | |
| "TRIKSTER", "WORKER", "LIKIS", ) | |
| "TESTER" and DOES 1-50 ) | |
| ) | |
| Defendants ) | |

The Application for an extension for the deadline of the Joint Scheduling is hereby **GRANTED**. The Plaintiff has yet to effect service upon the Defendants, who are located outside the United States. Plaintiff's request for a postponement of the filing of a Joint Scheduling report until service can be effected is warranted. The deadline for the Joint Scheduling report shall be set for 14 days after service is effected.

Dated: December \_\_\_\_, 2011

_____
United States District Judge Kathleen M. Williams