UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> SERGEJ LETYAGIN, d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50 <br><br> Defendants | Case No. 11-cv-62107-KMW <br><br> DECLARATION OF ERIKA DILLON IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER FOR SEIZURE AND APPOINTMENT OF RECEIVER, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION |

I, ERIKA DILLON, do declare under the penalty of perjury that:

1. I am over the age of 18 and am a resident of the State of Nevada.

2. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3. I am employed by Liberty Media Holdings, LLC in Las Vegas, Nevada as an in-house paralegal.

4. I have reviewed the Whois histories for the SunPorno.com domain using an account with the website DomainTools.com.

5. On September 27, 2011, the publicly available Whois information for SunPorno.com listed Moniker Privacy Services as the contact information for the site with a mailing address in Pompano Beach, Florida. A true and correct copy of this listing is attached as Exhibit A-1.

6. On September 28, 2011, two days after the Complaint in this case was filed, the publicly available Whois information for SunPorno.com changed to list Ideal Consult, Ltd., via the offices of

Mayfair Trust Group Limited in Victoria, Mahe in the Seychelles. A true and correct copy of this listing is attached as Exhibit A-2.

7. On the top banner of the SunPorno.com website, there are five links listed as "Our Friends". A true and correct copy of a screenshot displaying this banner is attached as Exhibit B.

8. In addition to searching the history records for the SunPorno.com Whois information, I searched the data for these websites. All of these websites were transferred to a Canadian registrar, EvoPlus, Ltd., from the Florida-based Moniker Online Services since the commencement of this action; and four of these websites have had their Whois information changed to display a United Kingdoms privacy service, WhoisProtectService.net since the commencement of this action.

9. The website Ah-me.com was publicly listed as belonging to Sergej Letyagin on December 16, 2009. A true and correct copy of this listing is attached as Exhibit C-1. On October 4, 2011, this website's publicly available Whois information identified Ideal Consult, Ltd. via the Mayfair Trust, a Seychelles company, in the contact information. On October 5, 2011, this listing changed to WhoisProtectService, a privacy company in the United Kingdom. A true and correct copy of the listings for October 4 and 5, 2011 are attached as Exhibits C-2 and C-3.

10. On October 4, 2011, the website Ah-me.com had Moniker Online Services, a Florida-based company, listed as its registrar. On October 5, 2011, the website was moved to EvoPlus, Ltd., a Canadian company based in Montreal. A true and correct copy of the history record indicating this change is attached as Exhibit C-4.

11. The website TwilightSex.com was publicly listed as belonging to Sergej Letyagin on December 8, 2009. A true and correct copy of this listing is attached as Exhibit D-1. On September 28, 2011, this website's publicly available Whois information identified Moniker Privacy Services, a Florida-based company, in the contact information. On September 29, 2011, this listing changed to Ideal Consult, Ltd. via the Mayfair Trust, a Seychelles company. A true and correct copy of the listings for September 28 and 29, 2011 are attached as Exhibits D-2 and D-3.

12. On October 5, 2011, the website TwilightSex.com had Moniker Online Services, a Florida-based company, listed as its registrar. On October 6, 2011, the website was moved to EvoPlus, Ltd., a Canadian company based in Montreal. A true and correct copy of the history record indicating this change is attached as Exhibit D-4.

13. On September 29, 2011, ashemaletube.com's publicly available Whois information identified Ideal Consult, Ltd. via the Mayfair Trust, a Seychelles company, in the contact information. On September 30, 2011, this listing changed to WhoisProtectService, a privacy company in the United Kingdom. A true and correct copy of the listings for September 29 and 30, 2011 are attached as Exhibits E-1 and E-2.

14. On September 29, 2011, the website Ashemaletube.com had Moniker Online Services, a Florida-based company, listed as its registrar. On September 30, 2011, the website was moved to EvoPlus, Ltd., a Canadian company based in Montreal. A true and correct copy of the history record indicating this change is attached as Exhibit E-3.

15. On October 4, 2011, pornoxo.com's publicly available Whois information identified Ideal Consult, Ltd. via the Mayfair Trust, a Seychelles company, in the contact information. On October 6, 2011, this listing changed to WhoisProtectService, a privacy company in the United Kingdom. A true and correct copy of the listings for October 4 and 6, 2011 are attached as Exhibits F-1 and F-2.

16. On October 5, 2011, the website Pornoxo.com had Moniker Online Services, a Florida-based company, listed as its registrar. On October 6, 2011, the website was moved to EvoPlus, Ltd., a Canadian company based in Montreal. A true and correct copy of the history record indicating this change is attached as Exhibit F-3.

17. The website Boyfriendtv.com was publicly listed as belonging to Sergej Letyagin on August 1, 2011. A true and correct copy of this listing is attached as Exhibit G-1. On October 4, 2011, this website's publicly available Whois information identified Ideal Consult, Ltd. via the Mayfair Trust, a Seychelles company, in the contact information. On October 5, 2011, this listing changed to WhoisProtectService, a privacy company in the United Kingdom. A true and correct copy of the listings for October 4 and 5, 2011 are attached as Exhibits G-2 and G-3.

18. On October 4, 2011, the website Boyfriendtv.com had Moniker Online Services, a Florida-based company, listed as its registrar. On October 5, 2011, the website was moved to EvoPlus, Ltd., a Canadian company based in Montreal. A true and correct copy of the history record indicating this change is attached as Exhibit G-4.

19. EvoPlus, Ltd. is a Canadian company and lists their place of business in Montreal. A true and correct copy of the webpage listing their address is attached as Exhibit H.

20. WhoisProtectService.net is a United Kingdoms company. A true and correct copy of their posted Terms of Service, listing their location in the U.K. is attached as Exhibit I.

21. There are no commercial benefits to utilizing a United Kingdoms privacy service or a Canadian registrar over American services.

22. At the time of the filing of the Complaint in the instant action, no DMCA agent was identified on the SunPorno.com website. See ECF 7 ¶ 16. While the website now bears DMCA contact information for an agent, there is still no definition of a repeat infringer or an outlining of this updated policy. The website merely states that it is the "policy" of SunPorno.com to "terminate the account of repeat copyright infringers, when appropriate," implying that repeat copyright infringers do not always lose their accounts and posting privileges.

23. The works at issue that were posted on the website contained the Plaintiff's copyrighted works in their entirety. In my work cataloging the infringement in preparation for the initial complaint, I viewed the copies of the works posted on the site and can confirm they were posted in whole.

Dated: December 8, 2011 in Las Vegas, NV.

_____
Erika Dillon