UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN, d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50<br><br>Defendants | Case No. 11-cv-62107-KMW<br><br>**DECLARATION OF PETER PHINNEY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER, ORDER FOR SEIZURE AND APPOINTMENT OF RECEIVER, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

I, PETER PHINNEY, do declare under the penalty of perjury that:

1. I am over the age of 18 and am a resident of the State of California.

2. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3. I am a co-owner of Porn Guardian, a company that specializes in assisting the adult entertainment industry with removing pirated content from Internet websites.

4. I have been involved with attempts to curtail online piracy for 5 years. My company serves many major producers in the industry including Hustler™, Corbin Fisher™, Pink Visual™, American Cinema Group™, Falcon™, and more than 250 other adult brands.

5. Given my management of intellectual property rights for more than 250 adult entertainment brands for 5 years, I have personal knowledge, which allows me to readily identify most of my customer's works on sight.

6. Given my familiarity with my customer's works, I am able to discern true amateur user-created content from the professional producers with whom I regularly work.

7. I have reviewed the SunPorno.com website and its affiliate websites: ah-me.com, ashemaletube.com, pornoxo.com, and boyfriendtv.com.

8. SunPorno.com, ah-me.com, and twilightsex.com are primarily heterosexual oriented tube sites. Even just a cursory inspection of this sites displays multiple videos infringing upon the rights of the official copyright owners.

9. Ashemaletube.com, pornoxo.com, and boyfriendtv.com are primarily gay oriented tube sites. These sites are overwhelmingly populated by stolen content.

10. I looked at 20 films on SunPorno.com site and at least 10 of them were pirated content. I know this because the studios that produced the content, Wired Pussy™, Device Bondage™, and Sex And Submission™ are my customers. More of the content may be pirated. However, I scanned the small thumbnail images at the site visually to identify content that looked familiar to me, and of the 20 films I actually launched, 50% were pirated from my customers alone. I recognized several other clips as belonging to former clients or other production companies to whom we market our services.

11. I looked at 20 films on ah-me.com site and 8 of them were pirated content. I know this because the studios that produced the content, Public Disgrace™ and Hog Tied™ are my customers. However, of the 20 films I launched from thumbnails, 40% were pirated from my customers alone.

12. I looked at 20 films on ashemaletube.com site and all of them were pirated content. I know this because the studios that produced the content, Shemale Pornstar / Grooby Productions™, Amy Daly™, and Hazel Tucker™ are my customers. However, of the 20 films I launched, 100% were pirated from my customers alone.

13. I looked at 50 films on pornoxo.com site and 30 of them were pirated content. I know this because the studios that produced the content, Randy Blue™, Kristen Bjorn™, and Hothouse Entertainment™ are my customers. However, of the 50 films I launched, 60% were pirated from my customers alone. Another 20% I know to be the property of Sean Cody™, and Suite 703™, who are not my clients but are content producers with whom I am intimately familiar and whose work I can identify by sight as an expert in the field.

14. I looked at 20 films on boyfriendtv.com site and all of them were pirated content. I know this because the studios that produced the content, Butt Machine Boys™, Randy Blue™, and Straight

Fraternity™ are my customers. However, of the 20 films I launched, 100% were pirated from my customers alone.

15. Based upon this statistical sampling, I can attest that the overwhelming majority of the content on the SunPorno network is professionally produced material and I can confirm that the bulk of this material is the property of Porn Guardian clients who have not authorized the SunPorno network to distribute it.

Dated: December 8, 2011 in Los Angeles County, California.

_____
Peter Phinney