# EXHIBIT A-1



You are logged in as mrandazza   **Upgrade Your Account** | Log out | Help

sunporno.com   Whois Search   Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois History for Sunporno.com on 2011-09-27

Like  1k

Enter a domain name to get its history

**Domain Name:** sunporno.com   Search

« Previous                                                                 Next »

| | |
|---|---|
| **Domain:** | **sunporno.com** - Whois History |
| **Cache Date:** | 2011-09-27 |
| **Registrar:** | **MONIKER ONLINE SERVICES, INC.** |
| **Server:** | whois.moniker.com |
| **Created:** | 2000-10-06 |
| **Updated:** | 2010-05-05 |
| **Expires:** | 2017-10-06 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: sunporno.com@domainservice.com |

```
Domain Name: SUNPORNO.COM
Registrar: MONIKER

Registrant [2125963]:
        Moniker Privacy Services SUNPORNO.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US

Administrative Contact [2125963]:
        Moniker Privacy Services SUNPORNO.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Billing Contact [2125963]:
        Moniker Privacy Services SUNPORNO.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155
```

```
                    Technical Contact [2125963]:
                        Moniker Privacy Services SUNPORNO.COM@domainservice.com
                        Moniker Privacy Services
                        20 SW 27th Ave.
                        Suite 201
                        Pompano Beach
                        FL
                        33069
                        US
                        Phone: +1.9549848445
                        Fax:   +1.9549699155


                    Domain servers in listed order:

                        NS5.PUBLIC-NS.COM
                        NS6.PUBLIC-NS.COM


                        Record created on:        2000-10-06 10:24:09.0
                        Database last updated on: 2011-08-31 10:01:38.26
                        Domain Expires on:        2017-10-06 10:24:09.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2011 DomainTools, LLC** All rights reserved.

