# EXHIBIT A-2



You are logged in as mrandazza    **Upgrade Your Account** | Log out | Help

sunporno.com    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools



## Whois History for Sunporno.com on 2011-09-28

| Enter a domain name to get its history |
|---|
| **Domain Name:** sunporno.com   Search |

« Previous                                                                                          Next »

| | |
|---|---|
| **Domain:** | **sunporno.com** - Whois History |
| **Cache Date:** | 2011-09-28 |
| **Registrar:** | **MONIKER ONLINE SERVICES, INC.** |
| **Server:** | whois.moniker.com |
| **Created:** | 2000-10-06 |
| **Updated:** | 2010-05-05 |
| **Expires:** | 2017-10-06 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: webmaster@nightangel.com |

```
Domain Name: SUNPORNO.COM
Registrar: MONIKER

Registrant [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC

Administrative Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Billing Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Technical Contact [1110081]:
        Domain Admin webmaster@nightangel.com
```

```
                        Ideal Consult Ltd
                        offices of Mayfair Trust Group Limited
                        Independence Avenue, P.O. Box 1312
                        Capital City
                        Victoria, Mahe
                        00000
                        SC
                        Phone: +420.776246201

                Domain servers in listed order:

                        NS5.PUBLIC-NS.COM
                        NS6.PUBLIC-NS.COM

                        Record created on:         2000-10-06 10:24:09.0
                        Database last updated on: 2011-09-27 15:50:59.44
                        Domain Expires on:         2017-10-06 10:24:09.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

