# EXHIBIT C-1

Case 0:11-cv-62107-KMW   Document 37-6   Entered on FLSD Docket 12/09/2011   Page 2 of 3



You are logged in as mrandazza | **Upgrade Your Account** | Log out | Help



Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

Like  1k

## Whois History for Ah-me.com on 2009-12-16

**Enter a domain name to get its history**

**Domain Name:** ah-me.com  [Search]

« Previous                                                                 Next »

| | |
|---|---|
| **Domain:** | **ah-me.com** - Whois History |
| **Cache Date:** | 2009-12-16 |
| **Registrar:** | **MONIKER ONLINE SERVICES, INC.** |
| **Server:** | whois.moniker.com |
| **Created:** | 2000-11-07 |
| **Updated:** | 2009-12-08 |
| **Expires:** | 2014-11-07 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: webmaster@nightangel.com |

```
Domain Name: AH-ME.COM
Registrar: MONIKER

Registrant [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI

Administrative Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone: +420.776246201

Billing Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone: +420.776246201

Technical Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone: +420.776246201
```

```
                  Domain servers in listed order:

                        NS2.ISPRIME.COM
                        NS.ISPRIME.COM

                  Record created on:         2000-11-07 18:34:23.0
                  Database last updated on: 2009-12-08 08:43:34.937
                  Domain Expires on:         2014-11-07 18:34:23.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

