# EXHIBIT C-2

    

You are logged in as mrandazza    **Upgrade Your Account** | Log out | Help

ah-me.com      Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

Like  1k

## Whois History for Ah-me.com on 2011-10-04

Enter a domain name to get its history

**Domain Name:** ah-me.com   Search

« Previous                                                                 Next »

**Domain:**          ah-me.com  -  Whois History
**Cache Date:**      2011-10-04
**Registrar:**       **MONIKER ONLINE SERVICES, INC.**
**Server:**          whois.moniker.com
**Created:**         2000-11-07
**Updated:**         2011-09-29
**Expires:**         2020-11-07
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
webmaster@nightangel.com

```
Domain Name: AH-ME.COM
Registrar: MONIKER

Registrant [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC

Administrative Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Billing Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Technical Contact [1110081]:
        Domain Admin webmaster@nightangel.com
```

```
                        Ideal Consult Ltd
                        offices of Mayfair Trust Group Limited
                        Independence Avenue, P.O. Box 1312
                        Capital City
                        Victoria, Mahe
                        00000
                        SC
                        Phone: +420.776246201


             Domain servers in listed order:

                        NS5.PUBLIC-NS.COM
                        NS6.PUBLIC-NS.COM

                        Record created on:          2000-11-07 18:34:23.0
                        Database last updated on: 2011-09-28 16:22:23.553
                        Domain Expires on:          2020-11-07 18:34:23.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

