# EXHIBIT C-3



You are logged in as mrandazza    **Upgrade Your Account** | Log out | Help

ah-me.com    Whois Search    Search

Overview  Whois Lookup  Reverse Whois  Whois History  Hosting History  Screenshot History  Name Server Report  Reverse IP  DNS Tools

Like  1k

## Whois History for Ah-me.com on 2011-10-05

**Enter a domain name to get its history**

Domain Name: ah-me.com    Search

« Previous                                                                                           Next »

| | |
|---|---|
| **Domain:** | **ah-me.com** - Whois History |
| **Cache Date:** | 2011-10-05 |
| **Registrar:** | **EVOPLUS LTD** |
| **Server:** | whois.evonames.com |
| **Created:** | 2000-11-07 |
| **Updated:** | 2011-10-05 |
| **Expires:** | 2021-10-05 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: abuse@whoisprotectservice.net  ah-me.com@whoisprotectservice.net |

```
Domain Name: AH-ME.COM

Abuse email: abuse@whoisprotectservice.net

This domain is not owned by WhoisProtectService.
WhoisProtectService only provides a proxy service for our customers personal contact information.
For any complaints concerning this domain please visit http://whoisprotectservice.net

Registrant:
    Proxy Private Registration        ah-me.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AdvancedHosters.com (http://www.AdvancedHosters.com)

Administrative Contact:
    Proxy Private Registration        ah-me.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    Proxy Private Registration        ah-me.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061
```

```
         Billing Contact:
            Proxy Private Registration            ah-me.com@whoisprotectservice.net
            WhoisProtectService.net
            ATTN: Private Registrations
            27 Old Gloucester street
            London WC1N 3AX
            United Kingdom
            +44.02074195061

      Name Server: NS5.PUBLIC-NS.COM
      Name Server: NS6.PUBLIC-NS.COM
```

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2011 DomainTools, LLC All rights reserved.

