# EXHIBIT C-4

Hosting History for Ah-me.com - View historical IP addresses, name servers, and registrars 12/1/11 9:40 AM



You are logged in as mrandazza | **Upgrade Your Account** | Log out | Help

ah-me.com | Whois Search | Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

Like 1k

# Hosting History for Ah-me.com

## Domain Search

| Enter a Domain Name |
|---|
| Domain Name: ah-me.com [Get History] |
| Enter a domain name into the search box to retrieve the hosting history. |

## Registrar History

| Date | Registrar |
|---|---|
| 2002-10-11 | DirectNic.com |
| 2007-02-02 | Cheapies.com, Inc. |
| 2008-01-10 | Moniker Online Services |
| 2011-10-05 | EvoPlus Ltd. |

## IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2006-06-16 | New | -none- | 64.111.206.114 |
| 2006-08-24 | Change | 64.111.206.114 | 64.111.209.100 |
| 2007-07-15 | Change | 64.111.209.100 | 64.111.214.91 |
| 2007-10-21 | Not Resolvable | 64.111.214.91 | -none- |
| 2008-09-07 | Change | 64.111.214.91 | 76.9.25.96 |
| 2009-10-24 | Change | 76.9.25.96 | 76.9.20.20 |
| 2010-11-12 | Change | 76.9.20.20 | 213.174.132.24 |
| 2011-04-10 | New | -none- | 213.174.132.24 |
| 2011-07-03 | Change | 213.174.132.24 | 213.174.143.158 |

## Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2005-11-22 | Transfer | Interaid.com | Webmastersarea.com |
| 2006-06-16 | Transfer | Webmastersarea.com | Nettica.com |
| 2006-08-24 | Transfer | Nettica.com | Isprime.com |
| 2010-11-12 | Transfer | Isprime.com | Public-ns.com |

Note: The current IP location and IP whois may not be the same as it was on the event date.

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

