# EXHIBIT D-1

You are logged in as mrandazza   **Upgrade Your Account** |  Log out  |  Help        |  **2 Items in Cart**



twilightsex.com    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois History for Twilightsex.com on 2009-12-08

Tweet   Like   1k

**Enter a domain name to get its history**

twilightsex.com    Get History

« Previous                                                                                                             Next »

**Domain:**         twilightsex.com  -  Whois History
**Cache Date:**    2009-12-08
**Registrar:**     **MONIKER ONLINE SERVICES, INC.**
**Server:**        whois.moniker.com
**Created:**       2000-07-07
**Updated:**       2009-12-07
**Expires:**       2017-07-07
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
                   webmaster@nightangel.com

```
Domain Name: TWILIGHTSEX.COM
Registrar: MONIKER

Registrant [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI

Administrative Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI

        Phone: +420.776246201

Billing Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI

        Phone: +420.776246201

Technical Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
```

```
                             00000
                             GI
                             Phone: +420.776246201

                   Domain servers in listed order:

                             NS2.ISPRIME.COM
                             NS.ISPRIME.COM

                             Record created on:        2000-07-07 15:09:26.0
                             Database last updated on: 2009-12-07 19:41:11.39
                             Domain Expires on:        2017-07-07 15:09:26.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

