# EXHIBIT D-2

You are logged in as mrandazza   **Upgrade Your Account** | Log out | Help



twilightsex.com    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

Like   1k

## Whois History for Twilightsex.com on 2011-09-28

Enter a domain name to get its history

**Domain Name:** twilightsex.com    Search

« Previous                                                                   Next »

| | |
|---|---|
| **Domain:** | **twilightsex.com** - Whois History |
| **Cache Date:** | 2011-09-28 |
| **Registrar:** | **MONIKER ONLINE SERVICES, INC.** |
| **Server:** | whois.moniker.com |
| **Created:** | 2000-07-07 |
| **Updated:** | 2010-11-29 |
| **Expires:** | 2017-07-07 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: twilightsex.com@monikerprivacy.net |

```
Domain Name: TWILIGHTSEX.COM
Registrar: MONIKER

Registrant [2404908]:
        Moniker Privacy Services TWILIGHTSEX.COM@monikerprivacy.net
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US

Administrative Contact [2404908]:
        Moniker Privacy Services TWILIGHTSEX.COM@monikerprivacy.net
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Billing Contact [2404908]:
        Moniker Privacy Services TWILIGHTSEX.COM@monikerprivacy.net
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155
```

```
                    Technical Contact [2404908]:
                        Moniker Privacy Services TWILIGHTSEX.COM@monikerprivacy.net
                        Moniker Privacy Services
                        20 SW 27th Ave.
                        Suite 201
                        Pompano Beach
                        FL
                        33069
                        US
                        Phone: +1.9549848445
                        Fax:   +1.9549699155


                    Domain servers in listed order:

                        NS5.PUBLIC-NS.COM
                        NS6.PUBLIC-NS.COM


                        Record created on:        2000-07-07 15:09:26.0
                        Database last updated on: 2010-11-29 12:27:43.627
                        Domain Expires on:        2017-07-07 15:09:26.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2011 DomainTools, LLC** All rights reserved.

