# EXHIBIT D-3

You are logged in as mrandazza | **Upgrade Your Account** | Log out | Help



twilightsex.com    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois History for Twilightsex.com on 2011-09-29

Like    1k

Enter a domain name to get its history
**Domain Name:** twilightsex.com    Search

« Previous                                    Next »

| | |
|---|---|
| **Domain:** | **twilightsex.com** - Whois History |
| **Cache Date:** | 2011-09-29 |
| **Registrar:** | **MONIKER ONLINE SERVICES, INC.** |
| **Server:** | whois.moniker.com |
| **Created:** | 2000-07-07 |
| **Updated:** | 2011-09-28 |
| **Expires:** | 2021-07-07 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: webmaster@nightangel.com |

```
Domain Name: TWILIGHTSEX.COM
Registrar: MONIKER

Registrant [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC

Administrative Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Billing Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Technical Contact [1110081]:
        Domain Admin webmaster@nightangel.com
```

```
                    Ideal Consult Ltd
                    offices of Mayfair Trust Group Limited
                    Independence Avenue, P.O. Box 1312
                    Capital City
                    Victoria, Mahe
                    00000
                    SC
                    Phone: +420.776246201

            Domain servers in listed order:

                    NS5.PUBLIC-NS.COM
                    NS6.PUBLIC-NS.COM

                    Record created on:          2000-07-07 15:09:26.0
                    Database last updated on: 2011-09-28 16:30:52.62
                    Domain Expires on:          2021-07-07 15:09:26.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

