# EXHIBIT D-4

Hosting History for Twilightsex.com - View historical IP addresses, name servers, and registrars                                                                                                  12/10/11 3:40 PM



You are logged in as mrandazza   **Upgrade Your Account** | Log out | Help

twilightsex.com    [Whois Search ▼]   Search

Overview | Whois Lookup | Reverse Whois | Whois History | **Hosting History** | Screenshot History | Name Server Report | Reverse IP | DNS Tools

Like   1k

# Hosting History for Twilightsex.com

## Domain Search

Enter a Domain Name

**Domain Name:** twilightsex.com   [Get History]

Enter a domain name into the search box to retrieve the hosting history.

## Registrar History

| Date | Registrar |
|---|---|
| 2003-05-21 | Tucows |
| 2007-10-22 | Moniker Online Services |
| 2011-10-06 | EvoPlus Ltd. |

## IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2005-01-25 | New | -none- | 66.230.171.227 |
| 2005-01-29 | Not Resolvable | 69.50.131.115 | -none- |
| 2005-02-17 | Change | -none- | 66.230.182.128 |
| 2006-07-08 | Change | 66.230.182.128 | 64.111.209.99 |
| 2008-02-10 | Change | 64.111.209.99 | 76.9.20.19 |
| 2010-09-03 | Change | 76.9.20.19 | 213.174.143.22 |
| 2011-04-10 | New | -none- | 213.174.143.22 |

## Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2002-04-03 | Transfer | Oakweb.com | Mach10hosting.com |
| 2004-03-12 | Transfer | Mach10hosting.com | National-net.com |
| 2005-01-09 | Transfer | National-net.com | Mach10hosting.com |
| 2005-01-25 | Transfer | Mach10hosting.com | Realitychecknetwork.com |
| 2005-02-17 | Transfer | Realitychecknetwork.com | Isprime.com |
| 2010-12-01 | Transfer | Isprime.com | Public-ns.com |

Note: The current IP location and IP whois may not be the same as it was on the event date.

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

