# EXHIBIT E-1

You are logged in as mrandazza | **Upgrade Your Account** | Log out | Help



ashemaletube.com  Whois Search  Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## Whois History for Ashemaletube.com on 2011-09-29

Like  1k

Enter a domain name to get its history
**Domain Name:** ashemaletube.com  Search

« Previous                                                                                                                   Next »

| | |
|---|---|
| **Domain:** | **ashemaletube.com** - Whois History |
| **Cache Date:** | 2011-09-29 |
| **Registrar:** | **MONIKER ONLINE SERVICES, INC.** |
| **Server:** | whois.moniker.com |
| **Created:** | 2009-04-06 |
| **Updated:** | 2011-09-28 |
| **Expires:** | 2015-04-06 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: webmaster@nightangel.com |

```
Domain Name: ASHEMALETUBE.COM
Registrar: MONIKER

Registrant [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC

Administrative Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Billing Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Technical Contact [1110081]:
        Domain Admin webmaster@nightangel.com
```

```
                          Ideal Consult Ltd
                          offices of Mayfair Trust Group Limited
                          Independence Avenue, P.O. Box 1312
                          Capital City
                          Victoria, Mahe
                          00000
                          SC
                          Phone: +420.776246201

           Domain servers in listed order:

                 NS1.ASHEMALETUBE.COM            213.174.152.75
                 NS2.ASHEMALETUBE.COM            213.174.140.29

                 Record created on:         2009-04-06 17:15:56.0
                 Database last updated on:  2011-09-28 16:22:43.083
                 Domain Expires on:         2015-04-06 17:15:56.0
```

© 2011 DomainTools, LLC All rights reserved.

