# EXHIBIT E-2

Whois History: Historical Whois Lookup | DomainTools                                                      12/10/11 3:55 PM



You are logged in as mrandazza   **Upgrade Your Account**  |  Log out  |  Help

ashemaletube.com          Whois Search ⏷    Search

| Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools |

Like  〈 1k

# Whois History for Ashemaletube.com on 2011-09-30

┌─────────────────────────────────────────────────────────┐
│         Enter a domain name to get its history           │
│                                                           │
│   **Domain Name:**  ashemaletube.com     Search           │
└─────────────────────────────────────────────────────────┘

« Previous                                                              Next »

| | |
|---|---|
| **Domain:** | **ashemaletube.com** - Whois History |
| **Cache Date:** | 2011-09-30 |
| **Registrar:** | **EVOPLUS LTD** |
| **Server:** | whois.evonames.com |
| **Created:** | 2009-04-06 |
| **Updated:** | 2011-09-30 |
| **Expires:** | 2016-04-06 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: abuse@whoisprotectservice.net ashemaletube.com@whoisprotectservice.net |

```
Domain Name: ASHEMALETUBE.COM


Abuse email: abuse@whoisprotectservice.net


This domain is not owned by WhoisProtectService.
WhoisProtectService only provides a proxy service for our customers personal contact information.
For any complaints concerning this domain please visit http://whoisprotectservice.net

Registrant:
    Proxy Private Registration        ashemaletube.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AdvancedHosters.com (http://www.AdvancedHosters.com)

Administrative Contact:
    Proxy Private Registration        ashemaletube.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    Proxy Private Registration        ashemaletube.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061
```

Case 0:11-cv-62107-KMW   Document 37-15   Entered on FLSD Docket 12/09/2011   Page 3 of 3

```
        Billing Contact:
            Proxy Private Registration        ashemaletube.com@whoisprotectservice.net
            WhoisProtectService.net
            ATTN: Private Registrations
            27 Old Gloucester street
            London  WC1N 3AX
            United Kingdom
            +44.02074195061


        Name Server: NS1.ASHEMALETUBE.COM
        Name Server: NS2.ASHEMALETUBE.COM
```

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2011 DomainTools, LLC All rights reserved.

