# EXHIBIT E-3



You are logged in as mrandazza    **Upgrade Your Account** | Log out | Help

ashemaletube.com    Whois Search    Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

## Hosting History for Ashemaletube.com

Like  1k

### Domain Search

| Enter a Domain Name |
| --- |
| Domain Name: ashemaletube.com  [Get History] |
| Enter a domain name into the search box to retrieve the hosting history. |

### Registrar History

| Date | Registrar |
| --- | --- |
| 2009-04-06 | Moniker Online Services |
| 2011-09-30 | EvoPlus Ltd. |

### IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
| --- | --- | --- | --- |
| 2009-04-13 | New | -none- | 208.73.210.50 |
| 2009-05-11 | Change | 208.73.210.50 | 76.9.20.29 |
| 2010-06-28 | Change | 76.9.20.29 | 213.174.152.75 |
| 2011-04-10 | New | -none- | 213.174.152.75 |

### Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
| --- | --- | --- | --- |
| 2009-04-08 | New | -none- | Domainservice.com |
| 2009-05-05 | Transfer | Domainservice.com | Isprime.com |
| 2010-06-28 | Transfer | Isprime.com | Ashemaletube.com |

Note: The current IP location and IP whois may not be the same as it was on the event date.

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2011 DomainTools, LLC All rights reserved.

