# EXHIBIT F-1



You are logged in as mrandazza | **Upgrade Your Account** | Log out | Help

pornoxo.com   Whois Search   Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

Like  1k

## Whois History for Pornoxo.com on 2011-10-04

Enter a domain name to get its history
**Domain Name:** pornoxo.com   Search

« Previous                                                              Next »

| | |
|---|---|
| **Domain:** | **pornoxo.com** - Whois History |
| **Cache Date:** | 2011-10-04 |
| **Registrar:** | **MONIKER ONLINE SERVICES, INC.** |
| **Server:** | whois.moniker.com |
| **Created:** | 2009-01-21 |
| **Updated:** | 2011-09-30 |
| **Expires:** | 2013-01-21 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: webmaster@nightangel.com |

```
Domain Name: PORNOXO.COM
Registrar: MONIKER

Registrant [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC

Administrative Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Billing Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Technical Contact [1110081]:
        Domain Admin webmaster@nightangel.com
```

```
                        Ideal Consult Ltd
                        offices of Mayfair Trust Group Limited
                        Independence Avenue, P.O. Box 1312
                        Capital City
                        Victoria, Mahe
                        00000
                        SC
                        Phone: +420.776246201

                Domain servers in listed order:

                        NS1.PORNOXO.COM           213.174.152.166
                        NS2.PORNOXO.COM           213.174.140.29

                        Record created on:        2009-01-21 13:08:31.0
                        Database last updated on: 2011-09-28 16:23:50.983
                        Domain Expires on:        2013-01-21 13:08:31.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

