# EXHIBIT F-2

You are logged in as mrandazza | **Upgrade Your Account** | Log out | Help



pornoxo.com   Whois Search   Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

Like 1k

## Whois History for Pornoxo.com on 2011-10-06

**Enter a domain name to get its history**

**Domain Name:** pornoxo.com   Search

« Previous                                                                                              Next »

| | |
|---|---|
| **Domain:** | **pornoxo.com** - Whois History |
| **Cache Date:** | 2011-10-06 |
| **Registrar:** | **EVOPLUS LTD** |
| **Server:** | whois.evonames.com |
| **Created:** | 2009-01-21 |
| **Updated:** | 2011-10-06 |
| **Expires:** | 2014-01-21 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: abuse@whoisprotectservice.net  pornoxo.com@whoisprotectservice.net |

```
Domain Name: PORNOXO.COM

Abuse email: abuse@whoisprotectservice.net

This domain is not owned by WhoisProtectService.
WhoisProtectService only provides a proxy service for our customers personal contact information.
For any complaints concerning this domain please visit http://whoisprotectservice.net

Registrant:
    Proxy Private Registration         pornoxo.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AdvancedHosters.com (http://www.AdvancedHosters.com)

Administrative Contact:
    Proxy Private Registration         pornoxo.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    Proxy Private Registration         pornoxo.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061
```

```
                    Billing Contact:
                        Proxy Private Registration         pornoxo.com@whoisprotectservice.net
                        WhoisProtectService.net
                        ATTN: Private Registrations
                        27 Old Gloucester street
                        London WC1N 3AX
                        United Kingdom
                        +44.02074195061

                    Name Server: NS1.PORNOXO.COM
                    Name Server: NS2.PORNOXO.COM
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

