# EXHIBIT F-3



You are logged in as mrandazza    **Upgrade Your Account** | Log out | Help

pornoxo.com    Whois Search    Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

Like  1k

# Hosting History for Pornoxo.com

## Domain Search

### Enter a Domain Name

Domain Name: pornoxo.com    [Get History]

Enter a domain name into the search box to retrieve the hosting history.

## Registrar History

| Date | Registrar |
|---|---|
| 2007-01-31 | Wild West Domains |
| 2008-04-23 | eNomX Inc. |
| 2009-01-21 | GoDaddy.com |
| 2009-12-16 | Moniker Online Services |
| 2011-10-06 | EvoPlus Ltd. |

## IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2007-02-10 | New | -none- | 68.178.232.99 |
| 2008-03-16 | Not Resolvable | 68.178.232.99 | -none- |
| 2008-04-25 | New | -none- | 69.64.155.75 |
| 2008-05-04 | Not Resolvable | 69.64.155.75 | -none- |
| 2009-01-26 | New | -none- | 68.178.232.100 |
| 2009-02-09 | Change | 68.178.232.100 | 216.18.227.107 |
| 2009-05-18 | Change | 216.18.227.107 | 216.18.227.186 |
| 2009-12-13 | Change | 216.18.227.186 | 213.174.152.166 |
| 2010-02-25 | Change | 213.174.152.166 | 213.174.152.167 |
| 2011-01-10 | Change | 213.174.152.167 | 213.174.152.60 |
| 2011-04-10 | New | -none- | 213.174.152.60 |

## Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2006-06-14 | New | -none- | Dns-parking-service.com |
| 2006-06-16 | Delete | Dns-parking-service.com | -none- |
| 2007-02-02 | New | -none- | Secureserver.net |
| 2007-11-11 | Transfer | Secureserver.net | Domaincontrol.com |
| 2008-03-15 | Delete | Domaincontrol.com | -none- |
| 2008-04-21 | New | -none- | Oregonnames.com |
| 2008-04-25 | Transfer | Oregonnames.com | Name-services.com |
| 2008-04-28 | Delete | Name-services.com | -none- |
| 2009-01-23 | New | -none- | Domaincontrol.com |
| 2009-02-04 | Transfer | Domaincontrol.com | Swiftco.net |
| 2009-12-17 | Transfer | Swiftco.net | Pornoxo.com |

Note: The current IP location and IP whois may not be the same as it was on the event date.

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

