# EXHIBIT G-1

You are logged in as mrandazza    **Upgrade Your Account** |  Log out  |  Help    | **2 Items in Cart**



boyfriendtv.com    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois History for Boyfriendtv.com on 2011-08-01

Tweet    Like    1k

**Enter a domain name to get its history**

boyfriendtv.com    Get History

« Previous                                                                                       Next »

| | |
|---|---|
| **Domain:** | **boyfriendtv.com** - Whois History |
| **Cache Date:** | 2011-08-01 |
| **Registrar:** | **MONIKER ONLINE SERVICES, INC.** |
| **Server:** | whois.moniker.com |
| **Created:** | 2010-06-24 |
| **Updated:** | 2011-08-01 |
| **Expires:** | 2012-06-24 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: webmaster@nightangel.com |

```
Domain Name: BOYFRIENDTV.COM
Registrar: MONIKER

Registrant [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI

Administrative Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI

        Phone: +420.776246201

Billing Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI

        Phone: +420.776246201

Technical Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
```

```
                        00000
                        GI
                        Phone: +420.776246201

               Domain servers in listed order:

                        NS1.BOYFRIENDTV.COM       213.174.152.240
                        NS2.BOYFRIENDTV.COM       213.174.140.29

                        Record created on:        2010-06-24 08:42:49.0
                        Database last updated on: 2011-08-01 10:04:06.543
                        Domain Expires on:        2012-06-24 08:42:49.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2011 DomainTools, LLC** All rights reserved.

