# EXHIBIT G-2

Whois History: Historical Whois Lookup | DomainTools                                                              12/10/13 4:05 PM

You are logged in as mrandazza   **Upgrade Your Account** | Log out | Help



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools |

Like    1k

## Whois History for Boyfriendtv.com on 2011-10-04



Enter a domain name to get its history

**Domain Name:** boyfriendtv.com   [ Search ]

« Previous                                                                                          Next »

**Domain:**            **boyfriendtv.com** - Whois History
**Cache Date:**        2011-10-04
**Registrar:**         **MONIKER ONLINE SERVICES, INC.**
**Server:**            whois.moniker.com
**Created:**           2010-06-24
**Updated:**           2011-09-29
**Expires:**           2012-06-24
**Reverse Whois:** Click on an email address we found in this whois record
                   to see which other domains the registrant is associated with:
                   webmaster@nightangel.com

```
Domain Name: BOYFRIENDTV.COM
Registrar: MONIKER

Registrant [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC

Administrative Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Billing Contact [1110081]:
        Domain Admin webmaster@nightangel.com
        Ideal Consult Ltd
        offices of Mayfair Trust Group Limited
        Independence Avenue, P.O. Box 1312
        Capital City
        Victoria, Mahe
        00000
        SC
        Phone: +420.776246201

Technical Contact [1110081]:
        Domain Admin webmaster@nightangel.com
```

11/10/11 4:05 PM

```
                    Ideal Consult Ltd
                    offices of Mayfair Trust Group Limited
                    Independence Avenue, P.O. Box 1312
                    Capital City
                    Victoria, Mahe
                    00000
                    SC
                    Phone: +420.776246201


          Domain servers in listed order:

                    NS1.BOYFRIENDTV.COM        213.174.152.240
                    NS2.BOYFRIENDTV.COM        213.174.140.29


                    Record created on:         2010-06-24 08:42:49.0
                    Database last updated on: 2011-09-28 16:21:31.723
                    Domain Expires on:         2012-06-24 08:42:49.0
```

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© **2011 DomainTools, LLC** All rights reserved.

