# EXHIBIT G-3

You are logged in as mrandazza | **Upgrade Your Account** | Log out | Help



boyfriendtv.com   Whois Search   Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

Like  1k

## Whois History for Boyfriendtv.com on 2011-10-05

**Enter a domain name to get its history**

Domain Name: boyfriendtv.com   Search

« Previous                                                                                                    Next »

**Domain:** boyfriendtv.com - Whois History
**Cache Date:** 2011-10-05
**Registrar:** EVOPLUS LTD
**Server:** whois.evonames.com
**Created:** 2010-06-24
**Updated:** 2011-10-05
**Expires:** 2013-06-24
**Reverse Whois:** Click on an email address we found in this whois record
to see which other domains the registrant is associated with:
abuse@whoisprotectservice.net   boyfriendtv.com@whoisprotectservice.net

```
Domain Name: BOYFRIENDTV.COM

Abuse email: abuse@whoisprotectservice.net

This domain is not owned by WhoisProtectService.
WhoisProtectService only provides a proxy service for our customers personal contact information.
For any complaints concerning this domain please visit http://whoisprotectservice.net

Registrant:
    Proxy Private Registration         boyfriendtv.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Registered Through:
    AdvancedHosters.com (http://www.AdvancedHosters.com)

Administrative Contact:
    Proxy Private Registration         boyfriendtv.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061

Technical Contact:
    Proxy Private Registration         boyfriendtv.com@whoisprotectservice.net
    WhoisProtectService.net
    ATTN: Private Registrations
    27 Old Gloucester street
    London WC1N 3AX
    United Kingdom
    +44.02074195061
```

```
                    Billing Contact:
                       Proxy Private Registration          boyfriendtv.com@whoisprotectservice.net
                       WhoisProtectService.net
                       ATTN: Private Registrations
                       27 Old Gloucester street
                       London WC1N 3AX
                       United Kingdom
                       +44.02074195061

                    Name Server: NS1.BOYFRIENDTV.COM
                    Name Server: NS2.BOYFRIENDTV.COM
```

Memberships   |   Developer API   |   About Us   |   Blog   |   Desktop Tools   |   Terms of Service   |   Privacy   |   Support   |   Careers   |   Contact Us   |   Site Map

© 2011 DomainTools, LLC All rights reserved.

