# EXHIBIT G-4

Hosting History for Boyfriendtv.com -- View historical IP addresses, name servers, and registrars         12/10/11 3:58 PM



You are logged in as mrandazza    **Upgrade Your Account** | Log out | Help

boyfriendtv.com    [Whois Search ▾]    Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

Like  1k

## Hosting History for Boyfriendtv.com

### Domain Search

| Enter a Domain Name |
|---|
| **Domain Name:** boyfriendtv.com  [Get History] |
| Enter a domain name into the search box to retrieve the hosting history. |

### Registrar History

| Date | Registrar |
|---|---|
| 2007-05-25 | Dotster |
| 2007-07-14 | |
| 2010-06-24 | Moniker Online Services |
| 2011-10-05 | EvoPlus Ltd. |

### IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2007-05-19 | New | -none- | 66.150.161.133 |
| 2007-05-20 | Not Resolvable | 66.150.161.133 | -none- |
| 2007-05-26 | New | -none- | 212.227.34.3 |
| 2007-05-27 | Change | 212.227.34.3 | 66.150.161.133 |
| 2007-06-03 | Change | 66.150.161.133 | 212.227.34.3 |
| 2007-06-10 | Change | 212.227.34.3 | 82.98.86.177 |
| 2007-07-22 | Change | 82.98.86.177 | 212.179.58.25 |
| 2008-05-20 | Change | 212.179.58.25 | 66.150.161.133 |
| 2008-07-06 | Not Resolvable | 66.150.161.133 | -none- |
| 2008-08-06 | New | -none- | 69.64.155.77 |
| 2008-08-10 | Not Resolvable | 69.64.155.77 | -none- |
| 2010-06-30 | New | -none- | 213.174.153.240 |
| 2011-04-10 | New | -none- | 213.174.153.240 |

### Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2007-05-19 | New | -none- | Mydomain.com |
| 2007-05-26 | Transfer | Mydomain.com | Sedoparking.com |
| 2007-07-15 | Transfer | Sedoparking.com | Domainbonus.com |
| 2008-05-20 | Transfer | Domainbonus.com | Nameresolve.com |
| 2008-06-30 | Delete | Nameresolve.com | -none- |
| 2008-08-06 | New | -none- | Name-services.com |
| 2008-08-08 | Delete | Name-services.com | -none- |
| 2008-10-05 | New | -none- | Comnameservice.com |
| 2008-10-09 | Delete | Comnameservice.com | -none- |
| 2010-06-25 | New | -none- | Domainservice.com |
| 2010-06-30 | Transfer | Domainservice.com | Boyfriendtv.com |

Note: The current IP location and IP whois may not be the same as it was on the event date.

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

