# EXHIBIT H



**evonames**
one step ahead of evolution

Welcome, Guest!
Please sign in or create your account

Create account | Forgot password?

| Home | Transfer | Prices | Resellers | Help & Support | My Account |

Check domain availability  |  all TLDs  |  GO

Home  »  About Us & Contact Us

## About Us

EvoNames is a provider of domain names and services. The company has been involved in the domain name registration business for many years. In the past the company has been working through numerous resellers to provide you with our services. Recently, EvoNames.com was launched in order to provide services directly to the client as well as offer resellers the opportunity to join EvoNames network.

EvoNames is quickly building a reputation as a leading provider of global domain name registration, through an expanding, broad selection of solutions; EvoNames.com enables private customers, small businesses and large organizations to create a dynamic web presence without the need for extensive technical knowledge or resources. EvoNames.com offers you quick and user-friendly registration.

## Contact Us

For any general questions and inquiries please contact info@evonames.com

For any technical, registration and account related questions, please contact support@evonames.com

For any sales or billing related questions, please contact sales@evonames.com

For any copyright, trademark, morally objection content and defamation complains, as well as any spam complains, please contact abuse@evonames.com

---

**EvoNames office address:**
**EvoPlus Limited**

5285 Decarie Boulevard #100

Montreal, H3W3C2

Canada

Phone +1-514-371-5650

Fax +1-514-371-5650

---

**Your cart is empty**
Review & Checkout

**Free Services** with Every Domain Name
- Total control of your domain names
- 5-day grace period
- Internal domain name PUSH
- Realtime contact/registrant update

      

| Register Domain | Transfer Domain | Prices | Resellers | Help & Support | Control Panel | About Us | Contact Us | Terms & Conditions | Privacy Policy |

Copyright © 2005-2011 EvoPlus, LTD. All Right Reserved.