# EXHIBIT I



**Home**     **Contact Domain Owner**     **Report Abuse**     **Terms of Service**     **About Us**

## Terms Of Use » Domain Name Registration Privacy Terms of Service

**WHOISPROTECTSERVICE DOMAIN NAME REGISTRATION PRIVACY TERMS OF SERVICE**

Please read this Domain Name Registration Privacy Service Agreement ("Agreement") carefully. By using the Services and/or Web site of WhoisProtectService.net ("WhoisProtectService"), You (as defined below) agree to all the terms and conditions set forth both herein and in the WhoisProtectService Antispam policy and Privacy policy, which are incorporated by reference and can be found online at http://www.whoisprotectservice.net/antispam.html and http://www.whoisprotectservice.net/privacy.html

You acknowledge that WhoisProtectService may amend this Agreement at any time upon posting the amended terms on its Web site, and that any new, different or additional features changing the services provided by WhoisProtectService will automatically be subject to this Agreement. If You do not agree to be bound by, or if You object to, the terms and conditions of this Agreement and any amendments hereto, do not use or access WhoisProtectService's services. Continued use of WhoisProtectService's services and its Web site after any such changes to this Agreement have been posted, constitutes Your acceptance of those changes.

This Agreement is by and between WhoisProtectService and you, your heirs, assigns, agents and contractors ("You") and is made effective as of the date of electronic execution. This Agreement sets forth the terms and conditions of Your relationship with WhoisProtectService and Your use of WhoisProtectService's services and represents the entire Agreement between You and WhoisProtectService. By using WhoisProtectService's Services, You acknowledge that You have read, understand and agree to be bound by all the terms and conditions of this Agreement, and You further agree to be bound by the terms of this Agreement for transactions entered into by:

You on Your behalf;
Anyone acting as Your agent; and
Anyone who uses the customer account You have established with WhoisProtectService, whether or not the transactions were on Your behalf and/or authorized by You.
You agree You will be bound by representations made by third parties You use to purchase services from WhoisProtectService, and statements of a general nature on WhoisProtectService's web site or in WhoisProtectService promotional materials will not bind WhoisProtectService. You further agree to abide by the terms and conditions promulgated by the Internet Corporation for Assigned Names and Numbers ("ICANN") (including the Uniform Domain Name Dispute Resolution Policy ("Dispute Resolution Policy") and Your Registrar (i.e., the ICANN-accredited person or entity through which You register a domain name).

**1. DESCRIPTION OF WHOISPROTECTSERVICE'S PRIVATE REGISTRATION SERVICES**

The business of WhoisProtectService is to provide domain name contact information for those parties desiring to maintain their privacy on the Internet to maximize Your right to privacy to the greatest extent possible. When You subscribe to WhoisProtectService's private registration service through an WhoisProtectService-affiliated Registrar, each and any available domain name registration You designate will thereafter be registered in the name of WhoisProtectService, as Registrant. In exchange for WhoisProtectService becoming the Registrant of each domain name registration on Your behalf, WhoisProtectService shall keep Your name, postal address, email address, phone and fax numbers confidential, subject to Section 4 of this Agreement. When WhoisProtectService becomes the Registrant of Your domain name registration, the following WhoisProtectService information (and not Your personal information) will be made publicly available in the "Whois" directory as determined by ICANN policy:

WhoisProtectService's name and postal address as Registrant of the domain name;
WhoisProtectService's email address, postal address and phone number for the domain name registration's

 **Contact Domain Owner**

If you need to contact the actual domain owner, who is using our service, please use this form.

 **File an Abuse Report**

**Spam, Copyright, Trademark, Morally Objection Content and Defamation Complains.**

If you believe the domain using our services is engaged in spam, abuse or any illegal or unlawful activity, please use this form to file an abuse report.

technical contact;
WhoisProtectService's email address, postal address and phone number for the domain name registration's administrative contact;
WhoisProtectService's email address, postal address and phone number for the domain's name registration's billing contact;
The primary and secondary domain name servers You designate for the domain name;
The domain name's original date of registration and expiration date of the registration; and
The identity of Your Registrar.

## 2. FULL BENEFITS OF DOMAIN REGISTRATION RETAINED BY YOU

Although WhoisProtectService will be the Registrant of each domain name registration You designate, You will retain the full benefits of domain name registration with respect to each such domain name registration, including:

The right to sell, transfer or assign each domain name registration, which shall require cancellation of Your account with WhoisProtectService, subject to Section 4. below;
The right to control the use of each domain name registration, including designating the primary and secondary domain name servers to which each domain name points;
The right to cancel each domain name registration;
The right to cancel Your account with WhoisProtectService so that You become the Registrant;
The right to renew each domain name registration upon its expiration, subject to Your Registrar's applicable rules and policies; and
The right to initially resolve any and all monetary, creditor or other claims that arise in connection with a legal or other dispute involving Your domain name registration, subject to WhoisProtectService's Section 4 rights, which shall, in all events, supersede any and all of Your rights as set forth in this Section 2.

## 3. YOUR NOTIFICATION OBLIGATIONS; REPRESENTATION AND WARRANTIES

**Personal Information**
You agree that for each domain name for which WhoisProtectService becomes the Registrant on Your behalf, You will provide accurate and current information as to:

Your name and postal address; The email address, postal address, phone and fax numbers for the domain name registration's technical contact;
The email address, postal address, phone and fax numbers for the domain name registration's administrative contact;
The email address, postal address, phone and fax numbers for the domain name registration's billing contact;
The primary and secondary domain name servers to which each domain name points; and
The domain name's original date of registration and expiration date.

You agree to:

Notify WhoisProtectService within five (5) business days when any of the personal information You provided upon subscribing to WhoisProtectService's services, changes;
Respond within five (5) business days to any inquiries made by WhoisProtectService to determine the validity of personal information provided by You; and
Respond to email messages posted to Your WhoisProtectService account regarding correspondence WhoisProtectService has received that is either addressed to or involves Your domain name registration, as more fully set forth in Section 5(b) below.
It is Your responsibility to keep Your personal contact information current and accurate at all times.

**Renewals**
You agree WhoisProtectService, as Registrant, will:

arrange for Your Registrar to automatically renew on Your behalf, for a period of one (1) year only, any domain name registration that is up for renewal; and
arrange for Your Registrar to charge the credit card or your preferred payment method You have on file with the Registrar, at the Registrar's then current rates.
Renewal fees, once charged, will be non-refundable. You may also elect to disengage the automatic renewal feature for WhoisProtectService's private registration services, by logging into Your customer account at Your Registrar's web site and disabling the auto renew option. It is Your responsibility to keep Your credit card or other payment option information current and accurate, including the expiration date.

**Representations and Warranties**
You warrant that all information provided by You to WhoisProtectService is truthful, complete, current and accurate. You also warrant that You are using WhoisProtectService's private registration services in good faith and You have no knowledge of Your domain name infringing upon or conflicting with the legal rights of a third party or a third party's trademark or trade name. You also warrant the domain name being registered by WhoisProtectService on Your behalf will not be used in connection with any illegal or morally objectionable activity (as defined below in Section 4), or, in connection with the transmission of Spam.

**4. WHOISPROTECTSERVICE'S RIGHTS TO DENY, SUSPEND, TERMINATE SERVICE AND TO DISCLOSE YOUR PERSONAL INFORMATION**
You understand and agree that WhoisProtectService has the absolute right and power, in its sole discretion and without any liability to You whatsoever, to either:

Close Your account (which means You then become the Registrant of the domain name registration);

Reveal Your name and personal information that You provided to WhoisProtectService when:

. Required by law, in the good faith belief that such action is necessary in order to conform to the edicts of the law;
. To comply with a legal process served upon WhoisProtectService;
. In order to comply with ICANN rules, policies or procedures; or D. You elect to disengage from the use of WhoisProtectService Private Registration Service by either not renewing your domain name registration or not renewing the WhoisProtectService Private Registration Service.
Resolve any and all third party claims, whether threatened or made, arising out of Your use of a domain name registered by WhoisProtectService on Your behalf; or
Take any other action WhoisProtectService deems necessary:

. In the event you breach any provision of this Agreement or the WhoisProtectService Anti-Spam Policy;
. To protect the integrity and stability of the applicable domain name Registry;
. To comply with any applicable laws, government rules or requirements, subpoenas, court orders or requests of law enforcement;
. To comply with ICANN's Dispute Resolution Policy;
. To avoid any financial loss or legal liability (civil or criminal) on the part of WhoisProtectService, its parent companies, subsidiaries, affiliates, shareholders, agents, officers, directors and employees;
. If the domain name WhoisProtectService registers on Your behalf violates or infringes a third party's trademark, trade name or other legal rights; and
. If it comes to WhoisProtectService's attention that You are using WhoisProtectService's services for purposes of engaging in, participating in, sponsoring or hiding Your involvement in, illegal or morally objectionable activities, including but not limited to, activities which are designed, intended to or otherwise:

1. Appeal purely to the prurient interests of third parties;
2. Defame, embarrass, harm, abuse, threaten, or harass third parties;
3. Violate state or federal laws of the United States and/or foreign territories;
4. Involve hate crimes, terrorism and child pornography;
5. Are tortious, vulgar, obscene, invasive of a third party's privacy, racially, ethnically, or otherwise objectionable;
6. Impersonate the identity of a third party;
7. Harm minors in any way; or
8. Relate to or transmit viruses, Trojan Horses, access codes, backdoors, worms, timebombs or any other code, routine, mechanism, device or item that corrupts, damages, impairs, interferes with, intercepts or misappropriates any software, hardware, firmware, network, system, data or personally identifiable information.

You also acknowledge and agree that WhoisProtectService may, in its sole discretion and without any liability to You whatsoever:

Cancel the registration of any domain name WhoisProtectService has registered on Your behalf during the first thirty (30) days after registration has taken place;
Cancel the registration of any domain name WhoisProtectService has registered on Your behalf if that name is being used in association with Spam; and/or
Suspend your rights under Section 2 of this Agreement during resolution of a dispute.

You further understand and agree that if WhoisProtectService is named as a defendant in, or investigated in anticipation of, any legal or administrative proceeding arising out of Your domain name registration or Your use of WhoisProtectService's services, Your private domain name registration will automatically revert back to You and Your identity will therefore be revealed in the Whois directory as Registrant.

In the event:

WhoisProtectService takes any of the actions set forth in subsection ii A, B, or C above; and
You elect to cancel WhoisProtectService's services for any reason --
Neither WhoisProtectService nor your Registrar will refund any fees paid by You whatsoever.

## 5. COMMUNICATIONS FORWARDING

**a. Correspondence Forwarding**
Inasmuch as WhoisProtectService's name, postal address and phone number will be listed in the Whois directory, You agree WhoisProtectService may choose not to review and forward communications addressed to Your domain name that are received via email, certified or traceable courier mail (such as UPS, FedEx, or DHL), or first class U.S. postal mail. You specifically acknowledge WhoisProtectService will not forward to You postal mail (other than extremely important legal notices), "junk" mail or other unsolicited communications (whether delivered through fax, postal mail or telephone), and You further authorize WhoisProtectService to either discard all such communications or return all such communications to sender unopened. You agree to waive any and all claims arising from Your failure to receive communications directed to Your domain name but not forwarded to You by WhoisProtectService.

**b. Email Forwarding** The Whois directory requires an email address for every purchased domain name registration. When You purchase a private domain registration, WhoisProtectService creates a private email address for that domain, "@WhoisProtectService.net". Thereafter, when messages are sent to Your private email address, WhoisProtectService handles them according to the email preference You selected for that particular domain. You have three (3) email preferences from which to choose. You can elect to:

Have all of the messages forwarded;
Have all of the messages filtered for Spam and then forwarded; or
Have none of the messages forwarded.

**c. Notifications Regarding Correspondence and Your Obligation to Respond**
When WhoisProtectService receives important legal notice addressed to Your domain name via certified or traceable courier mail, WhoisProtectService will post an email message to Your WhoisProtectService account. The WhoisProtectService email message will identify the sender of the correspondence, the date WhoisProtectService received it, and a brief description of its contents. You will have forty-eight (48) hours to decide whether to reject the correspondence or have it forwarded via overnight courier, facsimile (or both). You will be informed of the charge for both shipping options and the credit card or the payment option You provide will be billed only after You have affirmatively selected one or both shipping options. You must select a shipping option and the payment transaction must be successful prior to WhoisProtectService forwarding the correspondence to You. In the event You do not respond to the WhoisProtectService email messages, WhoisProtectService will attempt to contact You via telephone. If You do not respond to the WhoisProtectService email or voice messages and/or the correspondence WhoisProtectService has received regarding Your domain name registration concerns a legal dispute or otherwise requires immediate forwarding and/or immediate disposition, WhoisProtectService may immediately reveal Your identity and/or cancel the WhoisProtectService private registration service regarding either the domain name registration in question or with respect to all of Your private domain name registrations, depending on the circumstances. This means the WHOIS public directory will revert to displaying Your name, postal address, email address and phone number. WhoisProtectService takes this action because WhoisProtectService will not become involved in any legal or other matters between You and third parties.

**d. Forwarding Fees**
In consideration for:

Handling and forwarding certified and traceable courier mail and certain first class correspondence, and
Responding to and dealing with complaining third parties, ou agree to pay WhoisProtectService at the time such services are provided.

WhoisProtectService may change its forwarding fees at any time. Unless otherwise stated, all fees are posted (and payable by You) in U.S. Dollars. You are responsible for paying all fees and taxes associated

with using WhoisProtectService's forwarding services. Payment shall be made by You providing a valid credit card or other payment method for charge by WhoisProtectService, and is non-refundable. If for any reason WhoisProtectService is unable to charge Your credit card or your preferred payment method with the full amount of the service provided, or if WhoisProtectService is charged back for any fee it previously charged to the credit card or payment method You provided, You agree WhoisProtectService may, without notice to You, pursue all available remedies in order to obtain payment, including but not limited to, sale of the domain name registration to a third party, and immediate cancellation of Your account and all services WhoisProtectService provides to You.

**e. Additional Administrative Fees**

WhoisProtectService reserves the right to charge a reasonable service fee for administrative tasks outside the scope of its regular services. These include, but are not limited to, customer service issues that cannot be handled via email and require personal service, and disputes requiring legal services. You agree WhoisProtectService will arrange for Your Registrar to bill these charges to the credit card or payment method You have on file with the Registrar. Administrative fees, once charged, will be non-refundable. It is Your responsibility to keep Your credit card or preferred payment method information current and accurate, including the expiration date. Failure to do so could result in termination of WhoisProtectService's services.
You agree to waive the right to trial by jury in any proceeding that takes place relating to or arising out of this Agreement.

**6. LIMITATIONS OF LIABILITY**

**UNDER NO CIRCUMSTANCES SHALL WHOISPROTECTSERVICE BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, PUNITIVE, SPECIAL, OR CONSEQUENTIAL DAMAGES FOR ANY REASON WHATSOEVER RELATED TO THIS AGREEMENT, YOUR DOMAIN NAME REGISTRATION, WHOISPROTECTSERVICE'S SERVICES, USE OR INABILITY TO USE THE WHOISPROTECTSERVICE WEB SITE OR THE MATERIALS AND CONTENT OF THE WEB SITE OR ANY OTHER WEB SITES LINKED TO THE WHOISPROTECTSERVICE WEB SITE OR YOUR PROVISION OF ANY PERSONALLY IDENTIFIABLE INFORMATION TO WHOISPROTECTSERVICE OR ANY THIRD PARTY. THIS LIMITATION APPLIES REGARDLESS OF WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, WARRANTY, NEGLIGENCE, STRICT LIABILITY OR ANY OTHER BASIS, EVEN IF WhoisProtectService HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR SUCH DAMAGES WERE REASONABLY FORESEEABLE. BECAUSE CERTAIN JURISDICTIONS DO NOT PERMIT THE LIMITATION OR ELIMINATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, WHOISPROTECTSERVICE'S LIABILITY IN SUCH JURISDICTIONS SHALL BE LIMITED TO THE SMALLEST AMOUNT PERMITTED BY LAW.**


**YOU FURTHER UNDERSTAND AND AGREE THAT WHOISPROTECTSERVICE DISCLAIMS ANY LOSS OR LIABILITY RESULTING FROM:**

**THE INADVERTENT DISCLOSURE OR THEFT OF YOUR PERSONAL INFORMATION;**
**ACCESS DELAYS OR INTERRUPTIONS TO OUR WEB SITE OR THE WEB SITES OF OUR AFFILIATED REGISTRARS;**
**DATA NON-DELIVERY OF MIS-DELIVERY BETWEEN YOU AND WHOISPROTECTSERVICE;**
**THE FAILURE FOR WHATEVER REASON TO RENEW A PRIVATE DOMAIN NAME REGISTRATION;**
**THE UNAUTHORIZED USE OF YOUR WHOISPROTECTSERVICE ACCOUNT OR ANY OF WHOISPROTECTSERVICE'S SERVICES;**
**ERRORS, OMISSIONS OR MISSTATEMENTS BY WHOISPROTECTSERVICE;**
**DELETION OF, FAILURE TO STORE, FAILURE TO PROCESS OR ACT UPON EMAIL MESSAGES FORWARDED TO EITHER YOU OR YOUR PRIVATE DOMAIN NAME REGISTRATION;**
**PROCESSING OF UPDATED INFORMATION REGARDING YOUR WHOISPROTECTSERVICE ACCOUNT; AND/OR**
**ANY ACT OR OMISSION CAUSED BY YOU OR YOUR AGENTS (WHETHER AUTHORIZED BY YOU OR NOT).**


**7. INDEMNITY**

You agree to release, defend, indemnify and hold harmless WhoisProtectService, its parent companies, subsidiaries, affiliates, shareholders, agents, directors, officers and employees and Your Registrar, from and against any and all claims, demands, liabilities, losses, damages or costs, including reasonable attorney's fees, arising out of or related in any way to this Agreement, the services provided hereunder by WhoisProtectService, the WhoisProtectService web site, Your account with WhoisProtectService, Your use

of Your domain name registration, and/or disputes arising in connection with the ICANN [dispute policy](.).

### 8. WhoisProtectService WARRANTY DISCLAIMER

WHOISPROTECTSERVICE, ITS PARENT COMPANIES, SUBSIDIARIES, AFFILIATES, SHAREHOLDERS, AGENTS, DIRECTORS, OFFICERS, AND EMPLOYEES EXPRESSLY DISCLAIM ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND IN CONNECTION WITH THIS AGREEMENT, THE SERVICE PROVIDED HEREUNDER, THE WHOISPROTECTSERVICE WEB SITE OR ANY WEB SITES LINKED TO THE WHOISPROTECTSERVICE WEB SITE, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. ALL WHOISPROTECTSERVICE SERVICES, AS WELL AS THE WHOISPROTECTSERVICE WEB SITE, ARE PROVIDED "AS IS". YOUR SUBSCRIPTION TO AND USE OF WHOISPROTECTSERVICE'S SERVICES AND ITS WEB SITE ARE ENTIRELY AT YOUR RISK. SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES, IN WHICH EVENT THE FOREGOING DISCLAIMER MAY NOT APPLY TO YOU.

### 9. COPYRIGHT AND TRADEMARK

You understand and agree that all content and materials contained in this Agreement, the Privacy Policy located at http://www.whoisprotectservice.net/privacy.html and the WhoisProtectService web site located at http://www.whoisprotectservice.net, are protected by the various copyright, patent, trademark, service mark and trade secret laws of the Belize, as well as any other applicable proprietary rights and laws, and that WhoisProtectService expressly reserves its rights in and to all such content and materials.

You further understand and agree You are prohibited from using, in any manner whatsoever, any of the afore-described content and materials without the express written permission of WhoisProtectService. No license or right under any copyright, patent, trademark, service mark or other proprietary right or license is granted to You or conferred upon You by this Agreement or otherwise.

### 10. MISCELLANEOUS PROVISIONS

**a. Severability; Construction; Entire Agreement**

If any part of this Agreement shall be held to be illegal, unenforceable or invalid, in whole or in part, such provision shall be modified to the minimum extent necessary to make it legal, enforceable and valid, and the legality, enforceability and validity of the remaining provisions of this Agreement shall not be affected or impaired. The headings herein will not be considered a part of this Agreement. You agree this Agreement, including the policies it incorporates by reference, constitute the complete and only Agreement between You and WhoisProtectService regarding the services contemplated herein.

**b. Governing Law; Venue; Waiver Of Trial By Jury**

This Agreement shall be governed in all respects by the laws and judicial decisions of the country of Belize, excluding its conflicts of laws rules. Except as provided immediately below, You agree that any action relating to or arising out of this Agreement, shall be brought exclusively in the courts of the country of Belize. For the adjudication of domain name registration disputes, you agree to submit to the exclusive jurisdiction and venue of the District Court of Quebec, Canada. You agree to waive the right to trial by jury in any proceeding, regardless of venue, that takes place relating to or arising out of this Agreement.

**c. Notices**

All notices from WhoisProtectService to You will be sent to the email address You provided to WhoisProtectService. Notices by email shall be deemed effective twenty-four (24) hours after the email is sent by WhoisProtectService, unless WhoisProtectService receives notice that the email address is invalid, in which event WhoisProtectService may give You notice via first class or certified mail, return receipt requested. All notices from You to WhoisProtectService shall be sent via certified mail, return receipt requested or traceable courier to:

Attn: General Counsel
PROTECTSERVICE INC.
27 OLD GLOUCESTER STREET
LONDON
WC1N 3AX

Notices sent via certified mail or traceable courier shall be deemed effective seven (7) days after the date of mailing.

**d. Indemnification**

In the unlikely event You lose Your domain name registration to a third party solely as a result of WhoisProtectService's willful misconduct, Your Registrar (the "Indemnifying Party") will indemnify and hold You harmless against any losses, damages or costs (including reasonable attorneys fees) resulting from any claim, action, proceeding, suit or demand arising out of or related to the loss of Your domain name registration. Such indemnification obligations under this Section 10(d) are conditioned upon the following:

That You promptly give both WhoisProtectService and the Indemnifying Party written notice of the claim, demand, or action and provide reasonable assistance to the Indemnifying Party, at its cost and expense, in connection therewith, and

That the Indemnifying Party has the right, at its option, to control and direct the defense to any settlement of such claim, demand, or action.

Any notice concerning indemnification shall, with respect to WhoisProtectService, be sent in accordance with Section 10(c) of this Agreement. With respect to Your Registrar, notices regarding indemnification should be sent in accordance with the notification provisions contained in Your Registrar's Domain Name Registration Agreement.

**e. Term of Agreement; Survival**

The term of this Agreement shall continue in full force and effect as long as WhoisProtectService is the Registrant for any domain name on Your behalf. Sections 5 (Communications Forwarding), 6 (Limitation of Liability), 7 (Indemnity), 8 (Warranty Disclaimer) and 10 (Miscellaneous Provisions) shall survive any termination or expiration of this Agreement.

Revised: 07/27/2010

Copyright © 2010 WhoisProtectService.net All Rights Reserved.

| Home | Contact Domain Owner | Report Abuse | Terms of Service | About Us |

© 2010 whoisprotectservice.net  |  All Rights Reserved.