UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:11-CV-62107-KMW

LIBERTY MEDIA HOLDINGS, LLC

                  Plaintiff,

  v.

MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM, "ADVERT," "CASTA," "TRIKSTER," "WORKER," LIKIS," "TESTER" and DOES 1-50

                  Defendants

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for the Defendant MONIKER PRIVACY SERVICES REGISTRANT 2125963, d/b/a SUNPORNO.COM in this case, and enter my request that that copies of all papers, pleadings and all other documents related to this case be provided to the undersigned.

Date:  December 12, 2011                               Respectfully submitted,

                                                           /Steven J. Miller/
                                                           Steven J. Miller, FBN 513652
                                                           The Miller Law Offices, PLC
                                                           801 Brickell Ave., Suite #900
                                                           Miami, FL 33131
                                                           305-803-5168 voice
                                                           800-881-6174 fax
                                                           steve@miller-law-offices.com

*Attorney for Defendant MONIKER*
*PRIVACY SERVICES REGISTRANT*
*2125963, d/b/a SUNPORNO.COM*

## CERTIFICATE OF SERVICE

I hereby certify that on Dec. 12, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

/Steven J. Miller/
Steven J. Miller, Esq.

## SERVICE LIST
## CASE NO. 0:11-CV-62107-KMW

Marc J. Randazza
mjr@randazza.com
Jason A. Fischer
jaf@randazza.com
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
888-667-1113
fax: 305-437-7662