**From:** mjr@randazza.com [mailto:mjr@randazza.com]
**Sent:** Tuesday, October 11, 2011 8:58 PM
**To:** G. Lawrence
**Subject:** Sunporno

Larry,

We noticed that all the other domains that Sergey had registered with Moniker have all been moved out of the U.S. - to apparently new registrants.

It is our position that these were fraudulent transfers

_____


Marc John Randazza*
Randazza Legal Group

6525 West Warm Springs Rd. Ste. 100
Las Vegas, Nevada 89118
Toll Free: 888-667-1113
email: mjr (at) randazza (dot) com
eFax: 305.437.7662

Other Offices: Miami & Toronto
http://www.randazza.com
_____

* Licensed in MA, FL, CA, and AZ only. (Not admitted in NV)