**RANDAZZA LEGAL GROUP**

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Arizona
Florida

JESSICA S. CHRISTENSEN
Licensed to practice in
California

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

www.randazza.com

**Miami**
2 S. Biscayne Blvd.
Suite Number 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Las Vegas**
10620 S. Highlands Pkwy.
Suite Number 110-454
Las Vegas, NV 89141
Tel: 888.667.1113
Fax: 305.437.7662

**San Diego**
187 Calle Magdalena
Suite Number 114
Encinitas, CA 92024
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
3230 Yonge Street
Suite Number 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

Correspondence from:
**Jason A. Fischer, Esq.**
jaf@randazza.com

**Reply to Miami Office via Email or Fax**

September 28, 2011

<u>Via Email Only</u>
legal@moniker.com

Moniker Online Service, LLC
20 SW 27th Ave., Suite 201
Pompano Beach, Florida 33069

   *Re: Sunporno.com*

Dear Sir or Madam:

   Please be advised that a lawsuit has been filed involving a domain name registered through Moniker Online Services, LLC – Sunporno.com. A file-stamped copy of the complaint has been provided herewith for your ease of reference.

   Because this suit seeks recovery of the domain as an instrumentality of copyright infringement, its ownership is now in dispute pending the outcome of this action, and we therefore request that a transfer lock be instituted to prevent the current registrant from spiriting it out of the jurisdiction of the United States. Should you have any questions or concerns regarding this matter, please do not hesitate to contact the undersigned by phone or email.

   Best regards,

   *[signature]*

   Jason A. Fischer

cc: Marc J. Randazza, Esq.