Site Map | Site Index | Quick Links    Select a link below:     Search

Internet Corporation for Assigned Names and Numbers 



Home | About | News | Policy | In Focus | Meetings | **Resources** | Documents | Press Room | Careers | Contact

**Resources**

中 | **English** | Français | Español | Русский | 日本語 | Deutsch | Português | Italiano

- Information for Registrars and Registrants
  - List of Accredited Registrars
  - Become an ICANN Accredited Registrar
  - Changes to an Existing Accreditation
  - Governing Agreements and Policies
  - ICANN Registrar Advisories
  - ICANN Internal Procedure for Handling Conflicts with Privacy Law
  - Registrar Data Escrow Program
  - GNSO Registrar Stakeholder Group
  - Life Cycle of a Typical gTLD Domain Name
  - gTLD Domain Name Whois
  - Inter-Registrar Transfer Policy
  - Registrant Rights and Responsibilities
  - Domain Name Dispute Resolution Policies
  - Registrar Contacts
  - Registrar Problems – Get Help
  - History of the Shared Registry System
  - Information about gTLD Registries

# Information for Registrars and Registrants

## Registration Information

An individual or legal entity wishing to register a domain name under a generic top-level domain ("gTLD") (http://www.icann.org/en/registries/listing.html) may do so by using an ICANN-accredited registrar. There are several hundred accredited registrars located throughout the world that provide support in local languages. For a list of all current ICANN-accredited registrars, please see http://www.internic.net/regist.html. The relationship between a domain name registrant and the ICANN-accredited registrar is governed by a Registration Agreement between the two parties.

## Registrant Rights and Responsibilities

ICANN has published a Registrant Rights and Responsibilities document that identifies and summarizes currently existing registrant rights and responsibilities arising from the 2009 Registrar Accreditation Agreement (RAA), and within ICANN Consensus Policies and specifications, as they are incorporated in the RAA. This published document is the result of initial input from a joint working group of the GNSO and the At-Large Advisory Committee and subsequent consultations with the registrars. The Registrant Rights and Responsibilities document can be found here:

http://www.icann.org/en/registrars/registrant-rights-responsibilities-en.htm

## About ICANN-Accredited Registrar

Any entity that wants to offer domain name registration services under gTLDs with a direct access to the gTLD registries is required to obtain an accreditation from ICANN. To that end, the interested entity must apply for accreditation and demonstrate that it meets all the technical, operational and financial criteria necessary to qualify as a registrar business. The relationship between ICANN and every accredited registrar is governed by the individual Registrar Accreditation Agreements (RAA), which set out the obligations of both parties.

## What We Do

ICANN staff provides registrars, registrants and the general public with information and general support with regard to ICANN-accredited registrars, and the ICANN RAA. Staff also assists prospective registrars with preparing and reviewing their accreditation applications, as well as maintaining registrar accreditations and ensuring registrar compliance with RAA obligations.

The ICANN-accreditation only applies for gTLDs. Any person or legal entity that wants to obtain information about registration or accreditation under a country code top-level domain should contact the corresponding registry operator.

| About | News | Policy | In Focus | Resources | Governance Documents | General Documents |
|---|---|---|---|---|---|---|
| FAQs | Announcements | Policy Update | Affirmation of Commitments | Accredited Registrars | Articles of Incorporation | |
| IANA | Blog | At-Large | Contractual Compliance | Dispute Resolution Options | Bylaws | Meetings |
| Mission | Newsletter | ASO | DNSSEC | E-Learning | Board Meeting Minutes and Resolutions | |
| Structure | News Releases | ccNSO | Fellowship Program | Photos | Board Code of Conduct | Press Room |
| | RSS Feeds | GAC | Internationalized Domain Names (IDNs) | Videos | Board Conflicts of Interest Policy | |
| | | GNSO | IDN ccTLD Fast Track Process | Speeches and Presentations | Summary of Board Statements of Interest | Careers |
| | | RSSAC | IPv6 | Whois Search | | |
| | | SSAC | New gTLD Program | | | Contact |



This file last modified 27-Jun-2011

© 2011 Internet Corporation For Assigned Names and Numbers