From: **Customer Service** <support@oversee.net>
Date: 2011/9/5
Subject: [NOTICE] Account: 52178 Requesting 117 Domains For Transfer Away From Moniker
To: webmaster@nightangel.com


As part of our standard transfer-out procedure, a notification has been submitted to Moniker notifying us of an intent to transfer the following domain(s) away from Moniker. This email serves as confirmation that we have received your notification and contains the authorization code you may need to complete the transfer.

This request will be valid for 10 days (240 hours). If you did NOT request this transfer then ignore this email and the domain(s) will remain in your account without change.

Below is the affected domain(s) and the authorization code, if one is needed for the transfer. Please consult the registrar you are transferring the domain to for instructions on how to complete the transfer.

If needed, the authorization code for each domain is EVERY CHARACTER AFTER THE COMMA. Your authorization code may contain letters, numbers and other special characters so please copy everything on the line after the comma.

 If you have any questions on how to complete moving the domain away from Moniker, please go to our support center at <a href='http://support.oversee.net'>http://support.oversee.net</a>.

If you have any questions on how to complete moving the domain into the other registrar, please contact support for that registrar.


The Reason Given For Transfer Was: price

Domain Name,Epp AuthInfo (if applicable)
----------- ----------------------------

AAATRANNY.COM,  QA962E46D4+?
ANDORRAGUIDE.COM,     D0F1BD~(XC28
ANDORRAREALTY.COM,    HJ52A9B3D7:(
ASIANCATEGORIES.COM,   9F2532}*XD58
BANNEDGAY.COM, EF2926C936>=
BELGIUMREALTY.COM,    TD2770FBC6*-
BERNREALTY.COM, VF93CBEAF2*\
BIG-TITS-GIRLS.NET,    59AC47[:HL04
BIG-TITS-HAIRY-PUSSY-PICS.COM, QR481C8DEF#+
BIGGYBONE.COM,  BC28F82E0F_:
BIGTUBENETWORK.COM,    0FA18E~!DO55

BISEXUALANGELS.COM,    SA194D0D44.+
BLACKS-ON-BLONDES-SERIES.COM,    B29B11_)LZ53
BONDAGELOVING.COM,    VC49B90843.?
BOOBSPORNO.COM, BJ259A7CDB?_
BOYFRIENDASS.COM,    YNF1071782/#
BOYFRIENDBUTT.COM,    JQA99CDC50.}
BOYFRIENDCLIPS.COM,    UH2107F72A>%
BOYFRIENDCOCK.COM,    BB8800F742+=
BOYFRIENDONCAM.COM,    QI99DC76D8\^
BOYFRIENDSINGLE.COM,    IN584FBD07_$
BOYFRIENDSINGLES.COM,    EA801FFA18-|
BOYFRIENDSOLO.COM,    DC312E9E6D>~
BOYFRIENDSOLOS.COM,    DA50B5E929:;
BREASTFUL.COM,  B9C256))PI36
BROBUSTY.COM,  962467!{YZ64
BUDAPESTREALTY.COM,    LO635A1428/>
CLIKCASH.COM,  SR795466E2.]
CLIPINSPECTOR.NET,    144399=_TI70
COOLTITS.COM,  BC9766B751[#
COONYAMATEURS.COM,    2927C8~-QH15
COONYHAIRY.COM, MAD7757907[}
COONYLATINA.COM,    ZQ786BDF11#/
COONYLATINAS.COM,    6DA6E6%(LZ20
COONYPORN.COM,  DB89C27013@]
CUTEMOVS.COM,  3167C6{=QF96
DATINGPERIODICAL.COM,    BNC5400A52)$
DOCTORSTRAPON.COM,    KTA5281622%%
DRUNKCARTOONS.COM,    813AFA[(XE08
EGOTRAFFIC.COM, AJ0601E675/:
FEMDOMEROTIC.COM,    JI2E994333=;
FINANCIALPERIODICAL.COM,    UKB5619309%~
FREEMILFMAGAZINE.COM,    EM09C5E331+_
FREEVIDEOMAGAZINE.COM,  HU868EEC76?*
FUCKCAT.COM,  SD3203806D{[
FUKKTV.COM,    YM626C642B-}
GANGBANGNOW.COM,    ZM718DE487[^
GAYGAYMOVIES.COM,    UP21159D76^!
GAYGAYVIDEOS.COM,    68CED7>$GN57
GAYGAYVIDS.COM, RZ23E64E81@.
GAYSOLOMODELS.COM,    5CF692;@MX89
GFTUBE18.COM,  ADB870<$VX61
GIRLS-FUCKING-GUYS-STRAP-ON.COM,    QW09F6A3BC/;
HARDCOREPUB.COM,    4DBA3D+!PK96
HEALTHPERIODICAL.COM,  RN48079A6F\>
HER-FIRST-BIG-COCK-COM.COM,    SV30469A72}$
HORNY-GRANNYSEX.COM,    JYF921E436#)

HUNGARYREALTY.COM,     A55758.(QP97
HUNKOHOLIC.COM, UPF247A125?|
JAGUARPORN.COM, MU1155D263{=
KISSTRANNY.COM, 0A32CD<|VD15
LATINAPIE.COM,  DD1217CC27(*
LESBIANDAUGHTER.COM,    LA79328B25>|
LESBOQUEENS.COM,    UF516EF0C8~+
LIVEPEOPLEFUCKING.COM, WW37002E70_~
LOVEPORNSTARS.COM,    DZ762FB494!?
LUCKYANAL.COM, TU69237D85:\
LUXEMBOURGREALTY.COM, EDDBDB.[HX24
MATURENYMPH.COM,     F12386$*UQ31
MILFUPDATED.COM,     3E5A2F*~PP14
MOMBEAUTY.COM, AV8421F4CC/%
MOMDUTY.COM, EQ57477192!/
MOMJET.COM,   VLEC37C848;/
MOMMYVIDS.COM, 04B797{)IU83
MOVIESBANG.COM, 5C42DE)?FL34
MYEXTRAVIDS.COM,    E8DDF4+}LH91
MYTRANNYSEX.COM,    LJA88B4291:[
MYTRANNYTUBE.COM,    SQE6714F34{]
NIGHTASIAN.COM, OH3E6B8617||
NIGHTASIANS.COM,    0B165E[:FF15
OLDIESHUT.COM, 5B2D66!-FK50
OSAKAREALTY.COM,    A67645{=AU74
PRIVATETUBEVIDEOS.COM, HTB888E890<:
PUREOLDIES.COM, ITB0E6EA90<-
RIGAHOMES.COM, JB65867919{[
SENSUALNIPPLES.COM,    HE3644051D%<
SEXONETWORK.COM,    187221)\LR32
SHEMALEJET.COM, VX24E37649=/
SLUTYDARLINGS.COM,    WX73A637B1$^
SMUTJOY.COM,  RS9577F42C:=
SUNPORNO.MOBI, CY73482C89$=
TGPTITAN.COM,  C99EE6:[WF58
THEBUSTYMOVIES.COM,    14729C>*MO12
TRAFFICGIG.COM, KK230BFC73|/
TUBEADEPT.COM, 0D5A64.(CX19
TUBEBANNED.COM, GY93EBA387*<
TUBEBROTHERS.COM,    BM7220204A{\
TUBEBUG.COM,  JY49C7574C-*
TUBECAT.COM,   34FBD1.!LI77
TUBECROC.COM,  QP9B3DF092<#
TUBEELF.COM,   VL5F980468~$
TUBEHAMSTER.COM,    WO582C1678<%
TUBEHESHE.COM, 8AAC3E|!WK98

TUBELF.COM,    D3E06B#;ZE74  
TUBELION.COM,   SN00C52C01(/  
TUBELUCKY.COM,  VY66EEEB05=>  
TUBEMOM.COM,   MU49809A72^~  
TUBEPERSON.COM, LPEC412863$!  
TUBEPIE.COM,   FWF9BD9418-$  
TUBESEXMANIA.COM,    4B92E9/)FA24  
TUBEXNXX.COM,  TE64778B15$}  
TWO-LIPS.COM,  TVA5222502~%  
UHPUSSY.COM,   2ED0AB=[PN18  
VALENCIAGUIDE.COM,    4AE089\{XY97  
WELLESLEYGUIDE.COM,   OV75E77CD8!(  
WOAHMOVIES.COM, IH323DC0B6<\  
ZURICHREALTY.COM,    GVB8117C83/>