From: **Customer Service** <support@oversee.net>
Date: 2011/9/28
Subject: [NOTICE] Account: 52178 Requesting 1033 Domains For Transfer Away From Moniker
To: webmaster@nightangel.com

As part of our standard transfer-out procedure, a notification has been submitted to Moniker notifying us of an intent to transfer the following domain(s) away from Moniker. This email serves as confirmation that we have received your notification and contains the authorization code you may need to complete the transfer.

This request will be valid for 10 days (240 hours). If you did NOT request this transfer then ignore this email and the domain(s) will remain in your account without change.

Below is the affected domain(s) and the authorization code, if one is needed for the transfer. Please consult the registrar you are transferring the domain to for instructions on how to complete the transfer.

If needed, the authorization code for each domain is EVERY CHARACTER AFTER THE COMMA. Your authorization code may contain letters, numbers and other special characters so please copy everything on the line after the comma.

 If you have any questions on how to complete moving the domain away from Moniker, please go to our support center at <a href='http://support.oversee.net'>http://support.oversee.net</a>.

If you have any questions on how to complete moving the domain into the other registrar, please contact support for that registrar.

The Reason Given For Transfer Was: price

Domain Name,Epp AuthInfo (if applicable)
----------- ----------------------------

1GAYMOBILE.COM, CP20EC00D1.~
24FREESEX.COM,  477897;>NC53
3DDIGITALWALLPAPERS.COM,      SW985F5F9D||
ABBWPORN.COM,  93E083\_DW61
ABCMATURETUBE.COM,     8CC8B7>%AT84
ABCPORNTUBE.COM,      RJ69FE4933]>
ABIGTITSTUBE.COM,     RE4306E7DD%.
ABOUTAUTOZONE.COM,     HZ90629595:$
ABOUTFAMILYANDHOME.COM, 423A1C;^VZ91
ACEPORNTUBE.COM,      GE28CE9974$?

ACESEXTUBE.COM, FH85D8E688-@
ACTIVEPORNTUBE.COM,    HO64B15FD4|/
ACTPORNTUBE.COM,     3C1B8C{}LM99
ADVERTARIUS.COM,    OIEC1E5F06@>
AFETISHTUBE.COM,    SZ0DE86424*>
AFPORN.COM,    RB4211EF50*!
AFTERWORKREVIEW.COM,   EA9F83%.ZN55
AFTERWORKREVIEWS.COM,  ZM737739FB*@
AH-ME.COM,    031A04#@HF81
AHAIRYPORN.COM, NJ63A42414\#
AHAIRYTUBE.COM, TG1C634225>)
AHAIRYTUBE.NET, RU16C3F690.(
AHAIRYTUBE.ORG, A6E574:_KD06
AHPORNTUBE.COM, WQ77D7BEB4:\
AIRPORNTUBE.COM,    VJ0809F018$@
AJAPANTUBE.COM, 497376[}BA95
AJIZZTUBE.COM,  VD4E474B14|:
ALATINATUBE.COM,    NHA631D838@.
ALESBIANTUBE.COM,    LG371F9A70)}
ALLHEALTHADVICES.COM,  OV45AE0973.<
ALLIANCETUBE.COM,    QO35AB86F6+_
ALLSEXYSLUTS.COM,    RB898C5A23<%
ALLSOCIETYNEWS.COM,   940490$%BT59
ALLTIMETUBE.COM,    C3167C~[QY62
ALPHAWALLPAPERS.COM,   AY0211B892~*
AMATEURGAYMOVIE.COM,  DQAA4D5960\>
AMATEURTASTE.COM,    53C6A9}=CM88
AMATEURTEENIE.COM,    UPF59AB402=|
AMATEURTOOL.COM,    HH78F3C61F|(
AMILFTUBE.COM, PF77725427<;
ANALDESTINY.COM,    VA6A97C222{{
ANALOUS.COM,  4F346E.*VF13
ANTICREDITREPORT.COM,  SYE5454B17(<
ANTPORNTUBE.COM,    B4AD06>$IN95
AOLCHATCLUB.COM,    TI09ABB5DA~*
AROUNDTUBE.COM, EV6A9DD778?.
ARTPORNTUBE.COM,    DL9119A0A8-.
ASHEMALEPORN.COM,    VH13D76FC3[~
ASHEMALESEX.COM,    RH3FBA2A00};
ASHEMALETUBE.COM,    LT8DA5E138-;
ASIANAMIGAS.COM,    8920E4=:QB19
ASIANFUCKTV.COM,    E725DE+<VB12
ASIANLIONESS.COM,    VP099493C1[)
ASIANQUESTS.COM,    2867D2()DD64
ASIANSTRAWBERRY.COM,   DT405993B7<=
ASIANTEENIE.COM,    AK607F8A41?>

ASIANTUBEPORNO.COM,    DI587BD3ED#~
ASIANTUBEVIDEOS.COM,    A1E599+]SV72
ASSTRONOMIC.COM,    KI485894CB{:
ASTERTUBE.COM,   WB0FF50A97@(
ATKHAIRYPORN.COM,    607F07@\LI76
ATRANNYTUBE.COM,    FE238DFD9B%]
AWESOMEBREASTS.COM,    FD682F?^QY14
AXEPORNTUBE.COM,    F3C93A@^MU62
BABEFINDERS.COM,    PO1EBEA733|>
BABELURE.COM,   BY1745C392>$
BABESBERRY.COM,  YNEDC08526#%
BABESCHARM.COM,  MR062E3663(;
BABESLURE.COM,   21C7AA^-NI45
BADGIRLNEXTDOOR.COM,   TV56EF6500=#
BAMPORNTUBE.COM,    QB86A0FA17<%
BAMTEENS.COM,   757C77@/PZ98
BANGBANGTUBE.COM,    WY89394A00*/
BARELYSLUTS.COM,    TQA3844200{>
BARPORNTUBE.COM,    EKFF9B9558)^
BASEPORNTUBE.COM,    1BB3CA==UE94
BBWARMY.COM,   UH53F2B18B(;
BBWDREAMLAND.COM,    IO58CB319E$>
BBWFEATBOOBS.COM,    810C1C]<HD67
BEATPORNTUBE.COM,    IC04C7AD20(>
BEATSEXTUBE.COM,    JN0D712B34}$
BEEPORNTUBE.COM,    6833DB^^CO43
BESTARTANDENTERTAINMENT.COM,    ORE9380C41:-
BESTFOODANDBEVERAGES.COM,    SQ398D88D3>{
BESTLADYBOYTUBE.COM,    5A97DC!@MI72
BESTSHEMALETUBE.COM,    AHC1258430#[
BESTTRANNYTUBE.COM,    UK03AB4070@@
BESTTUBECLIPS.COM,    KGB00F0A24.\
BESTTUBECLIPS.NET,    59D356*$PP15
BESTTUBECLIPS.ORG,    DBD2136F3F24
BESTTUBEMOVIES.COM,    9F0ABC@/LX70
BESTTUBENETWORK.COM,    UQ519C1331.#
BETACREDITREPORT.COM,    ZP16F1AC6A]*
BFDATING.COM,   A25B85:-CL97
BFHUB.COM,    BI51F7DB1D*)
BFHUB.NET,    SH2D054D02}]
BFHUB.ORG,    DG412CF254}_
BIG-TITSPICTURES.COM,   KY824DFBF7:;
BIGAYTUBE.COM,  3EA482\/HN72
BIGBOYTRAFFIC.COM,    KQ3623678B?!
BIGGYCUM.COM,  JW9A8DCA86%%
BIGGYMOVIES.COM,    JR1BA23027</

BIGGYNETWORK.COM,       0B4A7A(;BK67
BIGGYPOST.COM,  KH8664DCFC?-
BIGGYTUBE.COM,  RS338DB745\]
BIGNATURALKNOCKERS.COM, EL43EEA143;}
BIGTITSANDTHUMBS.COM,   404892}~SU45
BIGTITSHOOKERS.COM,     PB8B3B9778/[
BISONPORN.COM,  TN26233666:$
BITEPORNTUBE.COM,       EEE30D8559*=
BITPORNTUBE.COM,        4373A5?<EZ84
BLACKORANGES.COM,       SE0199FCA4~+
BLACKTEENIE.COM,        NOB59D1833^#
BLONDETEENIE.COM,       LF9372CC38_%
BLOWPORNTUBE.COM,       9D7EF9;:QJ46
BLUESHEMALE.COM,        E89F18|*JG42
BOOBASIAN.COM,  UYA0323A30\+
BOOBSUPPLIER.COM,       UM08293E51{-
BOOBYBIMBOS.COM,        SU7B2B5890^$
BOOBYDREAMS.COM,        0DBAF1)=ZJ60
BOYFRIENDACT.COM,       LWCDDE1C17:/
BOYFRIENDART.COM,       UL4135F762^@
BOYFRIENDBALLS.COM,     VJ280BDBB2;}
BOYFRIENDBEAR.COM,      PNBA3CA197?$
BOYFRIENDBOOM.COM,      GR49109E34|.
BOYFRIENDBUNNY.COM,     PW3AD7EA01=?
BOYFRIENDBUS.COM,       BE18175F26:~
BOYFRIENDCOP.COM,       SD8847C9E2}|
BOYFRIENDFAN.COM,       PK0AB49E72+|
BOYFRIENDFLIRT.COM,     GB27F7B748(=
BOYFRIENDFUN.COM,       SCA8826B78=\
BOYFRIENDGAY.COM,       GS02B5AFE6>)
BOYFRIENDGUN.COM,       29B0ED=\CG75
BOYFRIENDHAT.COM,       GO1988D504+_
BOYFRIENDHUG.COM,       YB828E0296.{
BOYFRIENDHUT.COM,       FO23FC73B3-_
BOYFRIENDKEY.COM,       50410C|[WA07
BOYFRIENDMIX.COM,       KN1D791313%[
BOYFRIENDNUTS.COM,      D2472B??DQ78
BOYFRIENDPUPPY.COM,     RI06FD69D7%@
BOYFRIENDSOLO.NET,      ENDBF13B81(?
BOYFRIENDSOLO.ORG,      F102BB+~CG23
BOYFRIENDSOLOS.NET,     881E72^~IV96
BOYFRIENDSOLOS.ORG,     AX1285DF41-$
BOYFRIENDSTAR.COM,      ADA33D!|JG63
BOYFRIENDTRAFFIC.COM,   TG36AD4471.;
BOYFRIENDTV.COM,        RUDB526C48*\
BOYFRIENDTV.NET,        A44A50-?SJ14

BOYFRIENDTV.ORG,      RE833AB737*@
BOYJERKTUBE.COM,      AZ13D78435</
BOYSEXBOY.COM,  079319*;NP18
BRANDNEWARTICLES.COM,  KXFC7E0950%{
BROBIGTITS.COM, WJ39B7CD93}.
BROBOOBS.COM,  D8FCD2:@MW32
BROCLIPS.COM,  HRBC236D14+;
BROHAIRY.COM,  NH5279D157\)
BROJUGGS.COM,  YY59882326{>
BROKERMOBILE.COM,      KR261BD393_\
BROMAMAS.COM,  GC8190794D??
BROMATURES.COM, GR69574893/}
BROMELONS.COM,  WE9DBD2714/!
BROMILFS.COM,  EE8DFE}}NS29
BROMOMS.COM,   DK2A8A0325}.
BRONETWORK.COM, QP50376E18[{
BROPORN.COM,   FA2DEF=/XF71
BROSHEMALES.COM,      SK965A8B46=!
BROSTOCKINGS.COM,   0BBE13\-SG58
BROTEENS.COM,  KJ796A8A16#<
BROTITS.COM,   WH34CC077B=~
BROVIDEOS.COM,  PM85EEE247{/
BROWIFES.COM,  ST6865C429}$
BUNNYBOYFRIEND.COM,   XO9D9F6184.>
BUSINESSLAWART.COM,   HM749F6767-@
BUTTSGALAXY.COM,      WC3F758237_*
CAKEPORNTUBE.COM,     GD2E792B87+{
CALLATUBE.COM, 80F112;?WD45
CARREERSSEARCH.COM,   RVDB9A2767~}
CARTOONSA.COM, MO7773C333=$
CCCPCAMS.COM,  FQ29C68492_^
CHAINTUBE.COM, FC34E07C31[|
CHIEFSEXTUBE.COM,     RN92DCE1E1+#
CHUBBYPHOTOS.COM,     VU622A2E89|@
CLICK4TUBE.COM, 7D621E/#QP74
CLIPINSPECTOR.COM,  ED66CA70BD*=
CLOSEPORNTUBE.COM,   49B83E{$NS22
CLUBFORBUSINESS.COM,  YH4C276625|%
CLUBHOMEMADE.COM,     TM54CCEB7B.!
CLUBPIXS.COM,  FV817FED2A^;
CONTROLLERTUBE.COM,   SS4720EF64-\
COONYASIAN.COM, QN84209E01%+
COONYASIANS.COM,      8AAB48\!YJ67
COONYBLOG.COM,  UL0D51A225@>
COONYBOOBS.COM, UQ04BC9DDB<+
COONYBREASTS.COM,     ZTF7AC8D60_]

COONYEBONIES.COM,    VJ97142D00*[
COONYEBONY.COM, 8C8E1C>^NS16
COONYMILF.COM,  BC7FD39C57>%
COONYMILFS.COM, 9B3D10)%UX93
COONYMOBILE.COM,    EXC960B087]#
COONYMODELS.COM,    F66AC8/[WK49
COONYMOMS.COM,  WG42D63208][
COONYMOVIES.COM,    OU059AA876#>
COONYNETWORK.COM,   F0E5FE\@PW09
COONYORIENTALS.COM,   SU8B71AB83{}
COONYPARTIES.COM,   SU53D0E432>-
COONYPARTY.COM, PR29C8C87B$/
COONYPLUMPERS.COM,    3C1436/@IS16
COONYREVIEWS.COM,   FA69A8~|YG29
COONYSTOCKINGS.COM,   GY68407522;%
COONYTUBE.COM, LU78CB2447|-
COONYVIDEOS.COM,    NPE1A1FC47$<
CORPORN.COM,  A1DC27#;FI59
CRACKEDPORNO.COM,   1172A9\>CE95
CRAMMEDVIDS.COM,    PW1225E905}>
CRAZYHAIRY.COM, C96E79]\GH95
CREAMEDTUBE.COM,    DQD1235B27~.
CREAMPORNTUBE.COM,   D860CE)~TF73
CREAMYCUMS.COM, 1248C2>^YY11
CREDONEWS.COM, VH152150B1:?
CUMHOLIO.COM,  KB03EFAB55^(
CUMSPORTS.COM, PD6D518284?<
CUMUPDATED.COM, ZK68F0CFE1;[
CUTEGAYAMATEURS.COM,   NY292A38A8=@
CYNICTUBE.COM, WIAB49E518|]
DABOYFRIEND.COM,    RK1681D524+=
DAILYMELONS.COM,    DB72D67999@[
DAMAGETUBE.COM, WU30F8EDB9?]
DARKPORNTUBE.COM,    VHA7FAB816:#
DATEABOYFRIEND.COM,   KU48E51E35{)
DATEBF.COM,    EED1C6>)GH34
DATEBOYFRIEND.COM,   HH553A4569/%
DAYPORNTUBE.COM,    BV232A6D5B%:
DENYTUBE.COM,  LUA360AE83@_
DESERTTUBE.COM, XZ4027EE6D~*
DOBOYFRIEND.COM,    ADDED5-^OR41
DOCPORNTUBE.COM,    2B8C09+(HV50
DOMETUBE.COM,  WP83E8F068?*
DOMINAJOY.COM, GF34CE0A39*=
DOMINATIONAL.COM,    PQ359CF1C3@*
DRYPORNTUBE.COM,    RM768AA1A8>.

DVDALON.COM,   KN038A3B27-|
DVDVOLUMES.COM, 8779C5}-RN98
EBONISTIC.COM,  7286DD?!XO02
EBONYALIEN.COM, HA649FB2EC}$
EBONYFAT.COM,   ACA0F9~~OU27
ENCODETUBE.COM, DM17E81803?#
ENDURANCETUBE.COM,   JJ516173D6|/
ENJOYSHEMALE.COM,   SQ2631F3BC<]
EVERYDAYFUCKER.COM,   07A132;+DD87
EXBOYFRIENDGAY.COM,   WK6806F748->
EXBOYFRIENDTV.COM,   PAC0F87C90#\
EXGIRLFRIENDALBUM.COM, HD4580290F|{
EXGIRLFRIENDFILES.COM, RD912DAF4D\<
EXGIRLFRIENDHERE.COM,  SI535DF638$!
EXGIRLFRIENDMOVIES.COM, ZA4720FA56!!
EXGIRLFRIENDNOW.COM,   VT50D16976%.
EXGIRLFRIENDPAGE.COM,   GHB8FF5887<.
EXOTICHAIRY.COM,   BE973D]^XQ30
EXPERTPORNTUBE.COM,   UHABB04934|)
EXTRABIGBOOBS.COM,   D93F5B?|YC33
EXTRAMATURESLUTS.COM,  LB38899291\_
EXTRASEXFX.COM, B3C4DF[)PQ13
EXTRASHEMALE.COM,   ET49F17133\)
EXTRATRANNY.COM,   E41FF1!~BN34
EXTREMESEXVIDEO.COM,   GL8094839B|>
EYEPORNTUBE.COM,   GEC4B6B702~/
FANCYANAL.COM,  EN10A64E39+_
FANPORNTUBE.COM,   KN655448D1.<
FASTASIANS.COM, 0E8922*^SZ04
FASTCUMSHOTS.COM,   QO38CC2C1E#<
FASTEBONY.COM, XO2387B4C6$(
FASTSTOCKINGS.COM,   7E5C7F[(VB04
FATTYANGELS.COM,   3E557D}\LG27
FEMDOMEXCLUSIVE.COM,   JB3A283888$<
FEMLUST.COM,   SF057FA375([
FESTMOVIES.COM, HT710801F3#(
FIFTYTUBE.COM,  TN75D90324#-
FILLGAMES.COM, F29BE7-!XH37
FILLGRAPHICS.COM,   MO7622CD2D+(
FILLNEWS.COM,  B9817E(-NG08
FILMEDTUBE.COM, 93F326(;KM55
FINALPORNTUBE.COM,   C062B9_%JL02
FINALSEXTUBE.COM,   PH55E09C77$@
FINANCEANDLIFE.COM,   FG073FE522!|
FIREPORNTUBE.COM,   GY00B14022+(
FISTINGPOST.COM,   GV811829F1::

FITNESSMIGHT.COM,      9B271C;>MU74
FLARETUBE.COM,  UK0585C7DE$|
FLASHYPORNO.COM,      BD2743-(XH28
FLESHIT.COM,  100F91>|YL44
FLOPPYTUBE.COM, 073702}=DS05
FLYPORNTUBE.COM,      DB99AB99AE$!
FOGGYTUBE.COM,  RL67C17FE2<+
FOXYTRANNY.COM, 4262AF/{LV59
FREEAERO.COM,  838939{%MP26
FREEGAYASS.COM, B61166(?GG58
FREEGAYHOTEL.COM,      XK12406223((
FREEGID.COM,  DPA48A8830<:
FREEGIRLIES.COM,      XY7927E196~+
FREEWRITINGART.COM,  3BDB0C-#BF67
FRESHORIENTAL.COM,  NU78FA1319._
FTVDAILY.COM,  9F80C6+]FK15
FUCKASIANTUBE.COM,  HO74C85615=|
FUCKINGFILES.COM,  FM6DAF3291{>
FULLSIZEMOVIES.COM,  XF72EE36A9@+
FULLSIZEVIDEOS.COM,  QXE7797635||
FULLTIMETUBE.COM,  MQ496936FB\(
FUTUREBOOBS.COM,  NS3ECFF415+\
FUTUREGAY.COM, GBE6A32A88>+
GAMEBASTION.COM,  KH6F0D7C78+>
GAY-TEENS.COM, 9EB1CD$-FG73
GAYASSPARADE.COM,  DQ5CB9BC18:!
GAYASSTGP.COM, EE5EC9;(ST11
GAYBEARSTV.COM, MHE34CFF07_|
GAYBIGCOCKTV.COM,  HGB7089639+<
GAYCAMEL.COM,  OB14386240|%
GAYCHILI.COM,  LF846FFED6]#
GAYCREAMERS.COM,  OY13025668?(
GAYCUP.COM,  OH31A34BB6=;
GAYDARLING.COM, IW86DAC752.%
GAYFUCKHOTEL.COM,  WB24799600(=
GAYGROOVY.COM,  EF9794*>YA67
GAYJAGUAR.COM,  LW29A1CBF1!)
GAYKITTEN.COM,  8EAA4D).SL84
GAYKOALA.COM,  RN926F3CC0(>
GAYLEMUR.COM,  SE81557540}%
GAYMOOV.COM,  1E7643[*TG98
GAYNUKE.COM,  E73EEC.-GS00
GAYPARROT.COM,  MZ3B4CFA33\_
GAYPOOPER.COM, 6792A0\}LV60
GAYPRIDETUBE.COM,  RT21346A02@^
GAYPUMA.COM,  QI80ED6F99_:

GAYRIPE.COM,   SX9A877153<.
GAYSEDUSER.COM, YD485BE139^-
GAYSNAKE.COM,   IX66968EA4<|
GAYSPERMLOVERS.COM,    QVEEA5AA44/|
GAYSPREAD.COM, FH54D17926>[
GAYSTREAMINGTUBE.COM,   6C3AA6)_TY37
GAYSTUDSTV.COM, 4A1343:@WC55
GAYTEENIE.COM, HT3365C005)$
GAYTOOBE.COM,  RK59418A02|)
GAYVIDSTUBE.COM,     CH1327E88B?{
GAYWILDCAT.COM, KNBED41330/.
GERMANBIGTITS.COM,    07EA8E*}HL75
GIGANTPOST.COM, QQ73B87B53@#
GIPSYTUBE.COM,  235B60>|HX38
GIRLFRIENDPUSSY.COM,   TJ23423BD6:}
GIRLFRIENDSECRET.COM,  4E06A9;_MD42
GIVEPORNTUBE.COM,    MQ6B31A317!!
GLADETUBE.COM, VT059121CB_]
GLINTVEINTRAFFIC.COM,  32F7F0--EP47
GLITTERGRAPHICSNOW.COM, F88DE1)-DA11
GLITTERPARAORKUT.COM,  MF608F0AC2)+
GLORIOUSTUBE.COM,    XJ1845E363<|
GNOMETUBE.COM,  DO24B3EBDE:(
GNTUBE.COM,   OK5969CA7F]#
GOAMATEURTUBE.COM,    LB16CD4F62_=
GOFUNNYCLIPS.COM,     OTFAAFAA36%{
GOGRANNYTUBE.COM,     D367A2):NL21
GOLDASIANTUBE.COM,    YDC96ED196}(
GOLDENASIANTUBE.COM,   GTDDECB550.^
GOLDENTUBESEX.COM,   HM240DB4D1:%
GOLDJAPANTUBE.COM,    RH1B884D15(~
GOLDTRANNYTUBE.COM,   MG03696ABC;=
GOMILFTUBE.COM, RW73BBF55D.<
GOODSHEMALE.COM,    B12200]_KZ85
GOODSHEMALETUBE.COM,  LB46824006--
GOSHEMALETUBE.COM,   MP3395B44E%#
GOTCHATUBE.COM, TK395ECD7E<*
GOTINTERRACIAL.COM,   RPBCBB8037/$
GOTNYLON.COM,  KQ49D3FBB2@{
GOTRANNIES.COM, C6B03D=>ZZ04
GOTRANNY.COM,  DBA005^+FR09
GOTRANNYTUBE.COM,   4D269B/#PY18
GOTUBEPORN.COM, 4B62F5.\PW45
GRANDADULTTUBE.COM,   4A3891+:VR65
GRANDASIANTUBE.COM,   WV8044738D|~
GRANNYTUBEVIDEOS.COM,  5F5F86_|BR52

GREATSHEMALE.COM,      53B7A3>\GL14
GUIDEFORSELFIMPROVE.COM,      8EDB9F.@UE08
GULLTUBE.COM,   SK21DE0316?+
HAHAHATUBE.COM, WE7F534222-^
HAIRPORNTUBE.COM,      DA5019!(RH26
HAIRYBANK.COM, EX86359505~~
HAIRYEXCLUSIVE.COM,    VF77BE31FE<_
HAIRYFANS.COM,  QC39394AD1_?
HAIRYMAG.COM,   581DD9:~EB11
HAIRYPUSSYGF.COM,      LH1768BF68;[
HAIRYPUSSYPOST.COM,    HN8DA59814>#
HAIRYSENSATION.COM,    FHEC5B1451=<
HANDPORNTUBE.COM,      GV1810FFAC)(
HAPPYBOYFRIEND.COM,    KGDE222177|;
HDTRANNYTUBE.COM,      GW9340FE0B:~
HDTUBEMOVIES.COM,      SJ66331A13>|
HDTUBEVIDEOS.COM,      RJ31BC4A83|-
HEADPORNTUBE.COM,      D8455B^~KL69
HEATPORNTUBE.COM,      NS100EC110#$
HEISSHE.COM,   VJ38DAFD37:_
HELLOASIANS.COM,       1B0FEB_-LN98
HERFIRSTGROUPSEX.COM,  DOB9487836.~
HERSTOCKINGS.COM,      PD43666283*|
HEYPORNTUBE.COM,       JL2897CC22{+
HIDDENWISHES.COM,      QT64C0E3BA!#
HIGHSCHOOLVIRGIN.COM,  QM84D25287_]
HISBOYFRIENDS.COM,     ROB3F30B33<#
HOBBIESANDLIFE.COM,    F9CC0E!]JW07
HOLEPORNTUBE.COM,      DE3111E879_#
HOMEJERKTUBE.COM,      ZB91C0F3D7.)
HOMEMADETUBEVIDEOS.COM, ZK30DCA9D9<-
HOOKPORNTUBE.COM,      E7188C{+RK83
HOTBOYSTV.COM, WW0915EF00^$
HOUSEWIFELAND.COM,     YP30E07449)*
HOWTOIMPROVEHOME.COM,  VY3C816F63/*
HQAMATEURTUBE.COM,     IC21D53462<.
HQASIANTUBE.COM,       WMAA8D1875*?
HQASIANVIDEOS.COM,     FA73DC-$DH93
HQBUTTS.COM,   689980]?TF96
HQGRANNYTUBE.COM,      C9A540::IR45
HQHOMEMADETUBE.COM,    4AA217=$KZ74
HQHOMEMADEVIDEOS.COM,  YRC9722A57.{
HQJAPANESETUBE.COM,    QX2425F3C0}|
HQJAPANTUBE.COM,       KBD6DBEE00!_
HQJAPANVIDEOS.COM,     EE09F45F73%@
HQLONGTUBE.COM, CDEE962E35~<

HQMATURECLIPS.COM,     7A090E[.AE92
HQORIENTALTUBE.COM,     0DB7E8-(EU12
HQSHEMALEVIDEOS.COM,     EI9FB45C07#)
HQTUBEMOVIES.COM,     86FE55!_NS41
HQTUBEVIDEOS.COM,     9C88F6*\HH99
HUGOVIDS.COM,   KJF77D5142[|
HUNTERPORN.COM, 347A53#/AJ41
HUNTERPORN.NET, YA89DB2A50+<
ICARTOONPORN.COM,     RL64928591/]
IDEALPORNTUBE.COM,     ZWB8FEBB22/(
IDEALSEXTUBE.COM,     A0F82A$/RV79
IDEAPORNTUBE.COM,     4E7D33+*RD11
IGRANNYTUBE.COM,     421D4C/_EX93
IITUBE.COM,   38C7E5%#SK98
IMAGESPAL.COM, LP8156B959[~
IMATURETUBE.COM,     NG2485F187([
IMILFTUBE.COM, CH092CF40F*$
INFOSPIRAL.COM, A3834C%-YP26
INSANELIST.COM, UP158A9C09/}
INTERNETRAY.COM,     0E181A]]TM16
INTERRACIALEXPERT.COM, KQ22991E01^$
INTERRACIALOFFICE.COM,  ED5790EABD~^
INTERRACIALPETS.COM,   ET251BA566][
IOTATUBE.COM,  WD63480E1A=_
IWANTUNIFORM.COM,     FC4B2C|:PF51
JAPANTUBEVIDEOS.COM,   UPBEAC3243!_
JENSEARCH.COM, JI56694B01\}
JERKEXPERT.COM, ER0588B280.(
JETPORNTUBE.COM,     LW7333F76E~-
JIZZJUNGLE.COM, FK62E31617|)
JOEPORNTUBE.COM,     CBC514E465.*
JOINPORNTUBE.COM,     37F956?^ET36
JPTUBEVIDEOS.COM,     EGB2904F34[<
KICKPORNTUBE.COM,     QW1F8DBF16=.
KINKYBOYFRIEND.COM,     PA698FED65)(
KNOWNTUBE.COM, JS84816950@;
KOTOFF.NET,   LB88D55F5A@}
LADIESPANTYHOSE.COM,   LO38B1D948(^
LADYBOYCAFE.COM,     1122E9]=BC84
LADYBOYFANS.COM,     VV18C66DA1!;
LANETUBE.COM,   MTB5DC6035%>
LARGE-TITSPICTURES.COM, IA5DCC8777;>
LASTPORNTUBE.COM,     WQ450169CB[*
LATINBOOKMARKS.COM,     F9BCD6)_XI45
LAWPORNTUBE.COM,     AI0A742079@;
LEOGAY.COM,     39F87B/*VT69

LESBIANTEENIE.COM,    AY25E88C89#}
LESLICKERS.COM, FP766363A9{~
LICKABLEBUTTS.COM,    A63AFE$|NW63
LIEBEBOYS.COM, GR40E5E026$~
LIEBECAM.COM,  OD374BA5E8:<
LIEBECAMS.COM, 1E4107%{NB04
LIEBECAMS.DE,   null
LIEBEDOLLARS.COM,    SB51915EED|^
LIEBEFETISH.COM,    CD83B7/(YY01
LIEBEGAYS.COM, WWD717C259=)
LIEBEGIRLS.COM, ACA92A*[VG04
LIEBEGUYS.COM, NYBC648004{-
LIEBELESBIAN.COM,    WLDCA8DB23[=
LIFEANDCOMPUTERS.COM,  9B9C9C+~JQ76
LILYPORN.COM,  97F929#@CQ84
LINEPORNTUBE.COM,    ZYEA70C791@%
LINKPORNTUBE.COM,    US3E210E23!>
LIONGAY.COM,  GM4BF02347>-
LISTPORNO.COM, WW28F2F297;{
LISTPORNTUBE.COM,    CG718E627C:}
LIVESEXEROTIC.COM,    FH53EC4093/[
LIVESEXPORN.COM,    UW43E0E6B9[%
LIVETUBEMOVIES.COM,    VT18C989D8-{
LIVETUBEVIDEOS.COM,    JV8AD83160]$
LONELY-WOLF.COM,    AA8D39~*LO93
LOOTDOMAINS.COM,    KAF5D20B66{+
LOVABLETUBE.COM,    HW10550D67#^
LOVEDTUBE.COM, PZ9490E626^@
LOVESONGNOW.COM,    BF2844ABBE|;
LTUTEAM.COM,   CK9ADFD354|#
LUCKYBOYFRIEND.COM,    JG110D3179@[
LUCKYSHEMALE.COM,    KT4DE24679$%
LUNATICTUBE.COM,    YI5707B430+>
LUSTBLACK.COM, RRB900EF42|^
MADBOYFRIEND.COM,    A7B5AA<%TU39
MADMANPORN.COM, FP377D0F2A*:
MAGICTEENS.COM, OG3552C5FC:^
MANIACPORN.COM, 095EA1>|KV26
MASSIVEPORNTUBE.COM,    DT1722B916\*
MATEKEY.COM,   DT5934F73A!;
MATEKEY.NET,   EK749E2A2C|)
MATEKEY.ORG,   PT5952715B]/
MATETICKET.COM, HI58D05477%:
MATUREDESSERT.COM,    PM98145722()
MATURETOPLESS.COM,   87CEBF~<ET78
MATURETUBEMOVIES.COM,  ED441D|;BR25

MEGAGAYLIST.COM,       E9F64A)%FJ56
MEGAORIENTAL.COM,       AU7D46C062%<
MEINEPORNOFILME.COM,    A0700D]}IF16
MILF-SEEKER-SEARCH.COM, 05F06E@#YK45
MILFCOOKIES.COM,       LQ51AE6266=$
MILFDIARIES.COM,       QB1885A1B2#$
MILFISTIC.COM,  YS7A3C4604=|
MILFJIZZ.COM,  YT9552BCAF*%
MILFPORNPICS.COM,      LRD1425513#]
MILFQUESTS.COM, 4CFAAF~^BL64
MILFREADY.COM, GJ93127043@|
MILFSARCHIVE.COM,      PV4C869637@.
MILFTAPE.COM,  ZP5CFCDC65[$
MINDPORNTUBE.COM,      BE3318^>WQ94
MIXGAY.COM,    VJ96FD9065^^
MOBBES.COM,    2FC337!#SG11
MOMMYPICTURES.COM,     81A012)@PF55
MOMSEX-MOVIE.COM,      ZR992733BE)>
MORETECHNOLOGYNEWS.COM, BS94FD1D57~=
MOVIELLO.COM,  UT87FB5A9C%}
MOVIEMAK.COM,  C0C66B>*ZF87
MOVIESADEPT.COM,       E4CB10}<OW49
MOVIESBLAST.COM,       854578~.EP26
MOVIESDIARY.COM,       8A6225={KM15
MOVIESRING.COM, XM02BEFB74}*
MUDDYTUBE.COM, 26680E^(PR42
MUSTTUBE.COM,  MS9474CD8F<>
MYADULTCLIPS.COM,      MU280E8F35%|
MYASIANARCHIVE.COM,    JT8C9BE819!.
MYASIANVIDEOS.COM,     XGC7150591>(
MYBBWMOVIES.COM,       522966:<SR47
MYBIGTITSTUBE.COM,     RX12FBAC99\/
MYGOLDTUBE.COM, YE8172E6E4(/
MYHAIRYPUSSYTUBE.COM,  NS912BD524<:
MYINDIANPUSSY.COM,     TA4D3B1430-_
MYJAPANTUBE.COM,       HOBF8D1A61+>
MYLOVESONGFORYOU.COM,  37B36D+}LJ75
MYMATUREPORNTUBE.COM,  9AE201+*RK85
MYMILFSTUBE.COM,       003E47}<QF10
MYMOMSTUBE.COM, 7CBBC8|<SX51
MYOLDERTUBE.COM,       IR91DF050E+_
MYOLDIESTUBE.COM,      HH42F9BE24(*
MYORIENTALTUBE.COM,    WM00ACA44E(<
MYSECONDMOM.COM,       MY27BD94D0(|
MYSHEMALEARCHIVE.COM,  KO99CE3D7B.^
MYSTICNYLON.COM,       ZC49A75507;!

MYTRANNYVIDEOS.COM,    BEFCC81540{\
MYVINTAGECLIPS.COM,    D61355/-FC31
NAKEDTEENIE.COM,    ZJ89719C12$]
NAMEPORNTUBE.COM,    MA533F3F47**
NATURALGIRLSTUBE.COM,  IC55ADA07E/\
NEOBBW.COM,    WL29B67D36=_
NICHEDTRAFFIC.COM,    GU38F55B2D!{
NIGHTANGEL.COM, 7E2903:$DE78
NIXPORN.COM,    LLCAD1BF77>}
NOBLETUBE.COM,  0F8C96}!HD47
NOBODYTUBE.COM, ME5CAC1828^|
NOISYTUBE.COM,  DX16E40088^}
NUBILESDAILY.COM,    723855>\ER36
NUDEBOYTUBE.COM,    MD567755EC(-
NUDETEENIE.COM, CC4457A43B_>
NUTPORNTUBE.COM,    555CFB-}DM45
NYLONFORSALE.COM,    BAE0863657}%
NYLONFOX.COM,  EUB1364492~-
NYLONGRANNIES.COM,    A1E2AD?.YU94
NYLONHD.COM,  FT97CCD720~!
NYLONIDOLS.COM, WQBCEA4A76)<
NYLONNOW.COM,  BF2CC96932@(
NYLONPETS.COM, KH6740CDB6|]
OFFICEHDV.COM, HA47F51580$+
OHYEAHTUBE.COM, DK1F338972^]
OILEDGAY.COM,  FECF72.-AZ74
OILPORNTUBE.COM,    OY958EB3DD|(
OIOTUBE.COM,  A00F97+\VD36
OLDERCHERRY.COM,    VC265FAF89^(
OLDERNYLON.COM, RE76E83907!%
OLDERTUBEVIDEOS.COM,  40B8BF_*UW53
OLDFARTSTUBE.COM,    NL48F68E20!^
OLDIESPIX.COM, FR93FB3F84>-
OLOTUBE.COM,  A12633$>ZC88
OPENPORNTUBE.COM,    RR980F18D0~-
OPTICTUBE.COM, LL567DEC5C=(
ORIENTALBUTTS.COM,    MX64AA1FC3$}
ORIENTALDARLINGS.COM,  597E5C%/KM54
ORIENTALFLESH.COM,    HU62255719;-
OWNGAY.COM,  SRC43FC086\.
OXOCAMS.COM,  82980B%{SD61
OXOPORNTUBE.COM,    FQB326FC11;+
PANTYHOSEFILM.COM,    CID02D4223^$
PANTYHOSESURPRISE.COM,  IS10E30451@^
PASSIONCLIPS.COM,    BDC211CD33#%
PASSIVEPORNTUBE.COM,    RK0C454480|@

PERKTUBE.COM,   CP387340D9<.
PINGPORNTUBE.COM,   JS33394616^\
PLATINUMASIANS.COM,   HRC11C0C22.<
PLATINUMPORNTUBE.COM,   ER78CC3A51^+
PLUSPORNTUBE.COM,   UO7972D52D*<
POKESHEMALE.COM,   DBEA01A289(>
POPULARSHEMALE.COM,   MADD5D9E85}#
PORNALPHABET.COM,   QW4ABC9929%*
PORNARTICLES.COM,   5200FF\}ZA49
PORNBARBARIAN.COM,   658709$*CV77
PORNBLUES.COM, ST453216E2-}
PORNCONVEY.COM, YU81701B04[/
PORNFAIRIES.COM,   SD1435DE02$.
PORNFORPIGS.COM,   WEA542D393+[
PORNIEL.COM,   EY54DA5D58(_
PORNIOS.COM,   NE67D4C8B2]+
PORNLAME.COM,   3F9A95/=JG44
PORNLONG.COM,   65B985<|QZ96
PORNOBET.COM,   2F159D?%WQ28
PORNODUET.COM,   IH13A9AC31*[
PORNOEASY.COM,   KA34F56884:%
PORNOGRADE.COM, BA60E98E12{<
PORNOGRAPE.COM, PTC94DE333#~
PORNOLEGION.COM,   YI49949831+(
PORNOLOGIC.COM, UYBC5E7177@<
PORNOSIMPLE.COM,   BH456BABAF[(
PORNOSWIFT.COM, DW0C4CE833~(
PORNOXO.NET,   B9DB11%]IJ51
PORNOXO.ORG,   55241665B3E245DC
PORNOXOCAMS.COM,   0B266F}/FT77
PORNOXOHD.COM, YT5B915C74#]
PORNOXOLIVE.COM,   E8103E;]LX21
PORNOXOVIP.COM, C24916@)ZV59
PORNSAVAGE.COM, IA44A1E459=+
PORNSTAR6.COM,   KB831F8E08^]
PORNSTARS6.COM, 0E7DAC%/VG69
PORNTUBEDRIVER.COM,   2F7368}#WD93
PORNTUBEFILE.COM,   8B5A2C+=SH30
PORNTUBEFIND.COM,   ER2463C519:$
PORNTUBEICON.COM,   2459A0*^BE15
PORNTUBELINK.COM,   LKEB414796;.
PORNTUBEMENU.COM,   YT9FB4E805[]
PORNTUBEPATH.COM,   HC062B9214!%
PORNTUBESELECT.COM,   ZJBE57AC27%:
PORNTUBESET.COM,   TC67C97D30{:
PORNVAC.COM,   XD911D5EFD.!

PRIMEASIANTUBE.COM,    A004F7~)CC71
PRIMESEXTUBE.COM,    269F47)-QS26
PRIMESHEMALE.COM,    QJ53BCAC27}~
PRIVATEGAYMOVIES.COM,   KJ77353CB5.^
PRIZEPORNTUBE.COM,    F9D0A7^>BE79
PROBOOBS.COM,  ZQ22C0D174|#
PULLPORNTUBE.COM,    NU227DD3BF[%
PUMPPORNTUBE.COM,    XQ345EAE19_\
PURETEENSLUTS.COM,    AG52AE0C95(~
PUSHPORNTUBE.COM,    CT40A13973)=
RAINPORNTUBE.COM,    4C8EDE}-WE66
RAW-CO.COM,    578666#[KX63
RAYPORNTUBE.COM,    GY318F2953@|
RAZORPORNO.COM, C64CAA@]CD83
REDHEADAMATEUR.COM,    BZ741E72BC.=
REDHEADMODEL.COM,    WM95D77E20--
RELATIONSHIPSEND.COM,  JJ03F42805+=
RETROTUBEVIDS.COM,    RN71CBFA68(:
RINGPORNTUBE.COM,    KSC9022045!|
RISETUBE.COM,  1EAE65]^CP32
RODPORNTUBE.COM,    F21762$}WA84
ROLLPORNTUBE.COM,    DE209B4220}}
ROMANTICTRANNY.COM,    GR00BF2F48.}
SALTPORNTUBE.COM,    1D0940[:ON95
SANDTUBE.COM,  UB4541CC26!{
SEARCHPARADE.COM,    CA2BE5+}ZK19
SECRETARYCITY.COM,    OF29A3A050>)
SEEKGALLERIES.COM,    BT986A6812}~
SELECTPORNTUBE.COM,    DBF62E=)TA51
SEXBABESWEB.COM,    57A531.(JQ11
SEXBACKDOOR.COM,    KC41CC8F78+!
SEXBANE.COM,   VH1F8B9C58>*
SEXBOYSEX.COM, 3A99C0.+VP96
SEXEMOTIONS.COM,    OJAEDE2D85+\
SEXOARCHIVES.COM,    9DCA45{.YB49
SEXODIRECTORY.COM,    CC88F7){UX62
SEXSECURITY.COM,    XY0FBCDE91;*
SEXSTARTUBE.COM,    863878*+MJ23
SEXTEXTLINKS.COM,    28D8B3/(OM53
SEXVIDEOSERVER.COM,    UM10D7C8A5]+
SEXXXSTORY.COM, 244876^\SC92
SEXYBLONDEGIRL.COM,    9F5A4E{}FD30
SEXYSWEETIE.COM,    UEA5DC3D14_$
SEXYTEENIE.COM, 99AA66~_QB11
SHARKYASIANS.COM,    C2E1E4>?GK64
SHARKYBABES.COM,    GI02476EF9@|

SHARKYBUTTS.COM,      HG64590368(|
SHARKYEBONIES.COM,     SP355B5A75[?
SHARKYGIRLS.COM,      NXB1857845**
SHARKYNETWORK.COM,     QB88936EDC[=
SHARKYTEENS.COM,      A67289\>PK26
SHEMALEACE.COM, ZX48E2805E.|
SHEMALEARMY.COM,      324C08=;DN72
SHEMALECARDS.COM,      KY3B303481%\
SHEMALEDARLING.COM,     DD0B4D%:EJ59
SHEMALEDELIVERY.COM,    AH113A58E1!]
SHEMALEEMPEROR.COM,     DBA6DE$<XW69
SHEMALEFLEX.COM,      GG271751BE_=
SHEMALEMONSTER.COM,    UG96965E4E-[
SHEMALEMOON.COM,      WN75E68344|?
SHEMALEST.COM, 91A7A0~-SH86
SHEMALESUN.COM, OAEA59C159<)
SHEMALESWEETIE.COM,    B9762C!/BG07
SHEMALEVIDEOSTUBE.COM, BE262AEE1F\/
SHEMALEWINTER.COM,     XL4B7ACE89{}
SHOPPINGUSE.COM,      ILF8A24D29$!
SIGNPORNTUBE.COM,     HT8B7C6607%*
SKIPORNTUBE.COM,      HRFDAC3140[!
SKYCLIPART.COM, 6FDB20/[CT66
SKYMILFS.COM,   038A53\*KZ13
SMOKINGTEENIE.COM,     MBF0493689){
SMUTCLIT.COM,  HF210F6746=$
SMUTEDITION.COM,      BIF8F31835-_
SMUTENJOY.COM, YR35363B8F}:
SMUTRIDE.COM,  UU03761482~<
SOAPPORNTUBE.COM,     EO35601322<]
SPAPORNTUBE.COM,      GR04822F5F/<
SPIRITUALITYBLOGS.COM, BI2F709D43>>
SPIVKOM.COM,   62B406_}FN98
SPIVOM.COM,   RS87D37F85]>
STOCKINGIDOLS.COM,     WZ3571344F?:
STOCKINGSUPRISE.COM,   90910B]}PD03
STOCKINGSURPRISE.COM,   951366^!YB52
STYLEPORNO.COM, WK34F25821}]
SUCHTUBE.COM,  JR1059C680?@
SUNNYGAY.COM,  B513D0\|MR63
SUNPORNO.MOBI, CY73482C89$=
SUNPORNO.NET,  YDF925E346=.
SUNPORNO.ORG,  647b062b9ee90d11
SUNPORNOCAMS.COM,     US4159E765]{
SUNPORNODVDS.COM,     ABDA81$$ME36
SUNPORNOHD.COM, CZ5417AD19^~

SUNPORNOLIVE.COM,       FE34CAEBEA~+
SUNPORNTUBE.COM,        D507C3;|NN98
SUPERTITLOVERS.COM,     9BC6EB.#SO95
SURPRISETUBE.COM,       YS510010E6-.
SWEETASIANTUBE.COM,     3BA183\@UT42
SWEETPORNTUBE.COM,      62E546\<GQ21
TANKEROTIC.COM, DE4308FEC4^?
TEAPORNTUBE.COM,        18CB9E[?JT95
TEEN-KELLY-NUDE.COM,    NQ3937B137/;
TEENDO.COM,     DFE0AE%_UZ67
TEENDREAMS.ORG, 26060982ed80c27e
TEENGAYCHAT.COM,        HG245C2B86\!
TGPALLIANCE.COM,        F4A5C7)/WR14
THEEBONYNET.COM,        PP69B84800.#
THEEXTRABOOBS.COM,      ZX44440529{?
THEHOMEMADETUBE.COM,    D43A47%.ZF47
THEMILFREVIEWS.COM,     GM6832D005|~
THEMOMTUBE.COM, SDC7FDC317:-
THEVINTAGETV.COM,       FU11FD9695::
TIEMYBALLS.COM, EK735927B0}\
TIMEFORTRAVELS.COM,     ZH59477171|^
TIPTOPPORNTUBE.COM,     EB39AADC96+$
TIPTOPTUBE.COM, HM67895306]{
TITSOCIETY.COM, WL74A65882<_
TITTYDICKY.COM, WV45A6326A^}
TOPCUMS.COM,    EZ17FFB129)~
TOYPORNTUBE.COM,        7E313A)*GZ26
TRAFFICPORNTUBE.COM,    EJ85108787|{
TRAINPORN.COM,  IT2283643A%|
TRANNIESHQ.COM, KY67579A56#@
TRANNYCLASS.COM,        5ACA65]>AL23
TRANNYDARLING.COM,      DWC71C0220.$
TRANNYDEVOTION.COM,     KO2C63A314(;
TRANNYEMPEROR.COM,      C25266_*DE65
TRANNYGANG.COM, 75DAA4_+YT39
TRANNYHARBOR.COM,       VK570A7AA9<)
TRANNYHOME.COM, ZN77A18916=[
TRANNYMISSION.COM,      VV09327351#<
TRANNYRESIDENCE.COM,    012FC2[$PB88
TRANNYRING.COM, E95AB9@]OF61
TRANNYROOM.COM, F69873=.EO19
TRANNYSET.COM, 3DC946-+GF84
TRANNYSTRIKE.COM,       79E8F6/+ZG95
TRANNYSUPERVISOR.COM,   MREDA86B63]=
TRANNYSWEETIE.COM,      ZV9921FB52]$
TRANNYVIDEOSTUBE.COM,   AM02090FF4-.

TRUEPORNTUBE.COM,       BO868DA5B5+:
TUBEACCEPT.COM, YQ6D326B87[=
TUBEADMIT.COM, GSEB3F8528~;
TUBEADVANCE.COM,      FY0306D733+\
TUBEADVENTURE.COM,      UE09CB663E.^
TUBEADVISE.COM, 27023C|*NA05
TUBEALLIGATOR.COM,      B2EFA4|)RR08
TUBEAMIGO.COM, EQ6856969A~_
TUBEANDVIEW.COM,      HB706656D2--
TUBEANSWER.COM, DM62057CAD$;
TUBEAPPLE.COM, AQBBBB6529/+
TUBEARREST.COM, WT1104A82E<:
TUBEATOM.COM,  KK2641CC36)%
TUBEBASIS.COM, GH88F2751B\-
TUBEBAT.COM,   YN76B2E203;/
TUBEBEACH.COM, DBF221<~UW24
TUBEBEAN.COM,  NK00A46410?]
TUBEBEAUTY.COM, FW32C612D2*)
TUBEBELLE.COM,  VQAE59A705$<
TUBEBIO.COM,   MW9720FF85([
TUBEBISTRO.COM, 05C561<\FE94
TUBEBLOCK.COM, EP646E06E6[[
TUBEBOB.COM,   ZR343DCF25||
TUBEBODY.COM,  KXF9CAB219|+
TUBEBONK.COM,  RY27444B50=?
TUBEBOOBY.COM,  IK8A75CC67}(
TUBEBOOM.COM,  KJ39C826EB=#
TUBEBOOT.COM,  IQ76420171@>
TUBEBRAND.COM, VZ54F45D8E#$
TUBEBREAST.COM, VZ44C80E39;{
TUBEBUTT.COM,  XD8E33F662?:
TUBEBUTTON.COM, TY896F4C98(\
TUBEBYTE.COM,  AA3B2B3D88^;
TUBECAPITAL.COM,      SA30B6B7B3]%
TUBECARTEL.COM, WNDC5F5B37_;
TUBECE.COM,   7EF50B<<IC50
TUBECHANCE.COM, D7A1C3%+OD62
TUBECHEAP.COM, 284722%$RR07
TUBECHERRY.COM, ZU02670D67\<
TUBECLASS.COM, MD9959FE2F{~
TUBECOINS.COM, 547D92/\CE49
TUBECONTROLLER.COM,   766845$}VJ81
TUBECOP.COM,  QT0DA00A89]{
TUBECOSMO.COM, TT72EBB611{>
TUBECRYSTAL.COM,      3765E7;)NE72
TUBECUTE.COM,  336789~(JR61

TUBECYCLE.COM,  VYAEED1832@/
TUBEDARLING.COM,      384844^{NJ17
TUBEDECO.COM,  PZ74832656|~
TUBEDEMAND.COM, AU38A006A3!(
TUBEDIESEL.COM, NL381BF744%!
TUBEDRINK.COM,  SA74B2437C.[
TUBEDUCK.COM,   CBABFC}<PQ57
TUBEDUET.COM,  LV46D40B17[~
TUBEEASY.COM,  208167);OW34
TUBEECO.COM,  HW582888F7(=
TUBEECSTASY.COM,      CXC31A9B42+~
TUBEEDEN.COM,  WVB99BD998;+
TUBEELITE.COM,  SK318B90AE[-
TUBEEROS.COM,  UJ61B1A90C^:
TUBEETTE.COM,  RB521CE4D7|?
TUBEEURO.COM,  GB71574C03\>
TUBEEXPERIENCE.COM,   396037?]NY58
TUBEFAQ.COM,   NR90666DEA}|
TUBEFARTS.COM,  PP092CE679\<
TUBEFEMALE.COM, FA5B45CE43{#
TUBEFICTION.COM,      90C99E+/QC41
TUBEFINAL.COM,  UY51FBC359[+
TUBEFINE.COM,   AL536F7D32*=
TUBEFLAT.COM,   66CC71-.RX27
TUBEFLESH.COM,  NG601B5E65<{
TUBEFOLDER.COM, GS33532D76@@
TUBEFORMULA.COM,      XK2911DC25:\
TUBEFORTUNE.COM,      05EA95*?GX69
TUBEFULL.COM,  TK49A23B05;@
TUBEGAP.COM,   VH4570B042*@
TUBEGIGS.COM,  XW205364C5!(
TUBEGIN.COM,  EX06976100^>
TUBEGIPSY.COM,  AX54619E04[\
TUBEGRAND.COM,  NP6C257D10+^
TUBEGREAT.COM,  3D8705|:DJ15
TUBEGUILD.COM,  OU0827AAC9?>
TUBEGUM.COM,   AS54D22136<@
TUBEGYM.COM,   72903B+{YW53
TUBEHAMMER.COM, UVCBA62F88+=
TUBEHEEL.COM,   UD852303B2>]
TUBEHELLO.COM,  QK44DB8857;@
TUBEHOLDER.COM, 0B28CD_(BD84
TUBEHOSTEL.COM, LG04C02F49+>
TUBEHUMP.COM,   A9ED91<+LU12
TUBEIDEA.COM,   TRDEA1FF24~;
TUBEIDEAL.COM,  LUBE377628*.

TUBEIQ.COM,   B54924:|WV98
TUBEJACKPOT.COM,     UH090F7D20%\
TUBEJAPANESE.COM,     CD1210^{LL76
TUBEJEWEL.COM, 773EAC#?RD54
TUBEJUMBO.COM, KKD9F6A466))
TUBEKICK.COM,  AF1D99#:RA95
TUBEKNOLL.COM, OW719D2F16($
TUBELABEL.COM, UL20CA878A@;
TUBELAGOON.COM, XVA9E1CF67!@
TUBELARGE.COM, A3AC0F~{AP04
TUBELAY.COM,   QX63C0AE43{(
TUBELEMON.COM, 7458C3/@OF60
TUBEMAIN.COM,  64477A[|UT90
TUBEMAJOR.COM, WYC51A6D03){
TUBEMATURES.COM,     QT920C38B2_+
TUBEMAXI.COM,  RT20908F87*<
TUBEMAYOR.COM, VP39B49E9E*@
TUBEMENTOR.COM, BJ493714D3!{
TUBEMIDNIGHT.COM,     TI3B4FD238{>
TUBEMODERN.COM, XI00BA70E1)~
TUBEMOON.COM,  TU29792524-#
TUBEMOTEL.COM, BD30066D78;>
TUBEMUTANT.COM, HI971FCE6A_:
TUBEMYSTERY.COM,     4F2BE4$(XM74
TUBENAIL.COM,  RTE8E7E533>?
TUBENATURAL.COM,     NI57586EC9(!
TUBENEAR.COM,  RE79625847{|
TUBENEO.COM,   F9254E@.ZM55
TUBENEST.COM,  B4EEAB$=YF33
TUBENJOY.COM,  5C4E8C?_FO56
TUBENOOKIE.COM, QA69A4CB00.[
TUBENUDIES.COM, MC574A5CDD})
TUBEOFFER.COM,  6F1265}!TJ39
TUBEOFFICE.COM, LG2088E023)@
TUBEOLDIES.COM, PNB9312F81#+
TUBEORCHID.COM, QO7498997E=+
TUBEPATROL.COM, QZ22FFFD22)\
TUBEPAUSE.COM,  EE42AA$/ED37
TUBEPEARL.COM,  OH30FCECEE^<
TUBEPECKER.COM, 243DB6>~CA60
TUBEPER.COM,   6F52D0#<PV74
TUBEPI.COM,    ABCC7D\@TR65
TUBEPIXEL.COM, AG25ACD25C>#
TUBEPOOL.COM,  SB528314AD!*
TUBEPORCH.COM, 2B2567@#ZJ48
TUBEPORNEO.COM, WSD2FD4636;+

TUBEPORNKING.COM,     JU2134C792/?
TUBEPORTION.COM,      WS32D71C11++
TUBEPOSE.COM,   08BA0F.>ZZ03
TUBEPOSITION.COM,     YO19FB7227@{
TUBEPRINCE.COM, SO1268D8A9$\
TUBEPUFFY.COM,  RA1380D47A/_
TUBERAIN.COM,   YG618BEF49#.
TUBERAY.COM,    VBD2E3D813}+
TUBEREALM.COM,  DFD32FDE77+/
TUBEREALMS.COM, VH2B246964^!
TUBEREGION.COM, 1483E7.#VE42
TUBERG.COM,   IT037E9C94\_
TUBERIC.COM,   NN500B06B3?[
TUBERIS.COM,   C6B149;:PF43
TUBERIX.COM,   51F3E5]!OG28
TUBERN.COM,   LJBBC47879;*
TUBERNE.COM,   79D411{|XX48
TUBEROYAL.COM,  SD0D8D3919][
TUBERUBE.COM,   XW370D8101+\
TUBERUBY.COM,   MT250D5092_\
TUBERUSSIAN.COM,    C25909]?MF84
TUBESECRETARY.COM,    BEFB96(|XX44
TUBESECTOR.COM, HP77FD29BA={
TUBESEXUAL.COM, JWE3E13726?/
TUBESHIP.COM,   YY38D6524B{}
TUBESOCIETY.COM,    QE90DED833?[
TUBESPIRAL.COM, PI9423F285{?
TUBESUBWAY.COM, BT59E1B005%~
TUBESUGAR.COM,  TB22159F86#;
TUBESUPREME.COM,    QSE2CD1641>_
TUBESURPRISE.COM,    TLFFBA1C79#}
TUBESWEET.COM,  WL8BFA0696_)
TUBESWEETIE.COM,    YM684C1A00{.
TUBETARGET.COM, TO0177C0DD$~
TUBETHROAT.COM, PZEBE64386<%
TUBETOE.COM,   TH5245B980|?
TUBEULTIMATE.COM,    20E611!%CI71
TUBEVALET.COM,  LU79CA8D50~:
TUBEVENUE.COM,  EK87B9E439-;
TUBEWIDE.COM,   YM64D73072)]
TUBEWIND.COM,   7A70C7}}ZH69
TUBEWINDOW.COM, HW91AD4A81*;
TUBEWOW.COM,   TV1FB37638%)
TUBIER.COM,   CNC9E41740;/
TUBOUS.COM,   GU5DD6DB68=:
TURBOASIAN.COM, TX70C8ECA3~}

TWILIGHTPORN.COM,    GOAE05AF66[(
TWILIGHTSEX.NET,    SJ3E63B653/-
TWINKDUMP.COM,  TE116B8058:(
TWINKY8.COM,   17B051__KY19
TWO-LIPS.NET,   OT41CDD1F7~~
UADISCOUNT.COM, BA996ABF82=#
UAKUPONY.COM,   TQ0621A393%\
UASKIDKA.COM,   DD4A138044$>
UAZNIZHKA.COM, GM46E9D743+<
UKRKUPONY.COM,  EV55E68220]]
ULTRALONGTUBE.COM,    JX1057C4CE{[
ULTRATRANNY.COM,    QS837B1A91>_
USEPORNTUBE.COM,    ES532E7BBC=+
VALIDTUBE.COM,  PW46119EC0*~
VEDITOR.COM,   C75C60}#DW46
VIDEOSBANG.COM, VH71E7C001_/
VIDEOSDB.COM,  9FFC55|^OB74
VIDEOSGRANNY.COM,    42EA85$\AO74
VIDEOSHOME.COM, D6FFC8)~VV97
VIDEOSJP.COM,   PND15D7997$*
VIDEOSRING.COM, 369F91|!HL42
VIDEOSZDVD.COM, RD74FCD2A9=!
VINTAGETUBEMOVIES.COM,   NX72325F57)+
VIPSTREAMSERVICE.COM,  4DA6E2(<XP23
VIRGINBODY.COM, SM00DE9C25-+
VOTEDTUBE.COM,  NK0811EEFA)@
VSTREAMCDN.COM, IQ66A02F57:/
WEBADVERTISINGWORLD.COM,    938A63(]BI94
WEBCAMAREA.COM, 0595BF}>EL58
WEBCAMPORNSTARS.COM,   AD0AC5%)ZN04
WEBUYHARDLINKS.COM,    OF8534DEA1.|
WELCOMETOTUBE.COM,   0CA75B#!LF51
WHOTHEFUCKISCOONY.COM,  069377:{EQ89
WIDEPORNTUBE.COM,    KQFA666E01<<
WILD-CHERRY.NET,   TK50E42BE9\|
WILDBOYFRIEND.COM,   VP090EA7D4%]
WINGPORNTUBE.COM,   WJ070E2754;_
WINPORNTUBE.COM,   3B6B4F?_WX15
WORLDWHORES.COM,    WP54AFA1FF-~
WOWMOBILEPORN.COM,   RX44EB49AF}@
WOXPORNTUBE.COM,   DB879AB14A(:
XCROCO.COM,   37BFC9<^PG45
XXXTENT.COM,   EU36F46515)%
YOUGAYCHAT.COM, 818485;~EZ72
YOUGAYROULETTE.COM,   6F8A06%]SN24
YOUGREETINGS.COM,    GP141A9E05(?

YOUGUYCHAT.COM, FG962E65D1;{
YOUMILFTUBE.COM,      QM53AD6874!-
YOUMOMTUBE.COM, B45ECB!=EO21
YOUNGMODELZ.COM,      IG554D269B>-
YOURASIANS.COM, 1FFB28<:MA50
YOURATTORNEYSEARCH.COM, B4A47D>~SH82
YOURGAYCHAT.COM,      C70921%:ZN66
YOURLIFEANDENDUCATION.COM,      TZ188D5135::
YOURSMARKETING.COM,     LR555EAE7A;$
YOUTRANNYCHAT.COM,     KA7444E58E>!
ZNIZHKA.COM,   D9A05C:}YS18