# Exhibit A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN, d/b/a<br>SUNPORNO.COM, "ADVERT", "CASTA",<br>"TRIKSTER", "WORKER", "LIKIS",<br>"TESTER" and DOES 1-50<br><br>Defendants | Case No. 11-cv-62107-KMW<br><br>**DECLARATION OF JASON A. FISCHER<br>IN SUPPORT OF PLAINTIFF'S REPLY TO<br>DEFENDANT'S RESPONSE TO<br>PLAINTIFF'S MOTION FOR<br>TEMPORARY RESTRAINING ORDER** |

I, JASON A. FISCHER, do declare under the penalty of perjury that:

1. I am over the age of 18 and am a resident of the State of Florida.

2. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3. I am an attorney for Randazza Legal Group, which represents Plaintiff in this matter.

4. In addition to being an attorney, I hold a Bachelor's Degree in Computer Science and have over ten years of experience related to software development, digital media, and computer technology.

5. Attached as rebuttal evidence to the Plaintiff's Reply to Defendants' Response to the pending Motion for a Temporary Restraining Order and other relief is a true and correct copy of the WHOIS registrant information for <sunporno.com> as it existed on August 31, 2011. I created this document using Domain Tools (<domaintools.com>), and a true and correct copy of its contents is submitted herewith as Exhibit B.

6. I also used Domain Tools to generate a report as to where <sunporno.com> is hosted, in order to rebut the Defendants' contentions about their insufficient business and commercial contacts

within the United States.  A true and correct copy of this report as rendered on December 12, 2011, showing that <sunporno.com> is hosted in the state of Ohio, is submitted herewith as Exhibit C.

7. Finally, I used Domain Tools' "Site Profile" feature for <sunporno.com> to analyze the site's traffic.  A true and correct copy of these results as of December 12, 2011, is submitted herewith as Exhibit D, and shows that the largest source of <sunporno.com>'s traffic originates from within the United States of America.

8. I have, on many occasions in the past, used Domain Tools to research domain name registrations and information concerning operation and ownership of websites.  In my personal experience, the information provided by Domain Tools is accurate and reliable.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: December 13, 2011 in Miami, Florida.

                                     *s/Jason A. Fischer*