# Exhibit B



You are logged in as mrandazza     **Upgrade Your Account**  |  Log out  |  Help     | **3 Items in Cart**

| sunporno.com | Whois Search | Search |
|---|---|---|

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois History for Sunporno.com on 2011-08-31

Tweet    Like    1k

Enter a domain name to get its history

sunporno.com                                    Get History

« Previous                                                                    Next »

| | |
|---|---|
| **Domain:** | **sunporno.com** - Whois History |
| **Cache Date:** | 2011-08-31 |
| **Registrar:** | **MONIKER ONLINE SERVICES, INC.** |
| **Server:** | whois.moniker.com |
| **Created:** | 2000-10-06 |
| **Updated:** | 2010-05-05 |
| **Expires:** | 2017-10-06 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: **webmaster@nightangel.com** |

```
Domain Name: SUNPORNO.COM
Registrar: MONIKER

Registrant [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI

Administrative Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone: +420.776246201

Billing Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone: +420.776246201

Technical Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone: +420.776246201

Domain servers in listed order:
```

```
NS5.PUBLIC-NS.COM
NS6.PUBLIC-NS.COM

Record created on:        2000-10-06 10:24:09.0
Database last updated on: 2011-08-29 14:00:49.563
Domain Expires on:        2017-10-06 10:24:09.0
```

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2011 DomainTools, LLC All rights reserved.

