UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> SERGEJ LETYAGIN, d/b/a SUNPORNO.COM, "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50 <br><br> Defendants | Case No. 11-cv-62107-KMW <br><br> **NOTICE OF FILING REDACTED VERSIONS OF DOCKET ENTRIES 43-3 AND 43-4** |

    Plaintiff, LIBERTY MEDIA HOLDINGS, LLC, hereby gives notice of filing redacted versions of Doc. 43-3 and 43-4 in the above-styled action.

Dated: December 14, 2011

Respectfully submitted,

RANDAZZA LEGAL GROUP
2 South Biscayne Blvd, Suite 2600
Miami, Florida 33131-1815
Telephone: (305) 479-2491
Facsimile: (305) 397-2772

_s/Jason A. Fischer_
Marc J. Randazza (625566)
mjr@randazza.com
Jason A. Fischer (68762)
jaf@randazza.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using this court's CM/ECF system on Decmeber 14, 2011, and are thereby served upon Mr. Mark Terry, Mr. Valentin Gurvits and Mr. Evan Fray-Witzer.  As the identity of the remaining Defendants has yet to be determined, they cannot be served.

                                                    *s/Jason A. Fischer*