# Exhibit C


You are logged in as mrandazza    **Upgrade Your Account** | Log out | Help    | **3 Items in Cart**

sunporno.com    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois Record For SunPorno.com

Acquire this Domain Name    Tweet    Like   1k

Search Whois Records            Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Server Data

|   |   |
|---|---|
| Server Type: | nginx/0.8.36 |
| IP Address: | 213.174.154.204   Reverse-IP   \|   Ping   \|   DNS Lookup   \|   Traceroute |
| ASN: | AS39572 |
| IP Location: |  - Ohio - Amsterdam - Haldex Ltd |
| Response Code: | 200 |
| Domain Status: | **Registered And Active Website** |



Updated November 30, 2011

**Queue Screenshot for Update**

**You the smart one?** Let us show you **the job you dream of**



**Country TLDs**    **General TLDs**

Available domains for registration:

☐ SunPorno.**cn**    Register
☐ SunPorno.**dk**    Register
☐ SunPorno.**jp**    Register
☐ SunPorno.**mx**    Register
☐ SunPorno.**tw**    Register

**Register All Selected >**





Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

