# Exhibit D



You are logged in as mrandazza    **Upgrade Your Account** |   Log out   |   Help         | **3 Items in Cart**

sunporno.com | Whois Search | Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois Record For SunPorno.com ✏️

Acquire this Domain Name          Tweet    Like   1k

Search Whois Records                Search

| Whois Record | Site Profile | Registration | Server Stats | My Whois |

### Site Profile and Search Rank

| | |
|---|---|
| Website Title: | 🔖 Porno Tube, Free Porn Videos, XXX, Pussy, Porno Movies & Pics |
| Title Relevancy | 80% |
| Meta Description: | Porno tube movies featuring teen porn videos, amateur porn and private homemade movies, mature sex clips. Free full length XXX videos and wild hardcore from all over the world |
| Description Relevancy: | 68% relevant. |
| Meta Keywords: | tube, sex tube, tube movies, sun tube, tube videos, porn, porno, porno pictures, free porn, porno videos, porno movies, free porno, porn videos, porn galleries, porn movies |
| Keyword Relevancy: | 60% relevant |
| Visitors by Country: | United States 15.5%   Indonesia 4.3%<br>Germany 11.1%   Russian Federation 3.9%<br>India 6.1%   Great Britain (UK) 3.2% |
| Alexa Trend/Rank: | #1,416: for the last three months. |
| Compete Rank: | 📊 #598 with 2,863,433 Unique visitors per month |
| Y! Directory: | 5 listings |
| AboutUs: | 📗 Wiki article on Sunporno.com |
| SEO Score: | 91% |
| Terms: | 936 (Unique: 496, Linked: 584) |
| Images: | 52 (Alt tags missing: 0) |
| Links: | 189  (Internal: 174, Outbound: 15) |
| iFrames: | 5  ( Parts of page not indexable by most search engines. ) |
| Related Sites: | el-ladies.com, xxxvogue.net, xmovies.com, videoshome.com, twilightsex.com, teen-hot.com, sexdreambox.com, pornhost4free.com, nastyrat.com, imagefest.com |
| Similar Domains: | sunporchstructures.com, sunporn.com, sunporo.com, sunpornno.com, sunpornos.com, sunporono.com, sunporne.com, sunporchsunroom.com, sunporni.com, sunpornp.com, sunporna.com, sunpornocom.com |

**Search Engine Preview** (View details)

┌─────────────────────────────────────────────┐
│      click to view seo text browser         │
└─────────────────────────────────────────────┘



Updated November 30, 2011

**Queue Screenshot for Update**

**You the smart one?** Let us show you **the job you dream of**



**Country TLDs**    **General TLDs**

Available domains for registration:

☐ SunPorno.cn          Register
☐ SunPorno.dk          Register
☐ SunPorno.jp          Register
☐ SunPorno.mx          Register
☐ SunPorno.tw          Register

**Register All Selected >**



Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2011 DomainTools, LLC  All rights reserved.

