**Composite Exhibit A – Part 1**

**Index of Previously Filed Exhibits Showing Defendant's U.S. Connections**

- ECF 1-3      Webpage in English; Displays American Flag
- ECF 1-4      Webpage in English; Displays American Flag
- ECF 1-5      Webpage in English; Displays American Flag;
              Advertisement Features Ron Jeremy
- ECF 1-6      Webpage in English; Displays American Flag;
              Advertisement Features Ron Jeremy
- ECF 1-7      Webpage in English; Displays American Flag;
              Advertisement Displays Inches
- ECF 1-8      Webpage in English; Displays American Flag
              Advertisement Displays Inches
- ECF 1-9      Webpage in English; Displays American Flag
- ECF 1-11     Webpage in English; Drop Down Box Defaults to "USA";
              Space for U.S. Zip Code Provided
- ECF 1-14     Webpage in English; Displays American Flag
- ECF 21-2     Shows U.S. Visitors at 1.6 Million per Month
- ECF 21-3     Membership Terms and Conditions in American English; Lists
              U.S. States with High Majority Age by U.S. Postal Abbreviation;
              Lists "U.S. Postal Service" as Governmental Agency; Links to List
              of U.S. Restricted Zip Codes
- ECF 21-4     Webpage in English
- ECF 21-5     Webpage in English; Drop Down Box Defaults to "USA"
- ECF 37-3     Domain Name Registered in Florida
- ECF 37-5     Webpage in English; Displays American Flag
- ECF 42-7     Defendant's Ex. Showing Moniker as Florida and U.S. Business
- ECF 46-1     Website Host in Ohio
- ECF 46-2     Most Web Traffic is from U.S.

# EXHIBIT A



A - SunPorno CorbinFisher Search.jpg

# EXHIBIT B

Case 0:11-cv-62107-XXXX   Document 1-4   Entered on FLSD Docket 09/26/2011   Page 2 of 3



B - NoahAndMandy.jpg-1



# EXHIBIT C





C - JoshAndMandy.jpg-2

# EXHIBIT D



D - DawsonAndMandy.jpg-1



D - DawsonAndMandy.jpg-2