# Composite Exhibit A – Part 2

# EXHIBIT E



E - Chris & Mandy-1.jpg



E - Chris & Mandy-2.jpg

# EXHIBIT F



F - TannerAndMandy.jpg-2

# EXHIBIT G



G - 20110921-CaptureIt-Picture-3.jpg

# EXHIBIT I

I - Screen Shot 2011-09-22 at 6.58.12 PM.jpg