**Composite Exhibit A – Part 3**

# EXHIBIT L

L - Member Profiles-1.jpg





L - Member Profiles-2.jpg







L - Member Profiles-5.jpg



# EXHIBIT B

sunporno.com - Site Analytics from Compete

Case 0:11-cv-62107-KMW   Document 21-2   Entered on FLSD Docket 11/17/2011   Page 2 of 2 12/6/11 3:34 PM



# EXHIBIT C



# EXHIBIT D

Case 0:11-cv-62107-KMW   Document 48-3   Entered on FLSD Docket 12/14/2011   Page 14 of 27
Adult Entertainment Standard Terms and Conditions of Membership
Case 0:11-cv-62107-KMW   Document 21-4   Entered on FLSD Docket 11/17/2011   Page 2 of 8
12/8/8  9:16 AM

# Adult Entertainment Standard Terms and Conditions of Membership

**LEGAL NOTICE:** PLEASE READ ALL THE PROVISIONS OF THIS MEMBERSHIP AGREEMENT CAREFULLY. YOUR ACCEPTANCE OF THESE TERMS AND CONDITIONS WILL CONSTITUTE A BINDING AND ENFORCEABLE AGREEMENT BETWEEN YOU AND THE WEBSITE. By joining, you become a Subscriber and are entering into a binding and enforceable contract with Markley Enterprises Ltd, 10 Moor View, Consett, County Durham, DH8 5TG, United Kingdom, doing business as, FreeHDAccess.com ("Company"; "We"; "Site") and you ("Member"; "Subscriber" ; "You"; "Your") agree that you are submitting to the Jurisdiction of the United Kingdom and that you will be bound by these Terms and Conditions (the "Agreement"). Trial Memberships will renew automatically to a one-month membership at the end of the Trial Period and will be billed at the rate of $39.95/month unless cancelled in accordance with these Terms and Conditions. This agreement is subject to change at any time, and changes may be effective without notice upon each Subscriber.

AGREEMENT TO VIEW ADULT MATERIAL - THE SITE IS DESIGNED AND INTENDED SOLELY FOR CONSENTING ADULTS - PEOPLE WHO ARE AT LEAST 18 YEARS OLD (21 IN AL, MS, NE, WY, AND ANY OTHER LOCATION WHERE 18 IS NOT THE AGE OF MAJORITY)-- WHO ARE INTERESTED IN AND WISH TO HAVE ACCESS TO VISUAL IMAGES, VERBAL DESCRIPTIONS AND AUDIO SOUNDS OF A SEXUALLY ORIENTED, FRANKLY EROTIC NATURE. THE MATERIALS WHICH ARE AVAILABLE WITHIN THIS SITE MAY INCLUDE GRAPHIC VISUAL DEPICTIONS AND DESCRIPTIONS OF NUDITY AND SEXUAL ACTIVITY AND SHOULD NOT BE ACCESSED BY ANYONE WHO IS YOUNGER THAN 18 YEARS OLD (21 IN AL, MS, NE, WY, AND ANY OTHER LOCATION WHERE 18 IS NOT THE AGE OF MAJORITY) OR WHO IS OFFENDED BY SUCH MATERIALS OR WHO DOES NOT WISH TO BE EXPOSED TO SUCH MATERIALS. BY PURCHASING A MEMBERSHIP YOU ARE MAKING THE FOLLOWING STATEMENTS:

- "UNDER PENALTY OF PERJURY, I SWEAR/AFFIRM THAT AS OF THIS MOMENT, I AM AN ADULT, AT LEAST 18 YEARS OF AGE (21 IN AL, MS, NE, WY, AND ANY OTHER LOCATION WHERE 18 IS NOT THE AGE OF MAJORITY)."
- "I PROMISE THAT I WILL NOT PERMIT ANY PERSON(S) UNDER 18 YEARS OF AGE (21 IN AL, MS, NE, WY, AND ANY OTHER LOCATION WHERE 18 IS NOT THE AGE OF MAJORITY) TO HAVE ACCESS TO ANY OF THE MATERIALS CONTAINED WITHIN THIS SITE."
- "I UNDERSTAND THAT WHEN I GAIN ACCESS TO THIS SITE, I WILL BE EXPOSED TO VISUAL IMAGES, VERBAL DESCRIPTIONS AND AUDIO SOUNDS OF A SEXUALLY ORIENTED, FRANKLY EROTIC NATURE, WHICH MAY INCLUDE GRAPHIC VISUAL DEPICTIONS AND DESCRIPTIONS OF NUDITY AND SEXUAL ACTIVITY. I AM VOLUNTARILY CHOOSING TO DO SO, BECAUSE I WANT TO VIEW, READ AND/OR HEAR THE VARIOUS MATERIALS WHICH ARE AVAILABLE, FOR MY OWN PERSONAL ENJOYMENT, INFORMATION AND/OR EDUCATION. MY CHOICE IS A MANIFESTATION OF MY INTEREST IN SEXUAL MATTERS WHICH, I BELIEVE, IS BOTH HEALTHY AND NORMAL AND WHICH, IN MY EXPERIENCE, IS GENERALLY SHARED BY AVERAGE ADULTS IN MY COMMUNITY. I AM FAMILIAR WITH THE STANDARDS IN MY COMMUNITY REGARDING THE ACCEPTANCE OF SUCH SEXUALLY ORIENTED MATERIALS, AND THE MATERIALS I EXPECT TO ENCOUNTER ARE WITHIN THOSE STANDARDS. IN MY JUDGEMENT, THE AVERAGE ADULT IN MY COMMUNITY ACCEPTS THE CONSUMPTION OF SUCH MATERIALS BY WILLING ADULTS IN CIRCUMSTANCES SUCH AS THIS WHICH OFFER REASONABLE INSULATION FROM THE MATERIALS FOR MINORS AND UNWILLING ADULTS, AND WILL NOT FIND SUCH MATERIALS TO APPEAL TO A PRURIENT INTEREST OR TO BE PATENTLY OFFENSIVE."
- "I FURTHER REPRESENT AND WARRANT THAT I HAVE NOT NOTIFIED ANY GOVERNMENTAL AGENCY, INCLUDING THE U.S. POSTAL SERVICE, THAT I DO NOT WISH TO RECEIVE SEXUALLY ORIENTED MATERIAL."

PROHIBITED AREAS - All of the following areas constitute PROHIBITED AREAS from which no part of the Site may be accessed, viewed, downloaded or otherwise received: All parts of the United States of America corresponding to the entire areas corresponding to United States Postal Service zip codes commencing with any of the following three digits: SEE LIST OF RESTRICTED ZIP CODES;

All parts of the following countries: Afghanistan, Kuwait, Iran, Iraq, Japan, Jordan, Libya, Pakistan, The Republic of China, Singapore, Saudi Arabia, Syria, The United Arab Emirates; and

All parts of every other geophysical place corresponding to a political entity or part thereof in which the access, viewing, downloading, dissemination of, or other use of the materials contained in the Site would constitute a violation of any law, regulation rule or custom.

DEFINITIONS - The term "Site", as referred to in these terms and conditions shall mean - the Site for which you are purchasing a username and password (login)in order gain access to that site and enjoy its contents and benefits of membership. The "Site" shall include the owner thereof all agents acting on its behalf. The term "Member" or "Membership", asreffered to in the terms and conditions shall mean -The holder (Subscriber) of a valid username and password (login) for the Site during the term of membership. Membership is non-transferable and non-assignable. The term "Subscriber", as reffered to in the terms and conditions shall mean - The End-user, Consumer, of the services of the Site and holder of a valid username and password (login) for the Site. By becoming a Subscriber, you hereby authorize the imposition of charges to your credit card or other approved facility for all membership fees as well as for any further goods and/or services at, through and/or from or pertaining to the site. The term "Login", as reffered to in the terms and conditions shall mean - The combination of unique username and password that is sold by, and used to access, the Site. A Login is a non-exclusive, non-transferable license for that individual member, and no other, to use the Site for a period of time. The term "Bookmarking", as reffered to in the terms and conditions shall mean - The act of placing a webpage (URL) into a temporary file on the Subscribers browser so that the subscriber may return to that page at a future date directly, without passing through any pages that may have been precedent.

SUBSCRIPTION FEES - The Subscriber is responsible for paying periodic subscription fees according to the then-current terms of the Site. Unless and until this agreement is cancelled in accordance with the terms hereof, Subscriber hereby authorizes the Site or its billing agent, to charge subscriber's credit card (or other approved facility) to pay for the ongoing cost of membership.

AUTOMATIC RENEWAL - Subscription fees are automatically renewed, and therefore automatically credit card or check debited, at the end of the original term selected, for a like period of time, unless proper notice is received from the Subscriber at least seven (7) days prior to renewal. Trial Memberships are automatically renewed to a one-month membership at the then-applicable monthly rate, subject to the terms of the Trial Offer below. The maximum Term of this Agreement is 120 months.

NON-ASSIGNABILITY/THEFT OF LOGIN - Your Membership, username and password (login), may not be assigned or transferred to any other person or entity. Subscriber must promptly inform the Site of any apparent breach of security, such as loss, theft, or unauthorized disclosure or use of a username or password. Until the Site is notified, by e-

Adult Entertainment at its best! Join now for instant access to Homens of these shows!   Case 0:11-cv-62107-KMW   Document 21-4   Entered on FLSD Docket 11/17/2011   Page 4 of 8   9:16 AM

mail, or by telephone, of any breach in security, the Subscriber will remain personally liable for any unauthorized use of the Service. Subscriber is and shall be personally liable for, and shall defend, indemnify and hold harmless the Site and any agency acting on its behalf from any and all damages (including loss of profits, loss of property, fines and penalties), losses and costs (including attorneys' fees) resulting from any attempted or actual unauthorized downloading or other duplication whether solely by Subscriber or with or under the authority of any other including governmental agency.

TERMINATION/CANCELLATION - Subscription to the Service may be terminated at any time, and without cause, by either the Site or the Subscriber upon notification of the other by electronic or conventional mail, or by telephone. . Subscribers are liable for charges incurred by them until termination of service.

TRIAL OFFER - All trial offer members are exempt from the 7 day notification requirement as to such Trial Period. As such, a Subscriber who is within the trial offer term shall not be charged the full monthly membership rate during this interval. This interval may be reffered to as the "Trial Period". All Trial Memberships will renew automatically to a one-month membership at the end of the Trial Period and will be billed at the rate of $39.95/month or the then-applicable rate, unless proper notice of cancellation has been received by Site no later than 12:01 a.m. of the day following the last full day of the Trial Period.

For example, if access pursuant to a 3-day trial offer was granted on the 1st day of a month, the member will not be charged for a one month subscription at inception. The member must ensure receipt of e-mail, or other appropriate notification, by the Site no later than 12:01 a.m. on the 4th day of that month should the member elect to cancel the membership. Absent such timely notification, the trial offer membership shall renew to a one-month membership at the then-applicable monthly rate. Members who do not so terminate within the Trial Period will be billed at the rate of $39.95/month or the then applicable rate, for one month's service beginning on the day following the last full day of the Trial Period. The second month's subscription shall therefore be effective and be chargeable at the conclusion of the first full month of service following the Trial Period, unless otherwise cancelled in accordance with these terms and conditions.

CREDIT AND GIFT CARDS - Credit card users may be subject to a preauthorization. The preauthorization is not a charge to the credit card. However, the then applicable monthly subscription rate may be reserved against the Member's available credit card limit. The Site will not be held responsible for bank charges, fees or penalties due to overdrawn or delinquent Subscriber accounts. Contact your credit card issuing financial institution for details.

Prepaid Gift and Debit Cards which cannot be preauthorized for the full applicable monthly rate may be charged incrementally. This means that multiple charges for less than the full applicable monthly rate may occur within the same monthly billing cycle. In no event will the aggregate of these incremental charges exceed the full applicable monthly rate.

REFUNDS - In the event that a refund is issued, ALL refunds will be made by crediting the credit card that was used to make the original purchase. Refunds will not be made by cash or check

GRANT OF LIMITED LICENSE WITH RESERVATIONS - Memberships to the Site are provided for personal, non-commercial use by customers of the Site. As customers, visitors to the Site hereby granted a single copy license to download (on a single

Adult Ent... Case 0:11-cv-62107-KMW   Document 21-4   Entered on FLSD Docket 11/17/2011   Page 5 of 8   9:16 AM

computer only) or print copies of any of the information found on the Site for personal, non-commercial use only. Commercial use of the Site, or any material located on it, is strictly prohibited. In addition, you may not modify any of the materials found on the Site; use them for any public display, performance, sale or rental; remove, modify or alter any copyright or other proprietary notice, or trademarks therefrom; or transfer any material located on the Site to any other person. The Site reserves the right to terminate this license at any time if you breach the terms of this agreement, in which case you will be obligated to immediately destroy any information downloaded, printed or otherwise copied from the Site. Access to and use of the Site is through a combination of a username and a password (login). Each Subscriber must keep his or her login strictly confidential. For security reasons, the Site will not release passwords for any reason, to anyone other than the Subscriber, except as may be specifically required by law or court order. Unauthorized access to the Site is a breach of this Agreement and a violation of law.

You acknowledge and agree that all materials contained at the Site are proprietary and constitute valuable intellectual property owned by the Site or its administrator ("Company") or others who have licensed use of such materials to the Company. **You acknowledge and agree that as such You may only access, view, download, receive and otherwise use the materials available at the Site only as authorized by the Company.**

You acknowledge that you understand that the Company does not authorize access to any part of the Site in any manner contrary to the express provisions of this Agreement.

You further represent and warrant to the Company that your agreement to these terms and conditions constitutes an agreement that You shall not access, or attempt to access any materials available at the Site in a manner not expressly authorized by the Company. You agree and warrant that You shall at no time access view download, receive or otherwise use, or cause or enable others to access, view, download, receive or otherwise use materials directly or indirectly in places which the Company does not authorize such access, viewing, downloading, receipt or other use.

**You hereby acknowledge that you understand that the Company does not authorize the accessing, viewing, downloading, duplication, receiving, transmission, broadcasting or other use of the materials contained on the Site to or by and person, INCLUDING YOU, who is located in any of the areas designated as PROHIBITED AREAS above.**

You further acknowledge that you understand and agree that any and all unauthorized access, viewing, downloading, receipt, duplication or other use of materials from the Site, in which You are directly or indirectly involved, including, but not limited to accessing, viewing, downloading, receiving or other use of materials in PROHIBITED AREAS in an manner shall constitute intentional infringement(s) of the Company's and potentially others' intellectual property rights and other rights in such materials and shall further constitute a violation of trademark and other rights including, but not limited to rights of privacy.

BOOKMARKING - Bookmarking to a page on the Site whereby the Warning page(s) and/or terms and conditions are by-passed shall constitute an implicit acceptance of the terms and conditions herein and an explicit acknowledgment of age of majority.

DISCLAIMERS - THE MATERIALS ON THE SITE ARE PROVIDED "AS IS" WITHOUT ANY

Adult Ent...Case 0:11-cv-62107-KMW...s o Document 21-4   Entered on FLSD Docket 11/17/2011   Page 6 of 8   9:16 AM

EXPRESSED OR IMPLIED WARRANTY OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, NONINFRINGEMENT OF INTELLECTUAL PROPERTY OR FITNESS FOR A PARTICULAR PURPOSE. THE SITE OFFERS NO ASSURANCE OF UNINTERRUPTED OR ERROR FREE SERVICE. THE SITE DOES NOT WARRANT THE ACCURACY OR COMPLETENESS OF THE INFORMATION, TEXT, GRAPHICS, LINKS OR OTHER ITEMS CONTAINED ON THE SITE. ANY OF THE INFORMATION OFFERED ON THE SITE MAY CHANGE AT ANY TIME WITHOUT NOTICE. TO THE EXTENT SUBSCRIBER IS LOCATED WHERE SUCH DISCLAIMER IS INAPPLICABLE OR RESTRICTED, THE DISCLAIMER MAY NOT APPLY AND SUBSCRIBER MAY HAVE LEGAL RIGHTS WHICH VARY FROM STATE TO STATE OR JURISDICTION. THE SITE AND THE SITE OWNER MAKE NO REPRESENTATION AS TO ANY OF THE INFORMATION FOUND AT THE SITE. SHOULD THE MATERIALS OR SERVICES PROVIDED PROVE DEFECTIVE AND/OR CAUSE ANY DAMAGE TO EQUIPMENT OR ANY LOSS OR INCONVENIENCE TO SUBSCRIBER OR ANYONE CLAIMING THROUGH SUBSCRIBER, SUBSCRIBER ASSUMES THE ENTIRE COST AND RESPONSIBILITY FOR SAME. IN THE EVENT THE SITE OR THE SITE OWNER ARE FOUND LIABLE FOR ANY FAILURE TO PERFORM, ERROR, OMISSION, INTERUPTION, DEFECT, DELAY OR OTHERWISE AND REGARDLESS OF WHETHER BASED UPON BREACH OF CONTRACT, NEGLIGENCE OR ANY OTHER CLAIM OR CAUSE OF ACTION, THE MAXIMUM LIABILITY OF THE SITE AND THE SITE OWNER SHALL BE FOR NO MORE THAN THE AMOUNT OF THE SUBSCRIPTION FEE PAID BY OR ON BEHALF OF THE SUBSCRIBER FOR THE PRECEEDING MONTH. SOME STATES OR JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY. HOWEVER, UNDER NO CIRCUMSTANCES AND UNDER NO LEGAL THEORY SHALL THE SITE OR THE SITE OWNER, OR ANY OF THEIR SUPLIERS, LICENSEES, AGENTS OR OTHER SUBSCRIBERS BE LIABLE, TO SUBSCRIBER OR OTHERS FOR ANY INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY CHARACTER INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSSES OF ANY KIND, INCLUDING BUT NOT LIMITED TO, LOSS OF GOOD WILL, WORK STOPPAGE, COMPUTER OR OTHER EQUIPMENT FAILURE OR MALFUNCTION.

Subscribers are responsible for providing all personal computer and communications equipment necessary to gain access to the Site. All materials on the Site are proprietary, constitute valuable intellectual property, are copyrighted and are protected under treaty provisions and worldwide copyright laws. The Site's materials may not be reproduced, copied, edited, published, transmitted or uploaded in any way without written permission. Except as expressly stated in the limited license provision of these terms and conditions, purchase of a Membership does not grant any express or implied right to you under any of its trademarks, copyrights or other proprietary information. Except for third party advertisements or communications, for which neither the Site nor the Site owner, screen nor endorse, the Site's contents are controlled and operated by the Site owner. No representation is made that the materials available on the Site are appropriate or available for use in other locations, and access to them from jurisdictions where their contents are illegal is prohibited. Any and all disputes arising out of or related to these these terms and conditions, or your use of or access to the Site shall be submitted to binding arbitration in the jurisdiction reffered to in the introductory paragraph. The parties to the arbitration will evenly divide any and all costs of thye arbitration. Neither party shall be entitled to attorney fees. The application of the United Nations Convention of Contracts for the International Sale of Goods is expressly excluded. If the Site enables Subscribers to share information with other Subscribers, Subscribers agree not to submit, publish, or display on the Service any defamatory, inaccurate, abusive, threatening, racially offensive, or illegal material. Transmission of such material that violates any federal, state, or local law, is prohibited and is a breach of this Agreement. Subscribers agree not to engage in advertising to, or solicitation of other Subscribers to buy or sell

Adult Ent...Case 0:11-cv-62107-KMW ...Is o Document 21-4   Entered on FLSD Docket 11/17/2011   Page 7 of 8   9:16 AM

any products or services through the Site without prior written consent. Subscribers are responsible for information they send, or display through the Site even if a claim should arise after termination of service. All messages shall be deemed to be readily accessible to the general public. Do not use the Site for any communication for which the sender intends only the sender and the intended recipient(s) to read. Notice is hereby given that all messages entered into this Site can and may be read by the operators of the Site, whether or not they are the intended recipient(s).

LINKS TO THIRD PARTY SITES - This Site may contain links to other sites which are controlled by third parties. Those linked sites are not under the control of the Site owner or operator and this Site is not responsible for the contents of any linked site or any link contained in a link site. The Site is providing those links to you only as a convenience, and the inclusion of any link does not imply endorsement by the Site of any other linked site.

CUSTODIAN OF RECORDS - All persons who appear in any visual depiction contained on the Site were eighteen years of age or older at the time of the creation of such depictions. The records required by Section 2257 of Title 18 of the United States Code and C.F.R. 75 with respect to visual depictions of actual sexually explicit conduct are kept by the corresponding custodians of records, except with regard to visual depictions of actual sexually explicit conduct made before July 3, 1995, which are exempt from the requirements set forth in 18 U.S.C. § 2257 and 28 C.F.R. 75. For inquiries about specific material contained herein and the corresponding custodian of records info pertaining to those items, please see 18 USC Section 2257 Compliance Statement.

MODIFICATION - The Site reserves the right, in its discretion, to change or modify all or any part of these Terms and Conditions at any time for any reason or no reason. Changes to the cancellation or refund terms and rate increases will be effective fifteen (15) days notice to existing subscribers. Any other changes will be effective immediately once they are posted on the Site. Your continued use of the Site constitutes your binding acceptance of these Terms and Conditions, including any changes made by the Site, as permitted above. If you desire not to be bound by any modification of these Terms and Conditions, you should stop using the website. The updated, online version of these Terms and Conditions shall supersede any prior version.


PRIVACY POLICY For information on the privacy policies of this site please visit the Privacy Policy Statement

AUTHORIZATIONS AND PERMISSION TO SEND EMAILS TO YOU - You hereby authorize and permit notices, advertisements, E-mail and other communications to be sent to You from Company or its authorized agents, assigns, representatives, advertisers and contractors by means of e-mail, including without limitation e-mails, advertisements, notices and other communications containing adult oriented material, sexual content and language and images of nudity not suitable for minors. Moreover, You agree that Your authorization and permission to Company to send You such materials and communications shall continue to be in effect unless and until You notify Company that You wish to be deleted from Company's email list.


The subscriber hereby warrants and represents that he or she is over the age of 18 (21 in AL, MS, NE, WY, and any other location where 18 is not the age of majority), and in all respects is qualified and competent to enter into this agreement.

Copyright © 2011, FreeHDAccess.com - All rights reserved.

# EXHIBIT E



Case 0:11-cv-62107-KMW   Document 21-5   Entered on FLSD Docket 11/17/2011   Page 2 of 2

# EXHIBIT A-1




You are logged in as mrandazza | **Upgrade Your Account** | Log out | Help

sunporno.com    Whois Search ◊    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

# Whois History for Sunporno.com on 2011-09-27

Like  1k

Enter a domain name to get its history

Domain Name:  sunporno.com    Search

« Previous                                                                Next »

| | |
|---|---|
| **Domain:** | **sunporno.com** - Whois History |
| **Cache Date:** | 2011-09-27 |
| **Registrar:** | **MONIKER ONLINE SERVICES, INC.** |
| **Server:** | whois.moniker.com |
| **Created:** | 2000-10-06 |
| **Updated:** | 2010-05-05 |
| **Expires:** | 2017-10-06 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: |
| | sunporno.com@domainservice.com |

```
Domain Name: SUNPORNO.COM
Registrar: MONIKER

Registrant [2125963]:
        Moniker Privacy Services SUNPORNO.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US

Administrative Contact [2125963]:
        Moniker Privacy Services SUNPORNO.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Billing Contact [2125963]:
        Moniker Privacy Services SUNPORNO.COM@domainservice.com
        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155
```

```
            Technical Contact [2125963]:
                    Moniker Privacy Services SUNPORNO.COM@domainservice.com
                    Moniker Privacy Services
                    20 SW 27th Ave.
                    Suite 201
                    Pompano Beach
                    FL
                    33069
                    US
                    Phone: +1.9549848445
                    Fax:   +1.9549699155


            Domain servers in listed order:

                    NS5.PUBLIC-NS.COM
                    NS6.PUBLIC-NS.COM


                    Record created on:        2000-10-06 10:24:09.0
                    Database last updated on: 2011-08-31 10:01:38.26
                    Domain Expires on:        2017-10-06 10:24:09.0
```

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2011 DomainTools, LLC All rights reserved.



# EXHIBIT B

