# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50<br><br>Defendants | Case No. 11-cv-62107-KMW<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFF'S EMERGENCY MOTION FOR RECONSIDERATION** |

## ORDER

THIS MATTER is before the Court on the Emergency Motion for Reconsideration filed by Plaintiff Liberty Media Holdings, LLC.

Accordingly, it is hereby ORDERED AND ADJUDGED that:

(1) Plaintiffs have supplied sufficient evidence in the record to establish jurisdiction under Fed. R. Civ. Pro. 4(k)(2)

(2) Defendants and anyone else acting in concert with them are hereby prohibited from transferring the SunPorno.com domain from Moniker's registration services.

DONE AND ORDERED in chambers in Miami, Florida, this ____ day of December, 2011

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE