**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>                      Plaintiff,<br><br>    vs.<br><br>SERGEJ LETYAGIN, d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT," "CASTA," "TRIKSTER," "WORKER," "LIKIS," "TESTER" and DOES 1-50<br><br>                      Defendants. | **CASE NO. 0:11-CV-62107-KMW** |

SECOND AFFIDAVIT OF SERGEJ LETYAGIN

Sergey Letyagin, being duly sworn, does hereby depose and state:

1.    My name is Sergej Letyagin. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2.    I understand that Liberty Media suggests that our use of English as the language on our website means we are aimed at an American audience. I don't know how to respond to this except to say that it is a silly statement. English is an international language. Liberty Media keeps saying that 15% of our traffic comes from the United States. Assuming that is true, does that mean that we have selected a language so as to exclude 85% of our users?

3.    I understand that the Liberty Media's Motion for Reconsideration speaks about "transactions" between the website www.sunporno.com and persons in the United States. I do not know what Liberty Media meant by "transactions," but I want to be clear that Ideal Consult does <u>not</u> directly charge visitors to the site anything. Access to the sunporno.com website itself is free. If Liberty Media meant that Ideal Consult enters into a financial transaction with its users, it was incorrect. Although Ideal Consult does have affiliate deals – whereby others sell things through links on the Sunporno.com website – it does not itself enter into any consumer

transactions with users from the United States or anywhere else. Services such as these are offered through what is known in the industry as a "white label site." A white label site is where an affiliate company creates a site with the Sunporno.com logo on it, but it is a site which the affiliate creates, owns, and runs. This is standard practice in the Adult Entertainment website industry and it is a practice with which I have to assume Liberty Media is fully familiar.

4.   Similarly, with respect to the so-called "premium memberships," Ideal does not itself offer any premium memberships. We have, on occasion, been approached by other companies who provide adult video memberships to enter into affiliate agreements with them. When we have experimented with these affiliate arrangements, they have been through white label sites. (Currently, we aren't even offering such an option since there seemed to be little interest in it.) Once the person clicked on the "premium membership" button, they were sent to a website which Ideal did not control and could not control. Again, this type of relationship is very common in the adult entertainment website industry.

5.   With respect to the advertisements on www.sunporno.com, Ideal Consult has no control over what ads are displayed. Ideal contracts with an advertising network company called ExoClick, which is headquartered in Spain. All Ideal does is provide banner advertising space on its website to ExoClick. ExoClick then selects the advertisements that display when someone goes to the website. This is the way that most advertising on the internet works, as I am sure Liberty Media is well aware.

6.   When Liberty Media talks about the advertising on the site being "aimed at Americans," they know they are not being completely honest with the Court. Like most advertising networks, ExoClick gears the ads displayed to the location of the user. Visitors in France are shown French ads and visitors in Germany are shown German ads. Again, this has nothing to do with Ideal Consult. Our only agreement is with the Spanish company, ExoClick.

Signed under the pains and penalties of perjury this 15th day of December, 2011.

_____
Sergej Letagin, Director of Technology
Ideal Consult, Ltd.