# EXHIBIT A

**Print** | **Close Window**

|   |   |
|---|---|
| Subject: | Order - Motion for Reconsideration |
| From: | mjr@randazza.com |
| Date: | Wed, Dec 14, 2011 4:43 pm |
| To: | "Val Gurvits" <gurvits@bostonlawgroup.com>, evan@cfwlegal.com, mark@terryfirm.com, steve@miller-law-offices.com |
| Cc: | "Jason Fischer" <jaf@randazza.com> |

Gentlemen,

I believe that the judge has made a clear error with respect to what is in the record. I do not think that there is cause to re-hash the legal issues, but I do think that there is cause to file a motion for reconsideration.

The only question is whether I file it on an emergency basis or on a regular basis.

Are you willing to give me your assurance that your client will not attempt to move the sunporno.com domain name until the motion for reconsideration is considered? If so, I will file this on a normal basis. If you are unable or unwilling to do that, then I will file it on an emergency basis.

I did some research, and it seems that the difference in registration fees between Moniker and the Quebec registrar that Letaygin is using is less than $2 per year. If you wish, we will pay the difference in registration fees for the entire time that your client is inconvenienced by the domain name remaining with Moniker.

Given the exigent nature of this situation, I require an answer as soon as possible.

_____

Marc John Randazza*
Randazza Legal Group

6525 West Warm Springs Rd. Ste. 100
Las Vegas, Nevada 89118
Toll Free: 888-667-1113
email: mjr (at) randazza (dot) com
eFax: 305.437.7662

Other Offices: Miami, Phoenix & Toronto
http://www.randazza.com
_____

* Licensed in MA, FL, CA, and AZ only. (Not admitted in NV)

Copyright © 2003-2011. All rights reserved.