## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using this Court's CM/ECF system on December 16, 2011, and are thereby served upon Mr. Mark Terry, Mr. Valentin Gurvits, Mr. Evan-Fray Witzer and Mr. Steven J. Miller. As the identity of the remaining Defendants has yet to be determined, they cannot be served.

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Rd, Ste. 102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com