Marc J. Randazza, Esq., FL Bar #625566
Jason A. Fischer, FL Bar #68762
Randazza Legal Group
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 11-cv-62107-KMW |
| Plaintiff, | |
| vs. | **MOTION TO RESCHEDULE JOINT SCHEDULING REPORT DEADLINE** |
| SERGEJ LETYAGIN, d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50 | |
| Defendants | |

Plaintiff, Liberty Media Holdings (hereinafter "Liberty" or the "Plaintiff") files this Motion to Reschedule the Joint Scheduling Report Deadline (hereinafter this "Motion") in the above-captioned case. The Court's Order established that a Joint Scheduling Report was due by December 19, 2011. (ECF 23) Plaintiff seeks leave of this Court to reschedule the deadline, as whether the Defendants have been served seems to remain an open question. Further, Plaintiff still has several Defendants that need to be properly identified. In light of this, Plaintiff respectfully requests an extension of the deadline in order to attempt to involve all Defendants in the setting of the schedule.

Dated: December 19, 2011

Respectfully Submitted,
Randazza Legal Group
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
Telephone: (888) 667-1113
Facsimile: (305) 437-7662 fax

*s/Marc J. Randazza*

Marc J. Randazza, Esq., (625566)
mjr@randazza.com
Jason A. Fischer, (68762)
jaf@randazza.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using this Court's CM/ECF system on December 16, 2011, and are thereby served upon Mr. Mark Terry, Mr. Valentin Gurvits, Mr. Evan-Fray Witzer and Mr. Steven J. Miller. As the identity of the remaining Defendants has yet to be determined, they cannot be served.

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Rd, Ste. 102-377
Las Vegas, NV 89139
erika@libertymediaholdings.com