UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62107-CV-WILLIAMS

LIBERTY MEDIA HOLDINGS, LLC,

   Plaintiff,

vs.

SERGEJ LETYAGIN, d/b/a
SUNPORNO.COM, *et al.*,

   Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motions for Extension of Time (DE 36, DE 51). Upon review of the record and the motion, Plaintiff's motions are **GRANTED**. The Court will not require the parties to file a joint scheduling report until service has been effected on all remaining Defendants.

**DONE AND ORDERED** in chambers in Miami, Florida, this 19th day of December, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record