UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62107-CV-WILLIAMS

LIBERTY MEDIA HOLDINGS, LLC,

    Plaintiff,

vs.

SERGEJ LETYAGIN, d/b/a
SUNPORNO.COM, et al.,

    Defendants.
    _____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Emergency Motion for Reconsideration (DE 48). In the motion, Plaintiff asks the Court to review an order entered on December 14, 2011 (DE 47) that denied Plaintiff's request for a temporary restraining order and an emergency hearing. The Court has considered additional copyright registration certificates identified by Plaintiff, as well as record evidence purportedly overlooked by the Court. This evidence, however, does not alter the Court's conclusion that the underlying motion failed to present sufficient grounds to warrant the extreme remedy requested here. Nor has Plaintiff identified any supplemental legal authority showing that the Court committed clear error in its analysis. Therefore, the Court denies the motion. It also denies Defendant's request for attorneys' fees.

Plaintiff is reminded that emergency motions are governed by Local Rule 7.1(e) and must include a certification of emergency form, which is available on the Court's website.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's motion (DE 48) is **DENIED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 19th day of December, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE